

**FILED**

JAN 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**MAINTAIN ON PAPER**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. GONZALEZ AG-7688
(Name of Plaintiff)
P.O. BOX 4670   D-5-104
(Address of Plaintiff)
LANCASTER, CA 93539

2:17CV0176 CMK (PC)
(Case Number)

vs.

EDMUND G. BROWN, et al.,

COMPLAINT NOTICE AND
DEMAND "JURY TRIAL"

_____

(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:  ☒ Yes  ☐ No

    B. If your answer to A is yes, how many?: ____1____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff   MARIO   A.   GONZALEZ

Defendants EDMUND G. BROWN, STU SHERMAN, C.O. ARCHULETA, SGT. CHAN  S. SOTO  M. PADILLA  SGT. DEVINE  SCHARFFENBERG M.D.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

9

2. Court (if Federal Court, give name of District; if State Court, give name of County)

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

3. Docket Number 1:16-CV-01675- EPG (PC)

4. Name of judge to whom case was assigned HONORABLE ERICA P. GROSJEAN

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   STILL PENDING

6. Approximate date of filing lawsuit MAY 11TH 2015

7. Approximate date of disposition UNKNOWN

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes     ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
                                                         ☒ Yes     ☐ No

   If your answer is no, explain why not _____

C. Is the grievance process completed?              ☒ Yes     ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant EDMUND G. BROWN JR. is employed as GOVERNOR OF CALIFORNIA at STATE CAPITOL SUITE 1173 SACRAMENTO, CA 95814

B. Additional defendants MR. BAUGHMAN WARDEN @ CSP- SACRAMENTO MR. CLOUGH CPT. MR. BALES LT. S. BYERS Sgt. MR. E. MINER MR. J. BURKE, MR. A. CROSS, MR. J. LEWIS MR. R. VALINE MR. C. KINN MR J. LEECH, MS. WALKER MR. KEVIN GRINDE (R.N.) CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION CSP- SACRAMENTO.

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

BROKEN BACK, BROKEN RIBS, TORTURE
VIOLATION OF 8TH AMENDMENT
VIOLATION OF 14TH AMENDMENT

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

COMPENSATORY AND PUNITIVE DAMAGES AS WELL REQUEST
DECLATORY RELIEF! Im ASKING FOR $5,000,000 IN COMP
COMPENSATORY DAMAGES AND $10,000,000 IN PUNITIVE
DAMAGES FOR MENTAL ANGUISH & PAIN AND SUFFERING

Signed this 1ST day of JANUARY , 20 17 .

Mario Anador Gonzalez
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

01-01-17
(Date)

Mario A Gonzales
(Signature of Plaintiff)

# I. STATEMENT of FACTS

In July 2015 I was transferred to CSP-SAC P.S.U. On March 11th 2016 I met with internal affairs for the second time. I reported incidents to internal affairs involving five officers assigned to work A-2 P.S.U. at CSP-Sacramento. On April 12th, 2016 officer Burke came to my cell door and told me to cuff up because he needs to search my cell. I stated I have no problem with that just call the Lt. I refused to cuff up for officer Burke. Officer A. Cross then came to my cell door and stated cuff up for me. I stated to officer Cross I have no problem with the search just call the Lt! I refused to cuff up for Cross! Officer Cross displeased with my request left my cell door walked toward the rotunda and huddled with officers Burke, Valine, Lewis. When officer Cross returned to my cell door, officers Burke, Valine and Lewis arrived with him. Officer Cross then signaled for control officer E. Miner to open my cell door! Officer Miner opened my cell door fully aware that I was not cuffed. As soon as my cell door opened up officer Cross cuffed my left hand and started punching me I was punched in the back and right kidney area several times. Officer Cross then cuffed my right hand. I was able to grab on to my disability appliance (walker). I suffer from paralysis (hemopleigia) on the left side of my body. Officer Cross then took me down an I was placed in a wrestlers hold known as a full nelson thus, exposing my right side rib area and back. Officers Valine, Lewis. Burke started kicking me in the back with their boots on. Officers Valine, Lewis, Burke also kneed me. During the beating officers were asking questions about incidents I reported, on 2-16-16 and 3-10-16. (I refused to get handcuffed until I spoke with Lt. Bales as he was in command at that time. He refused to show up. That and reporting these officers misconduct lead to suffer retaliation by way of the brutal beating)

OFFICER BURKE THEN TWISTED MY LEFT FOOT SO HARD HE YANKED MY ADA. BRACE & SHOE CAME OFF ENTIRELY. OFFICERS VALINE, LEWIS CONTINUED TO SAVAGELY KICK ME OFFICER CROSS WAS APPLYING SO MUCH PRESSURE IT FELT AS IF MY BACK WAS GONNA SNAP. OFFICER CROSS HELD ME IN A POSITION THAT ALLOWED OFFICER LEWIS TO POUR URINE AND FECE MIXTURE INTO MY MOUTH AT OFFICER BURKES COMMAND. BURKE STATED GIVE HIM SOME. OFFICER CROSS RELEASED SOMEWHAT OF HIS GRIP AND BEGAN CHOKING ME I WAS TRYING TO SPIT OUT THE URINE AND FECE MIXTURE BUT I COULDNT CAUSE I WAS BEING CHOKED BY OFFICER CROSS. THE SAVAGE BEATING CONTINUED OFFICER LEWIS THEN SAVAGELY KICKED ME THREE TIMES IN THE GROIN AREA, TWICE I WAS KICKED IN THE TESTICLES AN ONCE IN THE SUPER PUBIC AREA CAUSING ME TREMENDOUS PAIN. THIS WHOLE ORDEAL LASTED CLOSE TO 30 MINUTES. AFTER THE BEATING STOPPED THESE OFFICERS TOLD ME TO GET UP AND WALK BECAUSE OF INJURIES I SUFFERED I WAS UNABLE TO STAND BESIDES I CANT WALK WITHOUT MY WALKER. THESE OFFICERS STARTED YELLING AT ME TO STOP FAKING IT AND START WALKING. OFFICER BURKE THAN PLACED ME IN WAIST RESTRAINTS AS I LAID ON THE GROUND OFFICER LEWIS PLACED LEG RESTRAINTS ON ME. AFTER OFFICER BURKE PLACED WAIST RESTRAINTS ON ME OFFICER BURKE TOOK HIS RIGHT LEG AND STOOD ON MY NECK AREA OFFICER VALINE WAS USING HIS ENTIRE WEIGHT ON MY RIGHT THIGH AREA. I WAS THEN DRAGGED OUT OF MY CELL AND PLACED ON A GURNEY. AFTER I ARRIVED AT T.T.A. MEDICAL (R.N.) KEVIN GRINDE EXAMINED ME, I WAS GIVEN A SHOT OF TORODOL 30 OR 60 MG. I COMPLAINED OF TREMENDOUS PAIN IN MY BACK AND MY RIGHT SIDE RIB AREA BUT R.N. GRINDE IGNORED IT.

On the way back to my assigned cell Sgt. Byers grabbed under my jaw area with both hands and he applied upwards pressure and stated, "Your getting everything you deserve. Sgt. Byers did this in the presence of Captain Clough. Captain Clough watched what Sgt. Byers did yet Captain Clough did nothing about it. Captain Clough tied me to the gurney with sheets even though I was already restrained to the gurney with proper restraints. As I was being escorted back officer's Kinn an officer Leech started hitting me in the face. While female officer Walker was pressing down on my left knee area as she was trying to brake my left knee. When we arrived at my cell officer Lewis was waiting to search (wand) me with a metal detector. Officer Lewis squeezed my testicles and hit me with the metal detector in the testicular area. Officer Cross unfastened the waist re-straints after officer Cross did this he punch me twice in the face and once on the right side temple area. When the officers left I noticed they took my property even though I'm allowed to possess property...

On April 14th I was x-rayed confirming broken ribs. In Sept. 2016 while at R.J. Donovan I was told I have a compression fracture in the spinal area. In Nov 2016 I was x-rayed again as the compression fracture hasn't healed yet. On 4-21-2016 I filed 602 appeal (please see exhibit 1) on 4-19-16 I notified Micheal Bien attorney (for people vs Coleman) on July 7th 2016 I was interviewed by Sara Norman of the prison law office along with Margot Mendelson as I am part of the Armstrong case along with other inmates from CSP-SAC P.S.U. (please see exhibit 2) whom also were beat savagely.

(Pg 3)

## II. MEMORANDUM OF POINTS AND AUTHORITIES

THIS IS CASE FOR EXCESSIVE USE OF FORCE BY PRISON STAFF WHICH VIOLATES THE EIGHTH ~~AMENDMEND~~ AMENDMENT OF US CONSTITUTION, PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT THAT WAS APPLIED "MALICIOUSLY AND SADISTICALLY FOR THE VERY PURPOSE OF CAUSING HARM." HUDSON V. MCMILLAN (1992) 501 U.S. 294 [112 S. CT. 995; 117 L. ED. 2d 156] WHITLEY V. ALBERS (1986) 475 U.S. 312 ~~[106 CT06~~ [106 S.CT. 1078; 89 L.Ed 2d 251]

## III.   CONCLUSION

FOR THE ABOVE STATED REASONS, THE RELIEF SOUGHT IN THE PETITION SHOULD BE GRANTED.

DATED: 01-01-17

RESPECTFULLY SUBMITTED
x _Mario A. Gonzales_

## IV.   VERIFICATION

I MARIO A. GONZALEZ, STATE: I AM THE PETITIONER IN THIS ACTION. I HAVE READ THE FOREGOING PETITION AND THE FACTS STATED THEREIN ARE TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS THAT ARE ~~THERIN~~ THEREIN STATED ON MY OWN INFORMATION AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED AT CALIFORNIA STATE PRISON LANCASTER CSP-LAC ON JANUARY 1ST 2017

_Mario Amador Gonzales_

(pg 4)

EXHIBIT (#1)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

# THIRD LEVEL APPEAL DECISION

Date:     SEP 0 6 2016

In re:    Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
At Rock Mountain
P.O. Box 799006
San Diego, CA  92179-9005

TLR Case No.: 1515029          Local Log No.: SAC-16-01560

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner S. K. Hemenway. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that on April 12, 2016, he was severely beaten by Correctional Officers (CO) A. Cross, J. Lewis, J. Burke and R. Valine for about 20 minutes. He claims that the tower officer opened his cell door while he was not "cuffed." He states that he said to CO Cross and Burke (third watch) that he had no problem with a cell search and to just call the Lieutenant. As soon as CO Cross entered his cell he "cuffed" the appellant's left hand and started punching him with his right hand. The appellant then says he grabbed CO Cross' right hand hoping to stop the assault. The appellant continues and states that once CO Cross cuffed his right hand, he grabbed onto his Americans with Disabilities Act (ADA) walker to stay on his feet. He then states that CO Cross took him down then applied a "wrestlers Full Nelson." This exposed the right side of his ribs and back area that CO Valine, Burke and Lewis repeatedly kicked and kneed. He also claims that CO Burke yanked his ADA bracelet off his foot. He then states that CO Cross held him in a position that allowed CO Lewis to pour a urine and feces water mixture into his mouth. He states that CO Burke said, "Give him some." The appellant alleges that he tried to spit out the urine mixture but could not because CO Cross was choking him. CO Lewis kicked him twice in the testicles and once in the "super pubic area" then left his cell and returned with a "walkie-talkie radio." He (CO Lewis) handed it (radio) to CO Valine who put it on his belt holder and he (appellant) believes that is when the alarm was pushed. The appellant then states that he was taken by gurney to the Triage Treatment Area where he told Registered Nurse (RN) K. Grinde that his back and testicles hurt and it was hard for him to breathe. He claims that RN Grinde downplayed the beating he suffered to favor the officers. The appellant states that he was given a shot of "Toradol" and sent back to his cell. X-rays were taken on April 14, 2016, proving he had broken ribs. He also states that Correctional Sergeant S. Byers put both hands under his jaw area and pulled up stating in the presence of Captain Clough, "You're getting everything you deserve."

The appellant is requesting that the above mentioned officers be investigated by the Office of Internal Affairs and Investigative Services Unit; that the officers be reassigned elsewhere so they do not commit any more batteries on Enhanced Outpatient Program/Psychiatric Services Unit (PSU) inmates; monetary damage; Federal and State relief, punitive damages for mental anguish, pain and suffering; that the harassment stop; that the officers submit to polygraph examinations for inhumane and cruel and unusual punishment they repeatedly administer to the inmate patients in the PSU; and to terminate the officers from the CDCR.

**II   SECOND LEVEL'S DECISION:** The reviewer found a basis to partially grant the appeal. The review of the allegation of staff misconduct presented in the written complaint was completed; and, based upon this review the appellant's appeal was processed as an appeal inquiry. The inquiry included a review of the evidence, an evaluation of any interview conducted, and a review of pertinent documents and current policies, laws, and procedures. The appellant was informed that all staff personnel matters are confidential in nature. The appellant will only be notified whether the actions of staff were or were not in compliance with policy. The inquiry was completed and it was found that staff did not violate policy with respect to the issue appealed. The appeal was partially granted in that an inquiry was completed and has been reviewed.

CASE NO. 1515029
PAGE 2

III **THIRD LEVEL DECISION:**  Appeal is denied.

**A. FINDINGS:**  Upon review of the documentation submitted as well as the Incident Report log #SAC-PSU-16-04-0314, the Third Level of Review (TLR) Examiner determined that the appellant's allegation was appropriately reviewed and evaluated by administrative staff.  All staff personnel matters are confidential in nature and will not be disclosed to other staff, the general public, the inmate population, or the appellant.  If the conduct of staff was determined not to be in compliance with policy, the institution will take the appropriate course of action.  In this case, the Second Level of Review (SLR) informed the appellant that an inquiry was completed and disclosed the determination of the inquiry.  The appellant's request for staff training, to place documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation, is beyond the scope of the appeals process.  The confidential inquiry was reviewed at the TLR.  The TLR Examiner concurs with the determination of the SLR.  The institution's response complies with departmental policy and the appellant's staff complaint allegation was properly addressed.  No relief is warranted at the TLR.

**B.  BASIS FOR THE DECISION:**
California Penal Code Section: 832.5, 832.7, 832.8
California Code of Regulations, Title 15, Section: 3000, 3000.5, 3001, 3004, 3005, 3084.1, 3084.3, 3084.9, 3268, 3268.1, 3268.2, 3270, 3391
CDCR Operations Manual, Section: 31140.14

**C.  ORDER:**  No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.  If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, Government Claims Unit, P.O. Box 3035, Sacramento, CA  95812-3035, for further review.


S. K. HEMENWAY, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:     Warden, RJD
        Appeals Coordinator, RJD
        Appeals Coordinator, SAC

EXHIBIT (# 2)

5copys
EA



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 11, 2016

Mario Gonzalez, AG-7688
SAC
PO Box 290066
Represa, CA 95671

Dear Mr. Gonzalez:

Thank you for speaking with our office about your experiences with staff misconduct at CSP-Sacramento. As you know, on July 7 and 8 myself and other staff from the  Prison Law Office interviewed you and other prisoners at SAC under the Armstrong case and subsequently provided a preliminary report to prison officials regarding instances of staff abuse and violence in the PSU directed at Armstrong class members. We returned to talk to more people, including yourself, to better understand the scope of the problems and who has been impacted.

Thank you for the multiple times you have talked to us about your experiences at SAC, and the information you have provided to us regarding the experiences of others. We know that it can be difficult and dangerous to speak up about staff wrongdoings. We appreciate your courage in talking to us. We are currently pursuing multiple avenues to improve conditions for yourself and others in the PSU at SAC.

We also received three letters from you on 8/1/16, 8/4/16, and 8/5/16 with further information about your current situation and about the situation of others. We have read your letters carefully. Are you experiencing retaliation for talking to us? If so, please provide as much information as possible about what type of retaliation you are experiencing and from which officers.

Please continue to keep us updated on your situation and on conditions in the PSU. Are you getting escorted to group treatment? Are you seeing your clinician regularly? Are you aware of any use of management cells in your housing unit? We would appreciate it if you would send us more details about any new problems or concerns you have regarding these issues, including dates, times, locations and names of the officers and prisoners involved.

We also encourage you to pursue your appeals on staff misconduct through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

In one of your letters you say you are having a hard time getting yellow 1824 forms for ADA appeals. I am enclosing three 1824 forms for you. If you file an 1824 on any ADA accommodation or discrimination issue, you can send us a copy of any RAP Response you receive. In addition, we recommend that you appeal any unsatisfactory RAP Responses to the second level, and then to the third level if need be.

In one of your letters you also ask for the documents back that you gave to our staff. We have made copies of those documents and we are returning the originals with this letter.

I am enclosing three postage-paid envelopes you can use to write back to us. Please keep in touch about your concerns and encourage anyone else with similar concerns to write to us as well.

We hope you are doing okay, Mr. Gonzalez.

Sincerely,

Margot Mendleson
Staff Attorney


Enclosures: Original Documents; (3) 1824s; (3) SASEs



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 30, 2016

Mario Gonzalez, AG-7688
RJD
480 Alta Road
San Diego, CA 92179

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 8/9/16 and 8/16/16. You write that your SHU term was suspended and you have been placed up for transfer. You also write about other recent staff assaults on prisoners in the A-yard PSU.

According to the online locator, you have transferred to R.J. Donovan since writing to us. We are elated to hear that your SHU term was suspened, and to see that you have been transferred.

We also appreciate the further information you provided to us about incidents and people in the A-yard PSU. We have followed up on the information your pvided. We plan to issue another report soon to CDCR and to the Armstrong court about the widespread violence in A2 and the PSU at CSP-Sacramento.

I am enclosing a postage-paid envelope which you can use to keep us updated on how you are doing at RJD. Take care, Mr. Gonzalez.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendleson

Enclosures: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

September 6, 2016

CONFIDENTIAL – LEGAL MAIL

Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

      Re:   *Coleman v. Brown*
           <u>Our File No. 489-3</u>

Dear Mr. Gonzalez:

This is in response to your letters dated August 3 and 10, 2016, which the Prison Law Office forwarded to us on August 16 and 19, 2016, respectively.

Thank you for writing to us about your experiences at CSP-Sacramento. We are very concerned about the reports of staff misconduct that we have heard from you and several other patients in the SAC PSU.

Given the information that we have been hearing about conditions in the SAC PSU, we are planning to visit CSP-Sacramento with the Special Master's team at the end of September.

In addition, we are currently working on a report about this abuse. Would you be willing to let us use your name in this report? If you would not like us to use your name due to fear of retaliation or for any other reason, we will, of course, respect your wishes.

If you have not yet filed an appeal about your concerns and you feel safe doing so, we advise you to file a 602, being as detailed as possible. You should pursue this appeal through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

[3036604-2]

Mario Gonzalez, AG7688
September 6, 2016
Page 2

Finally, if you have any additional experiences of staff misconduct, we would appreciate it if you would share those experiences with us, including dates, times, locations and names of the officers and prisoners involved. A postage pre-paid envelope is enclosed for your convenience along with any other material we think might be helpful to you.

Thank you, again, for taking the time to write to us about your negative experiences in the SAC PSU. Please keep in touch about your concerns and encourage anyone else with similar concerns to write to us as well.

Please be assured that we have read your letter carefully. Thank you for writing.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

By: Dylan Verner-Crist
Paralegal Clerk

DVC:dvc
Encl: Admin Appeals, UoF Fact Sheet, SASE

5 copys
EA.



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

October 17, 2016

Mario Gonzalez, AG-7688
CMC
PO Box 8103
San Luis Obispo, CA 93409

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 9/16/16 and 9/26/16. You send your exhausted appeal on what happened to you at SAC, and ask about filing a lawsuit. We also received your permission to speak with your sister. Additionally, we noticed you have transferred from RJD to CMC since you last wrote.

I am sorry to hear what you have been through. Unfortunately we cannot help you with an individual lawsuit. I am enclosing information on how you can pursue an individual lawsuit yourself. I am also enclosing further information on how to find an attorney for an individual lawsuit. I hope you find this information useful, and wish you luck if you do pursue a lawsuit. I am sorry we cannot help you further with a personal lawsuit right now.

We remain concerned about staff abuse at SAC in the PSU. We are thankful that you brought these concerns to our attention. Over the past several months we have heard from numerous prisoners about entrenched problems with staff misconduct in the PSU. We thank everyone who was willing to provide us with information about their experiences.

We recently presented a long and detailed report to CDCR and the Special Master in the Coleman case about these concerns, conveying what we have heard from prisoners about staff misconduct. Specifically we raised concerns about excessive force, verbal abuse, denial of food, tampering with mail and property, and retaliation for reporting misconduct. We used prisoners' names in the report only where we had explicit permission to do so. In the report we made a series of requests for changes to the PSU. We are now waiting for a response from CDCR. In the meantime we remain concerned about conditions in the PSU, and we are continuing to monitor those units. We plan to continue advocating for better conditions in the PSU if we do not see positive changes there.

Please keep us updated on your situation. We hope you are doing okay.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: PI; HCM; LRS; SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

November 9, 2016

Mario Gonzalez, AG-7688
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 10/17/16 and 10/28/16. You wrote from a crisis bed at CMC and then from LAC. You say you are on your way to DSH.

I am sorry to hear about the problems you are facing, and that you went to a crisis bed. You say you have not received any letters from us recently. We last wrote to you on 10/17/16 and sent that letter to CMC. We also wrote you a letter on 9/15/16, which we sent to RJD. These letters may not have gotten to you because you have been moving around so much.

In one of your letters you ask for copies of our past correspondence with you. I am sending you copies of the letters and documents we received from you along with the responses we sent to you since this summer.

In one of your letters you also say you received a phone call from a Lieutenant while at CMC, which you refused because you did not know what it was about. We do not know what the phone call was about either. It may have been related to ongoing investigations at SAC into the PSU. CDCR has told us that they are making staffing changes to the PSU at SAC, and continuing to investigate instances of staff misconduct. We have also heard from prisoners in the PSU that there are new staff in A2 and that conditions there may be getting better. We recognize that your last several months have been very rough. Again, we would like to emphasize our appreciation for your honesty and bravery in speaking out about what happened to you. We are optimistic that conditions are improving for everyone in the PSU at SAC, though we will still continue to closely monitor those units.

We hope you are doing okay, Mr. Gonzalez. We hope that you find the help you need in DSH. Please continue to keep us updated on your situation.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: Correspondence with Mr. Gonzalez from 7/1/16 to 11/8/16

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG7168? | MarioA Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM N TO A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | EOP / PSU | | PRIORITY/INTERVIEW |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: LT. SPARKS THIS IS MARIO
GONZALEZ I MET WITH YOU & INTERNAL AFFAIRS AGENT
ON 2-23-16. PLEASE NOTIFY PROPERTY OFFICER WOODS IN
R&R OF MY PACKAGE YOU SAID I'D BE ABLE TO RECEIVE
... RIGHT NOW 3RD WATCH C.O. BURKE, CROSS, LEWIS, GREEN
... GAVE ME OF MY MEALS. PLEASE NOTIFY WOODS OF MY
... PACKAGE IS A SCOT PACK.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: ___LT. SPARKS   I.S.U.___ DATE MAILED: 3/14/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. Lewis | 3-14-16 | | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| LT. SPARK   I.S.U. | | | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*(handwritten right margin, rotated): document ripped while in copy machine 4-11-2016 ... tape to copy ... (illegible)*

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO A | AG-7688 | Mario A. Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM  N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | C.O.P. | | VISITING APPROVAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

CAN YOU PLEASE TELL ME IF MY REQUESTED
VISITOR MARIA NERI HAS BEEN APPROVED TO VISIT ME
ON 3-23-2016 3RD W
C.O. GREEN ON THIS WATCH SAID I WOULD NOT GET MY MAIL
AS LONG AS HE'S HERE.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:___VISITING SGT A. YANN_____ DATE MAILED: 3/29/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| D. Sutton | 3-29-16 | T. Gritt | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| VISITING SGT / PERSONAL | 3-29-16 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| GONZALEZ | MARIO | A | AG76889 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. | | BATTERY BY (4) OFFICERS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

SGT. SATES IM SUBMITTING THIS WRITTEN REQUEST TO YOUR OFFICE; AS I AM REQUESTING YOU OR A QUALIFIED I.S.U. OFFICER ASSIST ME WITH CONDUCTING A USE OF FORCE VIDEO I SUFFERED BROKEN RIBS DUE TO ILLEGAL BEATING I SUFFERED ON 4-12-16. OFFICERS INVOLVED - VALINE, LEWIS, BURKE, CROSS, & SGT. BYERS ON THIRD WATCH IN A-2-116 TOWER OFFICER MINOR WAS ALSO INVOLVED BY OPENING DOOR I WASN'T CUFFED!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL:  ADDRESSED TO: SGT. STAK  I.S.U.     DATE MAILED: 4-15-16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 4.18 | | (CIRCLE ONE)   YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| SGT. JAKES   I.S.U. | | (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Ms. Bryant

please walk over to "B" yard I.S.U. office

ask SGT. SATES IF HE RECEIVED THIS REQUEST IN THE

MAIL? IF HE DIDNT WE HAVE SOMEONE ON FIRST WATCH THATS

MESSING WITH OUR MAIL. PLEASE OR CONTACT THE INTERNAL

AFFAIRS OFFICE HERE I WANT To Go ON VIDEO FOR WHAT

THEY DID To ME on 4-22-16 MY RIBS & BACK Still

HURT. I WANT I.S.U. OR INTERNAL AFFAIRS TO DO MY

VIDEO. SGT. Byers THREATENED ME ABOUT THE USE of FORCE

VIDEO! HE TOLD ME To Say "I MADE IT All UP"

IM NOT GONNA SAY THAT. I NEED HELP PLEASE WE

ONLY HAVE 30 DAYS To DO THIS VIDEO.

Respectfully

Mario Gonzalez

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | NG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. | HOURS FROM N/A | PERSONAL PROPERTY |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LT. BALES IM WRITING TO YOU IN REGARDS TO MY PERSONAL PROPERTY C.O. LEWIS & VALINE CONFISCATED FROM ME WITHOUT A RECEIPT WE HAD A DEAL HOWEVER 3RD WATCH INSTRUCTED 2ND WATCH TO TAKE MY T.V. MY T.V. CABLE WAS ALSO BROKEN BY C.O. VALINE ON 4-12-16 STILL MISSING 1-BOTTLE OF SHAMPOO 1-LOTION 1-BOWL 4LID 1-CUP & MY T.V. W/ CABLE

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***   DATE MAILED: 4/17/16

☒ SENT THROUGH MAIL:  ADDRESSED TO: LT BALES
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. 6011 | 4-15-16 | TJ | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| LT. BALES | 4-17-16 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM  N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2B-116 | FB.P.  P.S.U. |  | OFFICER MISCONDUCT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

DR. WHEELER, IM WRITING TO YOU IN REGARDS TO LCSW MS. BRYANT SHE HAS WITNESSED THE WRONG DOINGS BY THESE OFFICERS HERE IN P.S.U. THESE C.O.S ON 3RD WATCH ARE FALSESYFING THAT INMATES ARE FED EVENING MEALS. THEYRE HAS BEEN NUMEROUS ASSAULTS THAT INMATES HAVE SUFFERED MOST RECENTLY I SUFFERED BROKEN RIBS ON 4-12-16 PLEASE ALLOW HER TO CHECK ON US PLEASE LIVES ARE IN DANGER

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL : ADDRESSED TO:  DR. WHEELER                    DATE MAILED: 4, 20, 16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| D. Sutton | 4-20-16 |  | (CIRCLE ONE) YES  NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| DR. WHEELER | 4-20-16 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Wheeler |  |  | 5/8/16 via U Sutton |

Your ~~██████████████████████~~ been informed of your concerns

Please note you are assigned team medically, not Mental Health

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A Gonzales |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. P.S.U. | | USE OF FORCE VIDEO |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: LT. JONES IN REGARDS TO OUR CONVERSATION ABOUT USE OF FORCE VIDEO & HOW I DID NOT DO ONE YET CAUSE OF WHAT SGT. BYERS WANTED ME TO SAY ON CAMERA.
SGT. BYERS STATED "YOUR GONNA SAY YOU MADE IT ALL UP IT NEVER HAPPENED. SGT. BYERS SAID THIS IN THE PRESENCE OF SGT. MORTON & C.O. BURKE.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL:  ADDRESSED TO:  LT JONES or LT. MARTINCEK _____ DATE MAILED: 5/1/16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Bailke | 5.1.16 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| LT. JONES or LT. MARTINCEK | 5-1-16 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gonzalez | Mario | N6-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC): |
|---|---|---|---|
| A-7-116 | E.O.P. P.S.U | HOURS FROM   N/a | PRIVATE / MATTER |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:   DR. SCHMIDT CAN I P ...E
TALK TO YOU I NEED TO DISCUSS SOMETHING WITH
YOU I DONT WANNA PUT IT ON THIS PAPER
PLEASE SCHEDULE ME FOR AN INTERVIEW

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL:  ADDRESSED TO:   DR. SCHMIDT                              DATE MAILED:  5.1.16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Kelly | 5.1.16 | (signature) | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| DR. SCHMIDT | 5-1-16 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| | | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

LT. SPARKS INTERNAL AFFAIRS:

This is MARIO A. GONZALEZ AG-7688 @ A-FAC BLDG 1-131. THE NATURE OF THIS BRIEF MISSIVE I TO POINT OUT! CONTROL OFFICER "MINER" TOWER COP IS A BIG LIAR ALONG WITH THE REST OF "HITLERS YOUTH" LEWIS, VALINE CROSS, BURKE, & SGT. BYERS! JUST SO YOU'RE AWARE BURKE, CROSS, & VALINE PULLED ME INTO THE OFFICE IN 2BLK BEFORE I WAS MOVED TO 1BLDG. & SAID, "WE REALIZE THAT MAYBE WE GOT OFF ON THE WRONG FOOT WITH YOU! THEN THEY SAID WE'RE GETTING KITES ON YOU EVERYDAY (THE BARAJAS BRUNELL EFFECT) WELL LT. SPARKS THE KITE THEY CHOSE TO HONOR MENTIONED SOMETHING TO THE EFFECTS OF ME HAVING A PHONE & THAT I ALLEGEDLY HAD MY GOONS IN THE (VINCINITY) OF THE PRISON WAITING TO SHOOT THEM. ALSO YOU NEED TO BE AWARE OF THE 602 I TRIED TO SUBMIT IN MARCH IN REGARDS TO 400$ & MY LIFE BEING THREATENED, I GAVE IT TO DR. ROSS ON OR ABOUT 3-9-16 — 3-11-16! SGT. STAKES CALLED ME IN & THEY'RE WAS A YOUNGER (I.A.) GUY WITH HIM I TOLD THEM ABOUT THE MONEY & I WAS IN FEAR OF LIFE! I MENTIONED THE SAME TO MY THEN PRIMARY CLINICIAN "DR. ROSS". IF YOU COULD INQUIRE WITH HER SEE WHO SHE GAVE THAT 602 TO YOU'LL SEE JUST HOW BAD THIS P.S.U. NEEDS A MAKE OVER! WITH ALL DUE RESPECTS THIS ISN'T A CHEAP SHOT OR ATTEMPT TO SLANDER AN INVESTIGATION IF THERE IS ANY! I'VE SEEN OFFICERS GET AWAY WITH SO MUCH YOU HAVE TO STOP & WONDER WHY SOME OF US ARE FILING COMPLAINTS AGAINST THE SAME OFFICERS ONLY TO BE FACED WITH MORE SCRUTINY →

GUY. I'LL BE LOOKING FORWARD TO YOUR INTERVIEW. TAKE CARE GOD BLESS!

RESPECTFULLY SUBMITTED

Mario Amador Gonzalez  5/25/16

Dear Margot

I'm writing in regards that I'm still trying to get an A.D.A. Form as those arent passed out around here. Also please see that Sara Norman knows about the recent assault & Battery with serious Bodly injury on tues 12th of July someones jaw was Broken by officers Beating please get Here soon & stop this Abuse its ongoing & many guys that are Beat on are to scared to say anything I just hope I dont end up dead. Please Help us please may God Bless you all

Respectfully
Mario Gonzalez

Dear Sara,

May This letter find you & staff in the very best of Gods Bless! When are you coming back? The Reason is on Tues the 12th of July the officers on Duty broke someones jaw now the guy cant eat theyre Trying to move him to the O.H.U. Only thing is The story theyre going with is this individual Had a seizure, Sara this guy doesnt have seizures. Please Bring this place down! We're mental Health patients & we're being abused Badly. Ive talked to other patients that are too scared to write the 602s! In return They live in fear & The officers will bring Them T.V.s to keep their mouth shut. This is Bullshit it has to stop. Someone can die from what these officers are doing! The story Lt. Bales is going with is when inmate dunagon was having leg restraints put on him he fell & Had a seizure officer Grove is the one that Beat on this guy you Have to talk to him to get his story. These guys wont talk in front of officers cause theyre scared please get here asap. Before they Kill someone Lt. Bales is crooked. Please help us.

P.S. They told him he wont get a write up (115)

I have new names of patients, that recently got beat/Assaulted theyre scared.

Respectfully
Mario Gonzales

REC
AUG 0 .. 016

7/28/16

DEAR SARA:

I'M WRITING TO YOU TO LET YOU KNOW THAT THE CORRUPT OFFICERS IN BLDG 2 ARE TRYING TO INTIMIDATE ME; ON 7-27-16 I ATTENDED MY EVENING GROUP UPON RETURNING FROM MY GROUP C.O. VALINE MADE A COMMENT ABOUT MY ASS LOOKING LIKE I TOOK A SHIT! I DIDNT SAY ANYTHING IN RETURN! THESE OFFICERS ARE COMING OVER TO OUR BUILDING & JUST GIVING ME DIRTY LOOKS. ACCORDING TO MY NEIGHBOR METTFORD C.O. VALINE & C.O. GREEN ON THIRD WATCH BLDG #2 WERE IN MY CELL SO NOW I'M ON EDGE NOT KNOWING IF THEY PLANTED SOMETHING ON MY CELL (ITS BAD ENOUGH I WAS SEXUALLY MOLESTED AT A VERY YOUNG AGE CAUSE WHEN I TRIED TO THROW AWAY THE BLOODY UNDERWEAR I WAS CHOKED AN I COULDNT CRY CAUSE IF I DID THEN SOMETHING WOULD HAPPEN TO MY SISTER. I'M NOT SCARED OF THESE OFFICERS KILLING ME AS I MENTIONED TO YOU THEY'LL HAVE TO KILL ME TO KEEP ME QUIET CAUSE I'M NOT GONNA STAY QUIET. SARA WHEN YOU BEAT SOMEONE & FORCE THEM TO INGEST URINE & FECES THOSE ARE WAR CRIMES, SARA I WANNA PRESS CHARGES AGAINST THESE OFFICERS ALSO PLEASE NOTIFY MY SISTER MRS. KATINA RONDEAU (619) 850-2242 LET HER KNOW YOUR OFFICE IS HELPING PLEASE SARA, SHE WORRYS ABOUT HER BABY BROTHER →

She also has a letter where I told her if I die, or end up in the hospital to file suit against CDCR, I, Sara; that was before I got beat.

Also can you please make copys of the papers I gave Mr. Dalkemas I'm thinking I'll need those for exhibits also can I please send you a letter with a S.A.S.E. cause I want the Sacramento Bee & people to know just how crooked the Ca Dept. of Corr. is & says they rehabilitation here! were abused & tortured!

It should also be noted the C.O. Pinkard and C.O. Smith on third watch Bldg. 4 are good guys! If we lose these officers, alot of bad things will happen. Please help us, Sara get these Greenwall officers, removed / transfered.

C/O Burke, Lt. Bales, Sgt. Byers, C.O. Green are Greenwall! (C.O. Lewis, C/O Cross, CO. Valine are just bad apples & Greenwall wanna bes)

May God bless you all

Sara I get nightmares if I can't get that shit taste out of my mouth. Sara I'll testify for what they did to me & Valencia!

Respectfully Maria A. Gonzalez  7/28/16

@ CSP-SAC  PSU. A-1-132

RECEIVI
AUG 0 5 2016

Dear Sara,                                          8/2/16
      May this letter find you & staff
in the Very best of Gods Bliss! On
Aug. 2, 2016 my neighbor Brandon Mefford
told me that C.O. Green stated to
him that "I have Something Coming".
I did not hear this comment cause I was
in a different classroom for group! Yet
I'm just letting you Know if anything
else is too happen to me you Know
why! I dont trust these officers at all
can they be removed or can I get a
restraining order against them?
                    Respectfully
                    Mario Gonzalez          → over

Is brandon mefford so Please interview him & don't want to suffer any assaults so what he heard.

ECEIV
AUG 0 5 2016

if you look up 7-16-16 while I was in A-2-116
you'll see on the 114 log record although my
cell was searched that night it was never
documented the officers that searched it
were Cross, Newby Burke, Valine, Green that
was the night the razor blade was discovered
that was wrapped with van Bills. None of
the officers mentioned it they didn't even
[illegible] cell was searched on the
114 log record for P.S.U.

on 4-12-16 I was at T.T.A. R.N. Grande
got a phone call from someone & said they
were looking a small Black phone, officer
contrell stated in his report that he did
pat search on me. why would he have
want to rap that if according to Cross & Co Valine
they searched me & my clothes allegedly @ my
cell.

          theyre liars

CEIVI
AUG 0 9 2016

8/3/16

Dear Sara:

MAY THIS LETTER REACH YOU & STAFF IN THE VERY BEST OF GODS BLESS. I'M SENDING THIS 602 ON MY EX-DOCTOR ROSS PSYCH AS I'VE RECENTLY LEARNED ©HE PLACED SOME DISTURBING COMMENTS IN MY MENTAL HEALTH FILE. YOU WILL BENEFIT FIRST HAND BY INTERVIEWING MY PRIMARY CLINICIAN (NOW) DR. GARDNER AS SHE'S THE ONE WHOM ALERTED ME OF THE UNETHICAL EMPLOYEE CONDUCT DR. ROSS HAS ENGAGED IN ITS ALSO RUMORED THAT DR. ROSS HAS A RELATIONSHIP WITH ONE OF THE OFFICERS IN A-2 HOW TRUE THAT IS I'M NOT SURE.

SARA PLEASE MAKE A COPY OF THIS 602 FOR YOUR RECORDS CAUSE I KNOW IF I SUBMIT IT FROM HERE IT WON'T GET PROCESSED MEANING ITS OFTEN WE TRY TO APPEAL CERTAIN THINGS OUR 602's ARE OFTEN THROWN AWAY. SO PLEASE SUBMIT THIS 602 & COPY IT ALONG WITH THIS OTHER FORM SARA I STRONGLY BELIEVE I'M GONNA BE KILLED IN PRISON BASED ON THE INVESTIGATION & CIVIL SUIT I PLAN TO FILE AGAINST THE OFFICERS WHOM BEAT ME & CAUSED G.B.I.

P.S.

Respectfully

Mario A Gonzalez

SARA MR. SLOAN OF A-2 WAS BEAT UP TODAY BY THOSE OFFICERS IN A-2
8/3/16 HE'S ON SUICIDE WATCH NOW!

8/8/16

Dear Sara:

May this letter reach you & family in the very best of Gods Bliss all elements of life considered. So, Today Mon Aug 8th 2016 I attended I.C.C. & my SHU terms were suspended. They wanna get rid of me really bad so they can continue the illegal beatings while patients are cuffed not too mention the others forms of torture they apply! Sara it has to stop. Mr. Smith in A-1-129 was beat on pretty bad a couple of weeks ago so, and he has to see an ear, nose, throat specialist cause of a hole in his head area. Its a must that he's given an interview cause he was beaten on by officers in one building. Honestly, Sara, does someone have to die before this abuse is given attention? Its no secret CDCR has been doing corrupt acts for years. CDCR is a multi-billion dollar industry! I strongly feel an indictment will be best. Maybe then some of these officers & the higher ups will take their assigned job duties in a professional manner! Monetary damages arent enough for one to future the abuse. thats going on if its happening here best believe its happening elsewhere. How can society overlook these acts we inmate/patients go through or be so quick to judge one of us based on our conduct, yet, refuse to acknowledge

2

**EVIDENCE**

OFFICERS. Cause some of these Problems! So You're aware Lt. Sparks I.A/I.S.U interviewed me on Sunday Aug 7 2016 in regard to the "Third Watch Beatings in 2 Blug on A-Yard! I must admit to you that I forgot to mention when Officer threw (Ray) out of the Cell & came back with the walkie talkie radio, which he handed to C.O. Valline! I forgot to mention that to Lt. Sparks I'm letting you know case my 2nd interview was recorded that any S.H.U terms were suspended and expidited to get me out of here via transit Prison city I'm assigned to Kern Valley or Salinas Valley S.H.U E.O.P. Although I stated in Justice I don't wanna be S.N.Y. It was not granted to Rescind my S.N.Y. Yet other patients were allowed to rescind there SNY status. Now I'm feeling that I'm gonna end up dead based on this investigation only difference is it'll happen at another institution. Like I've mentioned before Lt. Bales is Green Wall & he can reach out to wherever I'm transfered to. Sada Please get this into Court I'll testify for your office. The way im living now is on borrowed fear wondering if im gonna be set-up for my third strike. F.Y.I. I don't trust Lt. Sparks I.A/I.S.U. cause the works for CDCR they maybe investigating solely to see what axes that were

3

COMMITTED & HOW REPORTS CAN BE ALTERED TO MAKE IT SEEM LIKE THESE ACTS WEREN'T HAPPENING. Sara, NOT ONLY ARE CAMERAS NEEDED, OFFICERS TRAINED IN A COURSE OF PSYCHOLOGY AS THE ONLY METHOD OF DIFUSING A SITUATION. AN INDEPENDENT AGENCY SHOULD BE APPOINTED TO INVESTIGATE THE WRONGFUL ACTS! CDCR RECEIVES TO MUCH MONEY VIA GRANTS, CONTRACTS FOR THIS TYPE OF ABUSE TO BE HAPPENING. ALSO CAN YOU PLEASE SEND ME FEE WAIVER FORMS FOR GOVT. CLAIMS? I KEEP ASKING THE LAW LIBRARY FOR THE FORMS & IM NOT GETTING ANY RESPONSES. MAY GOD BLESS YOU ALL

Respectfully

Mario A. Gonzalez

P.S. SARA I HAVE
FAITH IN YOU & YOUR
COLLEAGUES. SUE THE
CRAP! OUT OF THIS PLACE
P. SEND IN THE CLEAN-UP
CREW!

READ REVERSE SIDE →

TODAY AUG 8th 2016 AN INMATE WAS BEAT UP BY 2 BLACK OFFICERS
IN BUILDING J. OFFICERS THE GUY THAT GOT BEAT UP IS NOW LIVING
IN C-SECTION 126) I DON'T KNOW HIS NAME I KNOW HE'S
DIABETIC & THEY CALL HIM PETE BOY. SARA, HOW LONG IS THIS
GONNA GOO ON? CAN YOU PLEASE NOTIFY THE F.B.I. CAUSE
AS MESSED UP AS WAT I SOUNDS. I REALLY DON'T THINK ROSEN, BIEN,
GRONFELD ARE TOO INTERESTED IN ASSISTING US! OUR REC
THEOROPISTS & PSYCHS TECHS TELL US THAT OFFICES COVERING ANY
KRAFT OF CLOSE ACTIONS FOR BLUNT AS COLEMAN ARE ALSO NOT
INCLINED TO DO TO MUCH CAUSE CCROA, PRISONS PAY! THESE
PEOPLE IS THIS TRUE SARA? IF THIS IS IN FACT TRUE ITS REALLY
DISTURBING.                    Respectfully
                          Seriously Disturbed
                          Mario A Gonzalez
OFFICERS TO BE ALREADY
INVOLVED ARE                  (*) These officers were talking
                              about the situation that MR ARENA
VALUE, LEWIS, BURKE (DENVER)  WAS GETTING BEAT IN EAST AREA NEAR
(BEST) & CALDERON...          C-SECTION IN BLDG A-1

              THE INMATE THEY BEAT UP
        WAS PETE ARENA A-1-126

                    A+1
INMATE WALKER IN 129 CLAIMS HE SAW THE
WHOLE INCIDENT BUT HE ALSO REFUSED TO TALK
WITH THE PARAMEDICS LAST TIME THEY WERE HERE

ARM
Env → Prob/y

AUG 16

Dear Sara:

May This letter reach you & staff & family in the Very best of God's Bless. Today 8/10/16 I attended I.C.C. again & I rescinded my S.N.Y. status so I'm put up for Donovan RJD due to my Disability Mobility issues. I'll be close to most of my family as well I'm going to pursue this matter so that no, one else with or without mental health issues has to be faced with this type of abuse. Mr. Arena was moved the day after he got beat up to another building. I look forward to hearing from your office soon & please make this stop.

As well Ms. Pearson-Bryant LCSW needs to be interviewed she's aware of some of the things that have gone on! Ms. Sheperd as well has been alerted to the on-going abuse, here at CSP-SAC.

I'm not making excuses or trying to justify mental health patient attacks or assaults on CDCR officers it goes both ways. Sara were being cuffed & about 4 or more officers beat us & write us up or offer us T.V.'s that are loaners or extra food to stay Quiet. Respectfully

Mario A Gonzalez

Dear Prison Law Office                    4-1-16

Thank you for writing to me and finding me in the system. I'm currently being housed in Ad-seg. I did nothing wrong & I'm being denied N.D.S. status. I was taken to I.C.C. on 8/25/16. On Aug 17-2016 I was attacked by 2 guys on A-yard although I signed a compatability chrono that involved _____ on the 19th I told the ____ ___ ___ I didn't feel safe so ___ ___ back to ___ cell. I was to go back to I.C.C. this week

[large illegible darkened section]

____ a T.V. or radio appliance other than the _____ program for 21 Days. Many of patients ask for property & are Denied the property officer. Hil is lazy and worrys more about her weave (Hair). She'll sort bag of property if your lucky to ____ when individuals are given the Title N.D.S. 200. Its for a speedy Transfer but its a crock! so youre aware Ms. Rovelo & Capt. Stout CCII Odell & A.W. Rojas

Are the ones that are violating my
NDS Due process rights. According to CPT.
Stout & Rovello I shouldn't have pissed off
the last institution I was at therefore
NO NDS. I've asked for a copy of my lock-
up order and still haven't been given one.
I'm enclosing a copy of the Compatability
Chrono _____ telling the truth
_____
_____

_____

my family, but I can't beg them
cause, I'm in Ad seg
please help me
Respectfully
Mario Bradley

STILL NO
WORD ON 3RD
LEVEL FOR
STAFF BEATING ME UP
at Sac

RECEIVED
SEP 14 201[?]

This is my written consent to let you use my name in your report! Please take into consideration I'm not the only one who suffered their abuse! There were approximately 15-20 mental health patients along with L.C.S.W. Ms. PEARSON-BRYANT whom also suffered. My wishes are simple; I WANT TO FILE CHARGES AGAINST ALL OFFICERS INVOLVED THEY NEED TO BE INDICTED & STAND TRIAL. CAMERAS NEED TO BE INSTALLED. INTERVIEW Ms. PEARSON-BRYANT L.C.S.W @ SAC.P.S.U. THE CAPT. CLOUGH LT. BALES, SGT. BYERS TOWER OFFICER MINER, FLOOR OFFICERS VALINE, LEWIS, BURKE, CROSS, GREEN, ORR ALL OF THIRD WATCH IN A-2 P.S.U. NEED TO BE SENT TO PRISON & SERVE OUT LENGTHY SENTENCES FOR THEIR ROLES IN THE ILLEGAL BEATINGS. ALSO INTERVIEW INMATE PATIENT: VALENCIA HE SHOULD BE IN A-7! IN MARCH 4-11 HE WAS SLAMMED TO THE GROUND & C.O. LEWIS KICKED HIM IN THE FACE C.O. GREEN ALSO WAS IN ON THAT ASSAULT & BATTERY VALENCIA LOST TEETH.

INTERVIEW MR. SMITH IN A-1 C SECTION 129 HE WAS BEAT UP PRETTY BAD. ALEX REYES    INMATE RUEDAS. ALTHOUGH INMATE WILLIS IN A-2 NEVER FILED HIS 602 INTERVIEW HIM. HE WAS BEAT UP BY C.O. GREEN & CREW. ALTHOUGH I FEEL WILLIS KEEPING QUIET IN EXCHANGE FOR A T.V. IS WRONG. INMATE DUNNAGAN HE SHOULD BE IN THE O.H.U. HIS JAW WAS BROKEN THEY'RE ARE ALOT OF PEOPLE THAT NEED TO BE INTERVIEWED & MOVED OUT OF THE HELL HOLE OFFICERS PINKARD & SMITH OF 3RD WATCH IN BLDG A-1 ARE GOOD GUYS I ALSO BELIEVE MR. PINKARD & MR. SMITH ARE NOT GONNA LOSE THEIR JOB OVER ONE OF THE GUYS IN 2 BLDG. MEANING THE OFFICERS THAT ARE BEATING INMATES. WILL NOT

Mr. Bien the mental Health staff that witness abuse such as Ms. BURGARNIER & Ms. POTTS SHOULD BE ABLE To REPORT THE ABUSE A.S.A.P. WITHOUT FEAR OR RETALIATION THE MEDICAL STAFF AS WELL. OFTEN THE MEDICAL STAFF THAT PASS OUT MEDICATION WITNESS THE WRONG DOINGS & THEY'RE OFTEN TOLD JUST TO BUTT OUT

INTERVIEW Ms. PEARSON - BRYANT GOD BLESS HER SO YOU CAN GET AN INSIGHT FIRST HAND JUST HOW CORRUPT C.D.C.R. REALLY IS.

THEE OFFICERS THAT WORK ANY PART OF THE MENTAL HEALTH PROGRAMS SHOULD BE CERTIFIED OR HAVE SOME TRAINING COURSE THAT ALLOWS HIM/HER TO WORK AROUND MENTAL HEALTH PATIENTS.

THE PATIENTS INVOLVED ~~with~~ EXPIERIENCING THE ABUSE SHOULD BE COMPENSATED FINANCIALLY. AS WELL THE OFFICERS THAT ~~W~~ ARE INVOLVED OUGHT TO BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.

LASTLY IM IN FEAR OF MY LIFE I STILL HAVE NIGHTMARES OF BEING CHOKED IM DIAGNOSED (WITH P.T.S.D. SEXUAL CHILDHOOD ABUSE I WAS ALSO CHOKED.) TIL THIS DAY I CANNOT GET THE SHIT & PISS TASTE OUT OF MY MOUTH. MR. BIEN I WROTE YOUR OFFICE WHEN I FIRST WENT THROUGH THIS IN APRIL 2016! IM SADDENED TO SAY MANY OF US PATIENTS FEEL LIKE THE COLEMAN LAWYERS DONT CARE ABOUT US. I CAN HONESTLY SAY I FEEL THAT WAY I STATED THAT TO SARA NORMAN OF THE PRISON LAW OFFICE!

MR. BIEN I FEAR C.D.C.R. IS GONNA REACHOUT & HAVE ME KILLED FOR EXPOSING WHATS GOING ON @ CSP-SAC.

NO, ONE SHOULD BE REPEATEDLY BEAT/KICKED/KNEED FOR APPROX. 20 MINS & THEN BE FORCED TO SWALLOW URINE & FECES! I CANT GET PAST THE FACT C.D.C.R. LET THAT ~~HAPPEN~~ & OTHER ACTS TO ~~HAPPEN~~. FIGHT FOR US MR. BIEN over

God Bless You all Respectfully
Maria A Gonzalez

PRISON LAW OFFICE the NAMES OF ALL
THE PATIENTS THAT GOT ASSAULTED THOSE OFFICERS
DO IT WHEN WERE CUFFED

RECEIVED
SEP 16

Dear Sari & Margot

[...] all the Best of Gods Care. Im sending you the 3rd [...] package Appeal Denial? Does this mean they're getting away with this? Honestly I given lots of [...]

C.O. ANDRADE & C.O. STINSON OF BLDG A-1

OFTEN BARGAIN WITH INMATES THAT DONT GO TO THE GROUPS. WHAT THESE OFFICERS DO IS THEY'LL GO THROUGH ANOTHER PATIENTS PROPERTY & THEN LOAN ONES PROPERTY TO ANOTHER INMATE THEN THAT INMATE WILL NOT GO TO GROUP FOR A MONTH OR TWO. C.O. ANDRADE & STINSON LOANED OUT MY PROPERTY WITHOUT MY CONSENT NOW MY CD PLAYER IS RUINED.

P.S. I'M WILLING TO TESTIFY AGAINST THOSE OFFICERS INVOLVED.

IN THE EVENT OF MY DEATH IN CDCR PLEASE FILE LAW SUIT & GIVE # DAMAGES TO MRS. KATINA RONDEAU @ (619) 850-2242 SHE WILL REACHOUT TO MY CHILDREN JAVIER OSHANASI (MY DAUGHTER) & VERONICA L. DURAZO MY SOULMATE. IN CASE I DONT MAKE IT HOME I LOVE YOU ALL.

(MY SON)

LOVE DAD & BROTHER & MARIO



Dear office of Victim & Survivor Rights.

my name is Mario A. Gonzalez AG-7688 @ CSP-SAC. On 4-12-16 while I was housed in A-2 officers BURKE, VALINE, CROSS, LEWIS, MINER & SGT. BYERS, LT. BATES all of 3rd WATCH A-yard PSU

These above mentioned officers were involved in Breaking my Ribs & Pouring urine and feces in my mouth. I will be filing a civil suit once time permits and my administrative remedies have been exhausted. I'm just letting you know cause these officers have friends & they're not to happy that im gonna be filing a civil suit!

I just hope I dont die in prison But if I do CDCR along with the above mentioned officers are to blame!

respectfully

Living in Fear @ CSP-SAC

Mario A Gonzalez
AG-7688