

**FILED**

AUG 2 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. GONZALEZ AG-7688
(Name of Plaintiff)
P.O. BOX 4670  D-5-104
(Address of Plaintiff)
LANCASTER, CA 93539

vs.

EDMUND G. BROWN, et al.,

_____

_____

(Names of Defendants)

2:17-cv-0176 WBS CMK
(Case Number)
1ST AMENDED COMPLAINT

COMPLAINT NOTICE AND
DEMAND "JURY TRIAL"

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:  ☒ Yes   ☐ No

B. If your answer to A is yes, how many?: ____1____  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff MARIO A. GONZALEZ

Defendants EDMUND G. BROWN, STU SHERMAN, C.O. ARCHULETA, SGT. CHAN S. SOTO M. PADILLA SGT. DEVINE SCHARFENBERG M.D.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

3. Docket Number 1:16-CV-01675- EPG (PC)

4. Name of judge to whom case was assigned HONORABLE ERICA P. GROSJEAN

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   STILL PENDING

6. Approximate date of filing lawsuit MAY 11TH 2015

7. Approximate date of disposition UNKNOWN

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                ☒ Yes    ☐ No
      If your answer is no, explain why not _____

   _____

   C. Is the grievance process completed?    ☒ Yes    ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official
   position in the second blank, and his/her place of employment in the third blank. Use item B
   for the names, positions and places of employment of any additional defendants.)

   A. Defendant EDMUND G. BROWN JR. is employed as GOVERNOR OF
      CALIFORNIA at STATE CAPITOL SUITE 1173 SACRAMENTO, CA 95814

   B. Additional defendants MR. BAUGHMAN WARDEN @ CSP-SACRAMENTO
      MR. CLOUGH CPT., MR. BALES LT., S. BYERS SGT., MR. E. MINER
      MR. J. BURKE, MR. A. CROSS, MR. J. LEWIS MR. R. VALINE MR. C. KINN
      MR. J. LEECH, MS. WALKER  MR. KEVIN GRINDE (R.N.)  CALIFORNIA
      DEPT. OF CORRECTIONS AND REHABILITATION  CSP-SACRAMENTO.  DR. ROSS
      (PSYCH) (P.A.) D. BODENHAMER  I.S.U. LT. SPARKS   I.S.U. SGT. STAKES
      INTERNAL AFFAIR AGENTS  JOHN DOE  INTERNAL AFFAIR AGENT JOHN DOE.

10

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

BROKEN BACK, BROKEN RIBS, TORTURE
VIOLATION OF 8TH AMENDMENT
VIOLATION OF 14TH AMENDMENT

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

COMPENSATORY AND PUNITIVE DAMAGES AS WELL REQUEST
DECLATORY RELIEF! I'm ASKING FOR $5,000,000 IN COMP
COMPENSATORY DAMAGES AND $10,000,000 IN PUNITIVE
DAMAGES FOR MENTAL ANGUISH & PAIN AND SUFFERING

Signed this 18TH day of AUGUST, 20 17.

_Mario Amador Gonzalez_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

08-18-17
(Date)

_Mario A Gonzalez_
(Signature of Plaintiff)

IN JULY 2015 I MARIO A. GONZALEZ WAS TRANSFERED TO CALIFORNIA STATE PRISON SACRAMENTO P.S.U. ON FEB. 23RD-16 I MET WITH LT. SPARKS OF I.S.U. AND INTERNAL AFFAIR AGENT JOHN DOE. DURING THIS MEETING I WAS TOLD : MY SAFETY WAS AT RISK BY I.S.U. & INTERNAL AFFAIR AGENT AS OUR INTERVIEW WAS RECORDED. ON OR ABOUT MARCH 10TH 2016 I ALERTED MY PRIMARY CLINICIAN DR. ROSS THAT I WAS IN FEAR OR MY LIFE, I EVEN GAVE HER AN INMATE 602 APPEAL TO TURN, IN IT WAS NEVER TURNED IN IT CONTAINED INFORMATION REGARDING FIVE OFFICERS THAT WERE ENGAGING IN ILLEGAL BEATINGS. ON MARCH 11TH 2016 I MET WITH INTERNAL AFFAIR AGENT JOHN DOE AND I.S.U. SGT. STAKES I ALERTED THEM MY LIFE WAS ENDANGERED BY OFFICERS WORKING A-2 P.S.U. SACRAMENTO. ON APRIL 12TH 2016 OFFICER BURKE CAME TO MY CELL DOOR AND TOLD ME TO CUFF UP CAUSE HE NEEDS TO SEARCH MY CELL. I STATED TO OFFICER BURKE I HAVE NO PROBLEM WITH THE SEARCH JUST CALL THE LT. I DID NOT CUFF UP FOR OFFICER BURKE. OFFICER A. CROSS CAME TO MY CELL DOOR AND STATED WILL YOU CUFF UP FOR ME I NEED TO SEARCH YOUR CELL. I STATED TO OFFICER A. CROSS I HAVE NO PROBLEM WITH THE CELL SEARCH JUST CALL THE LT. THE LT. ON DUTY WAS LT. BALES. I DID NOT CUFF UP FOR OFFICER CROSS OFFICER CROSS WAS DISPLEASED THAT I ASKED FOR THE LT. OFFICER CROSS LEFT MY CELL DOOR WALKED TOWARD THE ROTUNDA AND HUDDLED WITH OFFICERS BURKE, VALINE, J. LEWIS OR 3RD WATCH A-2 P.S.U. SACRAMENTO WHEN OFFICER CROSS RETURNED TO MY CELL DOOR OFFICERS BURKE, VALINE, LEWIS ARRIVED WITH HIM. OFFICER CROSS THEN SIGNALED FOR CONTROL OFFICER MINER TO OPEN MY CELL DOOR OFFICER E. MINER OPENED UP MY CELL DOOR FULLY AWARE I WAS NOT CUFFED AS SOON AS MY CELL DOOR OPENED UP OFFICER CROSS CUFFED MY LEFT HAND AND STARTED PUNCHING ME, I WAS PUNCHED IN THE BACK AND RIGHT KIDNEY AREA SEVERAL TIMES! OFFICER CROSS THEN CUFFED MY RIGHT HAND I WAS ABLE TO GRAB ON TO MY DISABILITY APPLIANCE (WALKER) I SUFFER FROM (HEMIPLEGIA) LEFT SIDE OR MY BODY OFFICER CROSS THEN TOOK ME DOWN AND APPLIED A WRESTLERS HOLD KNOWN AS A FULL NELSON THUS EXPOSING MY RIGHT SIDE RIB AND BACK AREA,

Officers Valine. Lewis, Burke took turns kicking me in the back and rib area with there boots on. These officers also kneed me. During the beating officers were asking Questions about incidents I Reported, to Internal Affairs involving these Dates 2-16-16 & 3-10-16. I Refused to Cuff Up cause I knew these officers were out to cause me harm. I Requested for Lt. Bales to be Present and Hoping He would Follow Proper Policy and Procedure. Lt. Bales Refused to Appear. Officers Valine. Lewis, Burke, Sgt. Byers, Lt. Bales Officer Cross E. Miner Violated Policy & Procedure ("Under Coleman v. Brown 4-10-2014 Court Order: Staff must consider an inmates Mental Health Status, Medical concerns etc. Staff must also Provide a Cool Down Period so that Patient/inmate is Given an Opportunity to Comply with Custody Staff Orders. The Cool Down Period should include clinical intervention by a Licensed Mental Health Practitioner. This was not Done.' Staff are also Encouraged to try Alternatives to Force such as involving Religious Leaders, Correctional counselors or Correctional Officers, Correctional Counselors and or Other Staff that know the Patient/inmate well. So As Long As There is no Imminent threat to Staff or inmates the Cool Down Period should continue until All Reasonable Interventions have been Attempted. The Revised Procedures are in the C.D.C.R. Department of Operations Manual @ 51020.1 Through 51020.24. At no Point During Time Following Did Anyone from Mental Health try to intervene to try & solve the Problem".) During the Beating Officers were asking Questions about incidents that Occurred on 2-16-16 and 3-10-16 I was being Beat Kicked Choked Tortured officers asked what Did you tell them, where's the Phone? what did you say.

(Page 2)

As I was being held in a wrestlers hold
Officers Valine, Lewis continued to savagely kick me
Officer Burke was twisting my left foot so hard
he yanked off my A.D.A. brace along with shoe off
my foot. Officer Cross was applying so much pressure
it felt as if my back was gonna snap. I was then
dragged over by the sink area nearest end of bed in
A-2-116 Officer Cross held me in a position that allowed
C.O. Lewis to pour urine + fece mixture into my mouth
at C.O. Burkes command! Burke stated to Lewis, "give
him some"! I tried to spit the urine and fece mixture
out but couldn't cause C.O. Cross was choking me.
C.O. Lewis then kicked me three times in the groin
area twice I was kicked in the testicles and once
in the super pubic area this savage beating lasted
between 20-30 mins. After the first beating stopped
these officers to th told me to get up + walk because
of injuries I suffered I was unable to stand besides
I cannot walk without my walker. These officers started
yelling at me to stop faking it and start walking
as I laid on the ground unable to walk officer
Burke than placed me in waist restraints officer Lewis
placed leg restraints on me. Officer Burke then removed
Officer Cross's handcuffs. After this happened officer Burke
took his right leg and stood on my neck area officer
Valine was using his entire weight on my right thigh area
I was than dragged out of my cell and placed on a
gurney. After I arrived at T.T.A medical (R.N.)
Kevin Grinde examined me I was given a shot of
Torodol 30 or 60 mg. I complained of tremendous
pain in my back and my right side rib area but (R.N.)
Grinde ignored it down played the beating I suffered
to favor the officers!

(page 3)

On the way back to my assigned cell from T.T.A. I was laying on the gurney, Sgt. Byers grabbed under my jaw area with both hands and began pulling upwards with great pressure Sgt. Byers stated "Your getting everything you deserve". Sgt. Byers did this in the presence of Capt. Clough. Captain Clough did nothing about it. Captain Clough tied me to the gurney with sheets even though I was already restrained to the gurney with proper restraints. As I was being escorted back to my cell via gurney officers Kinn an officer Leech started hitting me in the face. Female officer Walker was pressing down on my left knee area inward as she appeared to be trying to break my left knee. When we arrived back into housing unit A-2 officer Lewis was waiting to search me with a metal detector. Officer Lewis squeezed my testicles and hit me with the metal detector in the testicular area. As C.O. Cross unfastened the cuffs on the waist restraints he started punching me he hit me twice in the face and once on the right side temple area C.O. Cross stated to me "I've been waiting to fuck you up." At this point I stood up + the waist restraint was still around my waist yet my hands were free. Officer Burke took me down again I was sitting on my buttocks while officer Burke was using his entire body weight causing me to suffer more injury to my back as he was trying to push me farther down literally trying to get my chin to touch the ground. When all the officers exited my cell I noticed my property was gone. I waited until Lt. Bales showed up once he finally showed up he asked for the waist restraints that I still had around my waist at this point we made a deal: I would get my T.V. back for the waist restraints Lt. Bales ordered C.O. Valine

(page 4)

STATEMENT OF FACTS CONT.

TO RETURN MY T.V. AND OTHER PROPERTY THE OFFICERS TOOK FROM ME. I STATED TO LT. BALES IN THE PRESENCE OF VALINE, BURKE, LEWIS, CROSS I KNOW WHAT THIS IS ABOUT ITS ABOUT THE ON GOING INCIDENTS I REPORTED. LT. BALES LOOKED AT HIS OFFICERS & STATED THATS ENOUGH IT ENDS HERE. AN ASAIN MALE OFFICER REMOVED THE ~~HANCUFFS~~ HANDCUFFS I WAS PLACED BACK IN MY CELL. ON APRIL 13TH I HAD TO FILL OUT A 7362 SICK CALL SLIP CAUSE MY RIBS & BACK HURTS BAD UPON FIN- ALLY GETTING X-RAYED D. BODENHAMER CONFIRMED A FRACTURE OF THE · EIGHTH RIB SHE NEVER TOLD ME I HAD A FRACTURED BACK THIS INFORMATION WAS BEING WITHHELD FROM ME IT WASNT UNTIL I TRANSFERED TO R.J. DONOVAN ONLY THEN I WAS TOLD I HAD A COMPRESSION FRACTURE IN MY BACK. THIS WAS IN SEPT I BELIEVE. IN NOVEMBER 2016 I WAS X-RAYED AGAIN @ CSP LANCASTER THE COMP- RESSION FRACTURE STILL HASNT HEALED. ON 4-21-16 I FILED 602 INMATE APPEAL (PLEASE SEE EXHIBIT 1) ON 4-19-16 I NOTIFIED THE LAW OFFICE OF MICHEAL BIEN ATTORNEY AT LAW (PEOPLE V. COLEMAN) I WAS ONLY SENT THERE COVER LETTER. EVEN THE OVER SEERS OF THE MENTAL HEALTH PROGRAM KNEW OF THE ONGOING ABUSE AND DID NOTHING ABOUT IT. ON JULY 7TH 2016 I WAS INTERVIEWED BY SARA NORMAN STAFF MANAGING ATTORNEY ALONG WITH MARGOT MENDELSON OF THE PRISON LAW OFFICE. I AM PART OF THE ARMSTRONG CASE ALONG WITH OTHER PATIENT INMATES WHOM WERE SAVAGELY BEAT @ CSP-SAC P.S.U. (PLEASE SEE EXHIBIT 2) PLEASE SEE HOSPITAL REPORTS (EXHIBIT 3), POLICY & PROCEDURE PRINTOUT "COLEMAN V. BROWN" (EXHIBIT 4)

(PAGE 5)

"THIS IS THE CASE FOR EXCESSIVE FORCE BY PRISON STAFF WHICH VIOLATES THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION, PROHIBITION AGAINST CRUEL & UNUSUAL PUNISHMENT THAT WAS APPLIED "MALICIOUSLY AND SADISTICALLY FOR THE VERY PURPOSE OF CAUSING HARM" HUDSON V. MCMILLAN (1992) 501 U.S. 294 [112 S.CT. 995: 117 L.ED. 2d 156] WHITLEY V. ALBERS (1986) 475 U.S. 312 [106 S.CT. 1078: 89 L.Ed 2d 251]

## Conclusion

FOR THE ABOVE STATED REASONS, THE RELIEF SOUGHT IN THE PETITION SHOULD BE GRANTED DATED: AUGUST 18TH 2017

RESPECTFULLY SUBMITTED
x Mario A. Gonzalez

## Verification

I MARIO A. GONZALEZ, STATE: I AM THE PETITIONER IN THIS ACTION I HAVE READ THE FOREGOING PETITION AND THE FACTS STATED THEREIN ARE TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS THAT ARE       THEREIN STATED OF MY OWN INFORMATION AND BELIEF AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED AT CALIFORNIA STATE PRISON LANCASTER CSP-LAC   ON   AUG 18TH 2017

Mario N Gonzalez

(PAGE 6)

EXHIBIT (#1)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date:    SEP 0 6 2016

In re:    Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
At Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9005

TLR Case No.: 1515029      Local Log No.: SAC-16-01560

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner S. K. Hemenway. All submitted documentation and supporting arguments of the parties have been considered.

**I**    **APPELLANT'S ARGUMENT:** It is the appellant's position that on April 12, 2016, he was severely beaten by Correctional Officers (CO) A. Cross, J. Lewis, J. Burke and R. Valine for about 20 minutes. He claims that the tower officer opened his cell door while he was not "cuffed." He states that he said to CO Cross and Burke (third watch) that he had no problem with a cell search and to just call the Lieutenant. As soon as CO Cross entered his cell he "cuffed" the appellant's left hand and started punching him with his right hand. The appellant then says he grabbed CO Cross' right hand hoping to stop the assault. The appellant continues and states that once CO Cross cuffed his right hand, he grabbed onto his Americans with Disabilities Act (ADA) walker to stay on his feet. He then states that CO Cross took him down then applied a "wrestlers Full Nelson." This exposed the right side of his ribs and back area that CO Valine, Burke and Lewis repeatedly kicked and kneed. He also claims that CO Burke yanked his ADA bracelet off his foot. He then states that CO Cross held him in a position that allowed CO Lewis to pour a urine and feces water mixture into his mouth. He states that CO Burke said, "Give him some." The appellant alleges that he tried to spit out the urine mixture but could not because CO Cross was choking him. CO Lewis kicked him twice in the testicles and once in the "super pubic area" then left his cell and returned with a "walkie-talkie radio." He (CO Lewis) handed it (radio) to CO Valine who put it on his belt holder and he (appellant) believes that is when the alarm was pushed. The appellant then states that he was taken by gurney to the Triage Treatment Area where he told Registered Nurse (RN) K. Grinde that his back and testicles hurt and it was hard for him to breathe. He claims that RN Grinde downplayed the beating he suffered to favor the officers. The appellant states that he was given a shot of "Toradol" and sent back to his cell. X-rays were taken on April 14, 2016, proving he had broken ribs. He also states that Correctional Sergeant S. Byers put both hands under his jaw area and pulled up stating in the presence of Captain Clough, "You're getting everything you deserve."

The appellant is requesting that the above mentioned officers be investigated by the Office of Internal Affairs and Investigative Services Unit; that the officers be reassigned elsewhere so they do not commit any more batteries on Enhanced Outpatient Program/Psychiatric Services Unit (PSU) inmates; monetary damage; Federal and State relief, punitive damages for mental anguish, pain and suffering; that the harassment stop; that the officers submit to polygraph examinations for inhumane and cruel and unusual punishment they repeatedly administer to the inmate patients in the PSU; and to terminate the officers from the CDCR.

**II**    **SECOND LEVEL'S DECISION:** The reviewer found a basis to partially grant the appeal. The review of the allegation of staff misconduct presented in the written complaint was completed; and, based upon this review the appellant's appeal was processed as an appeal inquiry. The inquiry included a review of the evidence, an evaluation of any interview conducted, and a review of pertinent documents and current policies, laws, and procedures. The appellant was informed that all staff personnel matters are confidential in nature. The appellant will only be notified whether the actions of staff were or were not in compliance with policy. The inquiry was completed and it was found that staff did not violate policy with respect to the issue appealed. The appeal was partially granted in that an inquiry was completed and has been reviewed.

MARIO GONZALEZ, AG7688
CASE NO. 1515029
PAGE 2

**III  THIRD LEVEL DECISION:**  Appeal is denied.

**A.  FINDINGS:**  Upon review of the documentation submitted as well as the Incident Report log #SAC-PSU-16-04-0314, the Third Level of Review (TLR) Examiner determined that the appellant's allegation was appropriately reviewed and evaluated by administrative staff.   All staff personnel matters are confidential in nature and will not be disclosed to other staff, the general public, the inmate population, or the appellant.  If the conduct of staff was determined not to be in compliance with policy, the institution will take the appropriate course of action.  In this case, the Second Level of Review (SLR) informed the appellant that an inquiry was completed and disclosed the determination of the inquiry.  The appellant's request for staff training, to place documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation, is beyond the scope of the appeals process.  The confidential inquiry was reviewed at the TLR.  The TLR Examiner concurs with the determination of the SLR.  The institution's response complies with departmental policy and the appellant's staff complaint allegation was properly addressed.  No relief is warranted at the TLR.

**B.  BASIS FOR THE DECISION:**
California Penal Code Section: 832.5, 832.7, 832.8
California Code of Regulations, Title 15, Section: 3000, 3000.5, 3001, 3004, 3005, 3084.1, 3084.3, 3084.9, 3268, 3268.1, 3268.2, 3270, 3391
CDCR Operations Manual, Section: 31140.14

**C.  ORDER:**  No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.  If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.


S. K. HEMENWAY, Appeals Examiner                                    M. VOONG, Chief
Office of Appeals                                                              Office of Appeals

cc:     Warden, RJD
          Appeals Coordinator, RJD
          Appeals Coordinator, SAC

EXHIBIT (#2)

5 copys
EA



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 11, 2016

Mario Gonzalez, AG-7688
SAC
PO Box 290066
Represa, CA 95671

Dear Mr. Gonzalez:

Thank you for speaking with our office about your experiences with staff misconduct at CSP-Sacramento. As you know, on July 7 and 8 myself and other staff from the Prison Law Office interviewed you and other prisoners at SAC under the Armstrong case and subsequently provided a preliminary report to prison officials regarding instances of staff abuse and violence in the PSU directed at Armstrong class members. We returned to talk to more people, including yourself, to better understand the scope of the problems and who has been impacted.

Thank you for the multiple times you have talked to us about your experiences at SAC, and the information you have provided to us regarding the experiences of others. We know that it can be difficult and dangerous to speak up about staff wrongdoings. We appreciate your courage in talking to us. We are currently pursuing multiple avenues to improve conditions for yourself and others in the PSU at SAC.

We also received three letters from you on 8/1/16, 8/4/16, and 8/5/16 with further information about your current situation and about the situation of others. We have read your letters carefully. Are you experiencing retaliation for talking to us? If so, please provide as much information as possible about what type of retaliation you are experiencing and from which officers.

Please continue to keep us updated on your situation and on conditions in the PSU. Are you getting escorted to group treatment? Are you seeing your clinician regularly? Are you aware of any use of management cells in your housing unit? We would appreciate it if you would send us more details about any new problems or concerns you have regarding these issues, including dates, times, locations and names of the officers and prisoners involved.

We also encourage you to pursue your appeals on staff misconduct through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 30, 2016

Mario Gonzalez, AG-7688
RJD
480 Alta Road
San Diego, CA 92179

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 8/9/16 and 8/16/16. You write that your SHU term was suspended and you have been placed up for transfer. You also write about other recent staff assaults on prisoners in the A-yard PSU.

According to the online locator, you have transferred to R.J. Donovan since writing to us. We are elated to hear that your SHU term was suspened, and to see that you have been transferred.

We also appreciate the further information you provided to us about incidents and people in the A-yard PSU. We have followed up on the information your pvided. We plan to issue another report soon to CDCR and to the Armstrong court about the widespread violence in A2 and the PSU at CSP-Sacramento.

I am enclosing a postage-paid envelope which you can use to keep us updated on how you are doing at RJD. Take care, Mr. Gonzalez.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendleson

Enclosures: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

September 6, 2016

CONFIDENTIAL – LEGAL MAIL

Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

      Re:   *Coleman v. Brown*
            Our File No. 489-3

Dear Mr. Gonzalez:

      This is in response to your letters dated August 3 and 10, 2016, which the Prison Law Office forwarded to us on August 16 and 19, 2016, respectively.

      Thank you for writing to us about your experiences at CSP-Sacramento. We are very concerned about the reports of staff misconduct that we have heard from you and several other patients in the SAC PSU.

      Given the information that we have been hearing about conditions in the SAC PSU, we are planning to visit CSP-Sacramento with the Special Master's team at the end of September.

      In addition, we are currently working on a report about this abuse. Would you be willing to let us use your name in this report? If you would not like us to use your name due to fear of retaliation or for any other reason, we will, of course, respect your wishes.

      If you have not yet filed an appeal about your concerns and you feel safe doing so, we advise you to file a 602, being as detailed as possible. You should pursue this appeal through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

[3036604-2]

Finally, if you have any additional experiences of staff misconduct, we would appreciate it if you would share those experiences with us, including dates, times, locations and names of the officers and prisoners involved. A postage pre-paid envelope is enclosed for your convenience along with any other material we think might be helpful to you.

Thank you, again, for taking the time to write to us about your negative experiences in the SAC PSU. Please keep in touch about your concerns and encourage anyone else with similar concerns to write to us as well.

Please be assured that we have read your letter carefully. Thank you for writing.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

By: Dylan Verner-Crist
Paralegal Clerk

DVC:dvc
Encl:  Admin Appeals, UoF Fact Sheet, SASE



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

October 17, 2016

Mario Gonzalez, AG-7688
CMC
PO Box 8103
San Luis Obispo, CA 93409

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 9/16/16 and 9/26/16. You send your exhausted appeal on what happened to you at SAC, and ask about filing a lawsuit. We also received your permission to speak with your sister. Additionally, we noticed you have transferred from RJD to CMC since you last wrote.

I am sorry to hear what you have been through. Unfortunately we cannot help you with an individual lawsuit. I am enclosing information on how you can pursue an individual lawsuit yourself. I am also enclosing further information on how to find an attorney for an individual lawsuit. I hope you find this information useful, and wish you luck if you do pursue a lawsuit. I am sorry we cannot help you further with a personal lawsuit right now.

We remain concerned about staff abuse at SAC in the PSU. We are thankful that you brought these concerns to our attention. Over the past several months we have heard from numerous prisoners about entrenched problems with staff misconduct in the PSU. We thank everyone who was willing to provide us with information about their experiences.

We recently presented a long and detailed report to CDCR and the Special Master in the Coleman case about these concerns, conveying what we have heard from prisoners about staff misconduct. Specifically we raised concerns about excessive force, verbal abuse, denial of food, tampering with mail and property, and retaliation for reporting misconduct. We used prisoners' names in the report only where we had explicit permission to do so. In the report we made a series of requests for changes to the PSU. We are now waiting for a response from CDCR. In the meantime we remain concerned about conditions in the PSU, and we are continuing to monitor those units. We plan to continue advocating for better conditions in the PSU if we do not see positive changes there.

Please keep us updated on your situation. We hope you are doing okay.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: PI; HCM; LRS; SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

November 9, 2016

Mario Gonzalez, AG-7688
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 10/17/16 and 10/28/16. You wrote from a crisis bed at CMC and then from LAC. You say you are on your way to DSH.

I am sorry to hear about the problems you are facing, and that you went to a crisis bed. You say you have not received any letters from us recently. We last wrote to you on 10/17/16 and sent that letter to CMC. We also wrote you a letter on 9/15/16, which we sent to RJD. These letters may not have gotten to you because you have been moving around so much.

In one of your letters you ask for copies of our past correspondence with you. I am sending you copies of the letters and documents we received from you along with the responses we sent to you since this summer.

In one of your letters you also say you received a phone call from a Lieutenant while at CMC, which you refused because you did not know what it was about. We do not know what the phone call was about either. It may have been related to ongoing investigations at SAC into the PSU. CDCR has told us that they are making staffing changes to the PSU at SAC, and continuing to investigate instances of staff misconduct. We have also heard from prisoners in the PSU that there are new staff in A2 and that conditions there may be getting better. We recognize that your last several months have been very rough. Again, we would like to emphasize our appreciation for your honesty and bravery in speaking out about what happened to you. We are optimistic that conditions are improving for everyone in the PSU at SAC, though we will still continue to closely monitor those units.

We hope you are doing okay, Mr. Gonzalez. We hope that you find the help you need in DSH. Please continue to keep us updated on your situation.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: Correspondence with Mr. Gonzalez from 7/1/16 to 11/8/16

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

3 copys



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabrawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

January 24, 2017

Mario Gonzalez, AG-7688
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Gonzalez:

I write in response to the letter we received from you on 1/12/17. You write that agents from Internal Affairs and the Office of the Inspector General spoke to you at the beginning of January. You say they made you do the interview with a voice stress analyzer.

Thank you for writing to us with an update. We are glad to hear that staff from Internal Affairs and the OIG came to talk to you. It sounds like they are taking what happened to you seriously. You say you would like to do the test again. Unfortunately, we cannot help you to do the test again. You said you were stressed out but you told the truth. That sounds like the best thing to do in that situation.

We hope you are doing well at Lancaster. I am sending you a stamped envelope so you can keep in touch and let us know of any more developments to your situation.

Take care, Mr. Gonzalez.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

SOCHC16003268

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

RECEIVED
MAY - 9 2016
HC APPEALS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑,    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Gonzalez Mario | AG7688 | A-2-116 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| Mario A Gonzalez | 4/13/16 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

BROKEN RIBS RIGHT SIDE & POSSIBLE LOWER BACK FRACTURE SUFFERED FROM OFFICERS BEATING.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
GONZALEZ MARIO

CDC NUMBER
AG 7688

HOUSING
A-1-131

PATIENT SIGNATURE
Mario A Gonzalez

DATE
5-12-16

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem) REQUEST BLOOD TEST FOR ANY HIV OR HEP C VIRUSES DO TO OFFICERS IN 2 BLDG, HOLDING ME & CHOKING ME AS WELL AS FORCING ME TO SWALLOW  URINE, FECES, WATER MIXTURE ON 4-12-16 OFFICERS INVOLVED (J. LEWIS, BURKE, CROSS, VALINE) All WORK 3RD WATCH BLDG A-2

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG76S? | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | EOP / PSU | HOURS FROM ___ N TO A | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LT. SPARKS  THIS IS MARIO
GONZALEZ  I MET WITH YOU INTERNAL AFFAIRS AGENT
IN 2-23-16. PLEASE NOTIFY PROPERTY OFFICER WOODS IN
4K OF MY PACKAGE YOU SAID I'D BE ABLE TO RECEIVE
IT RIGHT NOW 2ND WATCH C/O. BURT CROSS OUT CREW
OF ME OF MY MEALS. PLEASE NOTIFY WOODS MY ...
...

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO: ___LT. SPARKS___ I.S.U.___  DATE MAILED: 3/14/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. Lewis | 3-14-16 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| L. SPARK   I.S.U. | | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Member's Copy; Goldenrod - Inmate/Parolee's Receipt ...

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| GONZALEZ | | MARIO A | N3-7088 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-7-116 | C.C.P. | | VISITING APPEAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

CAN YOU PLEASE TELL ME IF MY REQUESTED
VISITOR MARIA NERI HAS BEEN APPROVED TO VISIT ME
ON 3-23-2016. NOW
C.O. GREEN ON THIRD WATCH SAID I WOULD NOT GET MY MAIL
A LONG AS HES HERE.

---

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: ___VISITING SGT A.WASN___      DATE MAILED: 3/29/16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| D. Sutton | 3-29-16 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| VISITING SGT / REGIONAL | 3-29-16 | |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

---

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO    A | AG-7688 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _N/A_ TO _A_ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | C.O.P. | | BATTERY BY (4) OFFICERS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

SGT. SATES  I'M SUBMITTING THIS WRITTEN REQUEST TO YOUR OFFICE; AS I AM REQUESTING YOU OR A QUALIFIED I.S.U. OFFICER ASSIST ME WITH CONDUCTING A USE OF FORCE VIDEO.' I SUFFERED BROKEN RIBS DUE TO ILLEGAL BEATING I SUFFERED ON 4-12-16. OFFICERS INVOLVED - VALINE, _____ BURKE, CROSS, & SGT. BYERS ON THIRD WATCH IN A-2-116 _____ _____ MINOR WAS ALSO INVOLVED BY OPENING DOOR I WASN'T CUFFED!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: _SGT  SAK  I.S.U._   DATE MAILED: _4/15/16_
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 4.18 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| SGT. JAKES   T.  I.S.U. | | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Ms. Bryant
Please walk over to "B" yard I.S.U. office ask SGT. SATES IF HE RECEIVED THIS REQUEST IN THE MAIL? IF HE DIDNT WE HAVE SOMEONE ON FIRST WATCH THATS MESSING WITH OUR MAIL. PLEASE OR CONTACT THE INTERNAL AFFAIRS OFFICE HERE I WANT TO GO ON VIDEO FOR WHAT THEY DID TO ME ON 4-22-16 MY RIBS + BACK StiLL HURT. I WANT I.S.U. OR INTERNAL AFFAIRS TO DO MY VIDEO. SGT. Byers THREATENED ME ABOUT THE USE OF FORCE VIDEO! HE TOLD ME TO SAY "I MADE IT ALL UP" Im NOT GONNA SAY THAT. I NEED HELP PLEASE WE ONLY HAVE 30 DAYS TO DO THIS VIDEO.

Respectfully
Mario Gozalez

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gonzalez | Mario | NG-7088 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. | HOURS FROM __N__ TO __A__ | Personal Property |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LT. BALES IM WRITING TO YOU IN REGARDS TO MY PERSONAL PROPERTY C.O. LEWIS + VALINE CONFISCATED FROM ME WITHOUT A RECEIPT. WE HAD A DEAL (HOWEVER) 3RD WATCH INSTRUCTED 2ND WATCH TO TAKE MY T.V. MY T.V. CABLE WAS ALSO BROKEN BY CO VALINE ON 4-12-16. STILL MISSING 1-BOTTLE OF SHAMPOO 1-LOTION 1-BOWL/LID 1-CUP + MY T.V. W/CABLE

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ (SENT THROUGH MAIL:  ADDRESSED TO: LT BALES          DATE MAILED: 4/17/16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. 10/11-1 | 4-18-16 | TJ | (CIRCLE ONE)   YES   ~~NO~~ |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| LT BALES | 4-17-16 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (PRINT): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A. Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM  N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | EO.P. P.S.U. | | OFFICER MISCONDUCT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

DR. WHEELER, IM WRITING TO YOU IN REGARDS TO LCSW MS. BRYANT SHE HAS WITNESSED THE WRONG DOINGS BY THESE OFFICERS HERE IN P.S.U. THESE C.O.S ON 3RD WATCH ARE FALSESYFING THAT INMATES ARE FED EVENING MEALS. THEYRE' HAS BEEN NUMEROUS ASSAULTS THAT INMATES HAVE SUFFERED MOST RECENTLY I SUFFERED BROKEN RIBS ON 4-12-16 PLEASE ALLOW HER TO CHECK ON US PLEASE LIVES ARE IN DANGER

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL   ADDRESSED TO: DR. WHEELER                              DATE MAILED: 4, 20, 16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| D-Salmon | 4-20-16 | | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| DR. WHEELER | 4-20-16 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Wheeler | | | 5/8/16 via U Sarton |

Your ~~custody~~ ~~been~~ ~~informed~~ ~~have been informed of your concerns.~~

~~These not go~~ ~~multiple~~ ~~body, not Mental Health.~~

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
| --- | --- | --- | --- |
| GONZALEZ | MARCUS | AG-7688 | Marc A Morales |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| --- | --- | --- |
| A-2-116 | E.O.P. T.S.U. | HOURS FROM N/A     Use of force Video |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LT. Jones IN Regards To Our conversation About Use of force Video & How I Did not Do one Yet Cause of What Sgt. Byers Wanted Me To Say on Camera. Sgt. Byers Stated "Your Gonna say you Made it All up it Never Happened, Sgt. Byers said This in the Presence of Sgt. Morrison & C.O. Rourke.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: LT. Jones on LT. Mastracek     DATE MAILED: 5/1/16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
| --- | --- | --- | --- |
| Rourke | 5.1.16 | | (CIRCLE ONE)    YES    **NO** |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
| --- | --- | --- | --- |
| LT. Jones or LT. Mastracek | | 5-1-16 | (CIRCLE ONE)  IN PERSON    **BY US MAIL** |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
| --- | --- | --- | --- |
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
| --- | --- |
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
| --- | --- | --- | --- |
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| MORALES | | Martin | N6-7687 | Martin A Morales |
| HOUSING/BED NUMBER: | ASSIGNMENT: | | HOURS FROM _____ No | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| A-2-116 | F.O.P. P.S.U | | | PRIVATE / MATTER |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

DR. SCHMIDT   CAN I   '   ^   E
TALK   TO   YOU   I   NEED   TO   DISCUSS   SOMETHING   WITH
you * I   DON'T   WANNA   PUT   IT   ON   THIS   PAPER.
PLEASE   SCHEDULE   ME   FOR   AN   INTERVIEW

---

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )   **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☑ SENT THROUGH MAIL:  ADDRESSED TO:____ DR.  SCHMIDT _____   DATE MAILED: __5/ 1, 16__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R. ___ | 5-1-16 | (sig) | (CIRCLE ONE)   YES   NO |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
| DR. SCHMIDT | | 5 - 1 - 16 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | | DATE SUBMITTED: | |
|---|---|---|---|
| | | | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:**   **MAR 0 9 2017**

**To:**    GONZALEZ, MARIO (AG7688)
           California State Prison – LA County
           P.O. Box 4670
           Lancaster, CA 93539-4670

**From:**   California Correctional Health Care Services
           Inmate Correspondence and Appeals Branch
           P.O. Box 588500
           Elk Grove, CA 95758

**Tracking/Log # :**   SAC HC 16032658

This appeal was reviewed by Inmate Correspondence and Appeal Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:
- To have Registered Nurse Grinde investigated by the Medical Board or Internal Affairs.
- Monetary compensation.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your health record were reviewed by staff.

Records show you transferred to California State Prison, Los Angeles County on October 21, 2016.

Documentation in your health record indicates you were evaluated in the Triage and Treatment Area (TTA) on April 12, 2016, for complaints of back and scrotal pain. The treatment notes indicate you reported you were "kicked in the scrotum" by a correctional officer. Notes from the physical examination indicates your skin was intact with no redness or bruising and no apparent distress. Additionally, it was noted your scrotum and penis were examined revealing no signs or symptoms of injury to the area, and no torsion of the scrotum. The nurse administered a Toradol injection per a medical doctor (MD) order. You reported feeling better but still experiencing some back pain. You were encouraged to stretch and rest your back, and to submit a CDCR 7362, Health Care Services Request form if the pain persisted. You verbalized your understanding of the instructions in your own words. There is no indication you complained of chest pain or difficulty breathing during this encounter.

Records indicate the health care appeal was reviewed and evaluated by the hiring authority and the issue was deemed not to meet staff complaint criteria. This appeal was presented to the Chief Executive Officer who determined there was not sufficient information or clarification of a policy violation to support your allegations. Therefore, this appeal is being addressed under normal health care appeal processing guidelines.

Monetary compensation is outside the jurisdiction of the health care appeals process.

submit a separate appeal to the Institution Appeals Office using a green 602 form.

**Issue 2:**
Monetary compensation is beyond the scope of the appeals process.  If you are dissatisfied with this appeal response concerning your request for monetary compensation, you may wish to contact the California Victim Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035.

At the First Level of Review this appeal was Partially Granted.

In the Second Level Appeal, received on 7/19/2016 you indicated that you are not satisfied with the first level response.  You reiterate that Mr. Grinde needs to be held accountable for his failure to perform his assigned job duties.

Please be advised that there are no new issues presented in your second level appeal.  The first level response is still relevant and satisfies your concerns.

At the Second Level of Review this appeal was *Denied*.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is *Denied*.

M. Felder, MS., MBA
Chief Executive Officer
California Correctional Healthcare Services
California State Prison-Sacramento



Lt. Sparks   Internal Affairs:

This is Mario A. Gonzalez AG-7698 @ A-Fac Bldg 1-131. The Nature of this Brief Missive is to Point out! Control Officer "Miner" Tower Cop is a Big Liar Along with the Rest of "Hitlers Youth" Lewis, Valine, Cross, Burke, & Sgt. Byers! Just So You're Aware Burke, Cross, & Valine Pulled me into the office in 2 Bldg Before I was moved to 1 Bldg. & Said "We Realize that maybe we got off on the Wrong Foot with You" Than They Said we're Getting kites on You Everyday (The Barajas Brunell Effect) Well Lt. Sparks The Kite they chose to Honor mentioned something to the effects of Me Having a Phone & that I Allegedly Had my Goons in the (Vincinity) of the Prison waiting to Shot Them. Also You Need to Be Aware of the 602 I Tried to Submit in March in Regards to 400th & My Life Being Threatened. I Gave it to Dr. Ross On or About 3-9-16 — 3-11-16! Sgt. Stakes Called Me In & They're was a Younger (I.A.) Guy With Him I told them About the Money & I was in Fear of Life! I Mentioned The Same To my Then Primary Clinician Dr. Ross! If You Could Inquire With Her See Who She Gave that 602 to You'll See Just How Bad This P.S.V. needs a Make Over! With All Due Respects This isn't a Cheap Shot or Attempt to Slander An Investigation if There is Any! I've Seen Officers Get Away With So Much You Have to Stop & Wonder Why Some of Us Are Filing Complaints Against the Same Officers Only To Be Faced With More Scrutiny →

AND CHARRASSMENT IT SUCKS BIG GUY, I'LL
BE LOOKING FORWARD TO YOUR INTERVIEW. TAKE
CARE GOD BLESS!

RESPECTFULLY SUBMITTED

Mario Amado Gonzalez    5/25/16

AUG 01 2016

I'm writing in regards that I'm still trying to get an A.D.A. Form as those aren't passed out around here. Also please see that Sara Norman knows about the recent assault & Battery with serious Bodily injury on Tues 12th of July someones jaw was Broken by officer Beating please get Here soon & Stop this Abuse it's ongoing & many guys that are Beat on are to scared to say anything I just hope I don't end up dead - please Help us please may God Bless you all

Respectfully

Mario Gonzalez

Dear Sara

May This letter find you & still in the Very best of Gods Bless! When are you coming back? The Reason is on Tues th 12th of July the officers on Duty broke someones jaw now the guy cant eat theyre Trying to move him to the O.H.U. Only thing is The story theyre going with is this individual Had a Seizure, Sara this guy doesnt have seizures. Please Bring this place down! We're mental Health patients & we're being abused Badly Ive talked to other patients that are Too scared to write the 602s! In return They live in fear & The officers will bring Them T.V.s to Keep their mouth shut. This is Bullshit it has to stop. Someone can die from what these officers are doing! The story Lt. Bales is going with is when inmate dunagon was having leg restraints put on him he fell & Had a seizure officer Grove is the one that Beat on this guy you Have to talk to him to get his Story. These guys wont talk in front of officers cause Theyre scared please get here asap. Before they Kill someone Lt. Bales is crooked. please help us.

P.S. They told him he wont            Respectfully
get a write up(115)                       Maria Gonzalez

I have new names of patients that recently got beat/assaulted

REC
AUG 0 ... 015

DEAR SARA:                                                          7/28/16

I'm WRITING TO YOU TO LET YOU
KNOW THAT THE CORRUPT OFFICERS IN BLDG 2 ARE
TRYING TO INTIMIDATE ME; ON 7-27-16 I ATTENDED MY
EVENING GROUP UPON RETURNING FROM MY GROUP C.O.
VALINE MADE A COMMENT ABOUT MY ASS LOOKING LIKE I
TOOK A SHIT! I DIDNT SAY ANYTHING IN RETURN! THESE
OFFICERS ARE COMING OVER TO OUR BUILDING & JUST GIVING
ME DIRTY LOOKS. ACCORDING TO MY NEIGHBOR! METTFORD
C.O. VALINE & C.O. GREEN ON THIRD WATCH BLDG #2
WERE IN MY CELL SO NOW I'M ON EDGE NOT
KNOWING IF THEY PLANTED SOMETHING ON MY CELL
THIS BAD ENOUGH I WAS SEXUALLY MOLESTED AT
A NEARLY YOUNG AGE CAUSE WHEN I'VE TRIED TO THROW
AWAY THE BLOODY UNDERWEAR I WAS CHOKED PAN I COULDNT
CRY CAUSE IF I DID THEN SOMETHING WOULD HAPPEN TO
MY SISTER. I'M NOT SCARED OF THESE OFFICERS KILLING
ME AS I MENTIONED TO YOU! THEY'LL HAVE TO KILL
ME TO KEEP ME QUIET CAUSE I'M NOT GONNA STAY
QUIET SARA WHEN YOU BEAT SOMEONE & FORCE THEM
TO INGEST URINE & FECES THOSE ARE WAR CRIMES, SARA
I WANNA PRESS CHARGES AGAINST THESE OFFICERS
ALSO PLEASE NOTIFY MY SISTER MRS. KATINA RONDEAU
(619) 850-2242 LET HER KNOW YOUR OFFICE IS HELPING
PLEASE SARA, SHE WORRYS ABOUT HER BABY BROTHER →

She also has a letter where I told her if I die, or go N.P. in the hospital to file suit against CDCR, Saras. That was before I got beat.

Also, can you please make copys of the papers I gave Mr. Dalke as I'm thinking I'll need those for exhibits. Also, can I please send you a letter with a S.A.N.E. cause I want the Sacramento Bee + people to know just how crooked the Cal. Dept. of Corr. is. Says they're into rehabilitation, here. We're abused & tortured!

It should also be noted the C.O. Pinkard and C.O. Smith on third watch, Bldg 1 are good guys. If we lose these officers, alot of bad things will happen. Please help us. Sara, Get these Greenwall officers removed/transfered. C.O. Burke, Lt. Bales, Sgt. Byers, C.O. Green are Greenwall! (C.O. Lewis, C.O. Cross, C.O. Valine are just bad apples, Greenwall wanna-bes).

May God bless you all.

O Sara, I'd get nightmares if I can't get this taste out of my mouth. Sara I'll testify for what they did to me + Valencia.

Respectfully Marion P. Gonzalez 7/28/16
@ CSP-SAC PSU. A-1-132

ECEIVE
AUG 0 5 2016

Dear Sara,                                    8/2/16

May this letter find you & staff

in the Very best of Goals Bliss! On

Aug 2 2016. my neighbor Brandon Mefford

told me that C.O. Green stated to

him that "I have Something Coming."

I did not hear this comment cause I was

in a different classroom for group! Yet

I'm just letting you Know if anything

else is Too heppen to me you Know

why! I don't trust these officers at all

can they be removed or Can I get a

restraining order against them?

Respectfully

Maria Gonzalez

over →

*(left margin, written vertically):* If anything happens to me. Please interview him about what assaults me I don't want to suffer any

RECEIV
AUG 0 5 2016

If you look up 4-16-16 while I was in A-2-116 you'll see on the 114 log record although my cell was searched that night it was never documented the officers that searched it were Cross, Newby Burke, Valine, Green the 9 was the night the razor blade was discovered & it was wrapped with 4 won Bills. None of the officers mentioned it they didn't enter in investigation however cell was searched on the 114 log record for P.S.U.

on 4-12-16 I was at T.T.A. R.N. Grinde got a phone call from someone & said they were looking a small Black phone, officer Cantrell stated in his report that he did a pat search on me. why would he have want to do that if according to Cross & C.O. Valine they searched me & my clothes allegedy @ my cell

they're liars

CDCR

AUG 09 2016

Dear Sara:                                                    8/3/16

    May this Letter Reach you & Staff in the very Best of Gods Bliss. I'm Sending This 602 on my ex-doctor Ross Psych as I've Recently Learned She Placed Some Disturbing Comments in my Mental Health File. You will Benefit First Hand By interviewing my Primary Clinician (now) Dr. Gardner as She's the one whom Alerted me of the Unethical Employee Conduct Dr. Ross has Engaged in. Its also Rumored That Dr Ross has a Relationship with one of the officers in A-2 How True That is I'm not Sure.

    Sara Please make a Copy of this 602 for your Records Cause I Know If I submit it from Here it won't get Processed Meaning its often We Try to Appeal certain Things Our 602's are often thrown away. So Please Submit this 602 & Copy it Along with this other Form Sara I Strongly Believe I'm gonna Be Killed in Prison Based on the investigation & civil suit I plan to file Against the officers whom Beat me & caused G.B.I.

P.S.                                    Respectfully
Sara Mr. Sloan of                        Mario A Gonzalez
A-2 Was Beat up Today By those officers in A-2
8/3/16 He's on suicide watch now!

RECEIVED

1 OF 3

8/8/16

Dear Sara:

May this letter reach you & family in the very best of Gods bliss all elements of life considered. So, Today Mon Aug 8th 2016 I attended I.C.C. & my SHU terms were suspended. They wanna get rid of me really bad. So they can continue the illegal beatings while patients are cuffed not too mention the others forms of torture they apply! Sara it has to stop. Mr. Smith in A-1-129 was beat on pretty bad a couple of weeks ago so bad he has too see an ear, nose, throat specialist cause of a hole in his head area. Its a must that he's given an interview cause he was beatin on by officers in one building. Honestly Sara. Does someone have to die before this abuse is given attention? Its no secret CDCR has been doing corrupt acts for years. CDCR is a multi-billion dollar industry! I strongly feel an indictment will be best. Maybe then some of these officers & the higher ups will take their assigned job duties in a professional manner! Monetary damages arent enough. For one to endure the abuse thats going on if its happening here best believe its happening elsewhere. How can society overlook these acts we inmate/patients go through or be so quick to judge one of us based on our conduct. Yet, refuse to acknowledge

RECEIVED
AUG 12 2016

2

OFFICERS! CAUSE SOME OF THESE PROBLEMS! SO YOURE
TRUE LT. SPARKS I.A./I.S.U. INTERVIEWED ME ON SUNDAY
IN AUG 7 2016 IN REGARD TO THE THIRD WATCH BEATINGS IN 2
BLDG. ON A-YARD! I MUST ADMIT TO YOU THAT I FORGOT
TO MENTION WHEN OFFICER LEWIS RAN OUT OF MY CELL
CAME BACK WITH THE WALKIE-TALKIE RADIO WHICH HE
HANDED TO C.O. VALINE! I FORGOT TO MENTION THAT
TO LT. SPARKS I'M LETTING YOU KNOW CAUSE MY
INTERVIEW WAS RECORDED IN THE ACADEMY SPU TERMS
WERE SUSPENDED AN EXPIDITIOUSLY TO GET ME OUT OF HE
1ST PRIORITY I'M ATTACHED TO KERN VALLEY/OR/
SALINAS VALLEY SAY EOP BUT ALTHOUGH I STATED IN
JUSTICE I DON'T WANNA BE S.N.Y. IT WAS NOT
ALLOTED TO RESCIND MY S.N.Y. YET OTHER PATIENTS
WERE ALLOWED TO RESCIND THERE SNY STATUS. NOW I'M
FEELING THAT I'M GONNA END UP DEAD BASED ON THIS
INVESTIGATION ONLY DIFFERENCE IS IT'LL HAPPEN AT ANOTHER
INSTITUTION LIKE I'VE MENTIONED BEFORE LT. BALES IS GREAT
MAN & HE CAN REACH OUT TO INTERVENE. I'M TRANSFERED
TO. SARA PLEASE GET THIS INTO COURT I'LL TESTIFY
FOR YOUR OFFICE. THE WAY I'M LIVING NOW IS ON BORROWED FEAR
WONDERING IF I'M GONNA BE SET-UP FOR MY THIRD STRIKE. F.Y.I.
I DON'T TRUST LT. SPARKS I.A./I.S.U. CAUSE THE WORKS FOR CDCR
THEY MAY BE INVESTIGATING SOLELY TO SEE WHAT ACTS THAT WERE

3

COMMITTED & HOW REPORTS CAN BE ALTERED TO MAKE IT SEEM LIKE THESE ACTS WEREN'T HAPPENING. SARA, NOT ONLY ARE CAMERAS NEEDED, OFFICERS TRADED IN A COURSE OR PSYCHOLOGY AS THE ONLY METHOD OF DIFUSING A SITUATION. AN INDEPENDENT AGENCY SHOULD BE APOINTED TO INVESTIGATE THE WRONGFUL ACTS! CDCR RECEIVES TO MUCH MONEY VIA GRANTS, CONTRACTS FOR THIS TYPE OR ABUSE TO BE HAPPENING. ALSO CAN YOU PLEASE SEND ME THE WAIVER FORMS FOR GOVT. CLAIMS? I KEPT ASKING THE LAW LIBRERY FOR THE FORMS & I'M NOT GETTING ANY RESPONSES MAY GOD BLESS YOU ALL

Respectfully

Mario A Gonzalez

P.S. SARA I HAVE
FAITH IN YOU & YOUR
COLLEAGUES. SUE THE
CRAP OUT OF THIS PLACE
& SEND IN THE CLEAN-UP
CREW!

READ REVERSE SIDE →

TODAY AUG 18TH 2016  An INMATE WAS BEAT UP BY 2 BLOCK OFFICERS

BUILDING 1. OFFICERS UTE, DAY, THAT GOT BEAT UP IS NOW LIVING

IN CELL SECTION 126  I DON'T KNOW HIS NAME I KNOW HE'S

DIABETIC + THEY CALL HIM PETE BOYS   Since How LONG IS THIS

Gonna Goin On ? Can Someone PLease NotiFY THE F.B.I. CAUSE

AM I'M NErves TO ACT OUT SOUNDS. I REALLY CAN THINK RIGHT. BEEN

GOING TO AA TOO INTERESTED IN ASSISTING US! OUR Rec

THEORAPISTS + PRISON TECHS. TELL US THAT OFFICES COVERING ANY

OFFCER OR CLOSE HOMIES FOR BLACK OR COLEMAN REG. ALSO NOT

OBLIGATED TO ANY OUTREACH TRAVEL CCPOA PERSONS. PAY THOSE

PEOPLE  IS THIS TRUE CAUSE IF IS IS IN FACT TRUE ITS REALY

DISTURBING!                      ResPECTFULLY

Seriously Disturbed

OFFICERS TO BE WATCH,   Mario A. Gonzalez

INVOLVED the                  (*)  These officers were ALL talking

VALVE, LEWIS, BURLE (DENVER)        about the electronic that MR Aren

                                    was getting Beat on PORT ARM REC

(Bost) + CALDERON...                e. section in Bld A-1

              THE INMATE THEY BEAT UP

WAS PETE ARENA A-1-126

              A-1

INMATE WALKER IN 129 claims He SAW THE

WHOlE INCIDENT But He AlSO REFUSED To TAlK

WITH THE PARALEGALS LAST TIME THEY WERE HERE

ARM
Enro Kely

8/16/16
RCE
AUG 16

Dear Sara:

May This letter reach you + staff +
family in the very best of God's Bliss. Today
8/10/16 I attended I.C.C. again & I rescinded
my S.N.Y. status so Im put up for Donovan
RJD due to my Disability Mobility issues.
I'll be close to most of my family as well
Im going to pursue this matter so that no,
one else with or without mental health
issues has to be faced with this type of
abuse. Mr. Arena was moved the day after
he got beat up to another building. I look
forward to hearing from your office soon &
please make this stop.'

As well Ms. Pearson- Bryant LCSW
needs to be interviewed she's aware of some
of the things that have gone on. Ms. Sheperd
as well has been alerted to the on-going
abuse, here at CSP- SAC.

Im not making excuses or trying to
justify mental health patient attacks or assaults
on CDCR officers it goes both ways. Sara were
being cuffed & about 4 or more officers beat us
I while us up or offer us. T.V.' that are loaners or
extra food to stay Quiet. respectfully

Mario A Gonzalez

Thank you for writing to me and finding me in the system. I'm currently being housed in Ad-seg I did nothing wrong & I'm being denied N.D.S. status I was taken to I.C.C. on 8/25/16! On Aug 17-20 I was attacked by 2 guys on A-yard although I had a compatibility above that involved

[illegible — text obscured]

other program for 21 days. Many of patients ask for property & are denied the property officer Hil is lazy and worries more about than [illegible] (Him) steal food bag of property if [illegible] lucky a week else individuals are given the TABE NDS 2001 It's for a speedy Transfer But it's a crock! so you're aware Ms. Rovelo, CAPT. STOUT, CCII odell, J.N. Rojas

Are the one; that are violating my
NDs Due process rights. According to Capt.
Stout & Rovello I shouldn't have pissed off
the last institution I was at therefore
No, NDs. I've asked for a copy of my lock-
Up order and still haven't been given one
I'm enclosing a copy of the complaint I
filed.

[illegible text obscured by photocopy damage]

cause I'm in Ad seg
please help me
Respectfully
Marc D Bergstrom

STILL NO
WOLA OH HERD
LEVEL PLN
STAFF BEATING IN OP

RECEIVED
SEP 14 2016

This is my written consent to let you use my name in your report. Please take into consideration I'm not the only one who suffered the abuse! There were approximately 15-20 mental health patients along with L.C.S.W. Ms. PEARSON-BRYANT whom also suffered. My wishes are simple; I WANT TO FILE CHARGES AGAINST ALL OFFICERS INVOLVED THEY NEED TO BE INDICTED & STAND TRIAL. CAMERAS NEED TO BE INSTALLED. INTERVIEW Ms. PEARSON-BRYANT L.C.S.W @ SAC P.S.U. The Capt. CLOUGH LT. BALES, SGT. BYERS TOWER OFFICER MINER, FLOOR OFFICERS VALINE, LEWIS, BURKE, CROSS, GREEN, ORR all OF THIRD WATCH IN A-2 P.S.U. NEED TO BE SENT TO PRISON & SERVE OUT LENGTHY SENTENCES FOR THEIR ROLES IN THE ILLEGAL BEATINGS. ALSO INTERVIEW INMATE PATIENT: VALENCIA He SHOULD BE IN A-7! IN MARCH 4-11 He WAS SLAMMED TO THE GROUND & C.O. LEWIS KICKED HIM IN THE FACE C.O. GREEN ALSO WAS IN ON THAT ASSAULT & BATTERY VALENCIA LOST TEETH.

INTERVIEW MR. SMITH IN A-1 C SECTION 129 He WAS BEAT UP PRETTY BAD. ALEX REYES   INMATE RUEDAS. ALTHOUGH INMATE WILLIS IN A-2 NEVER FILED HIS 602 INTERVIEW HIM. He WAS BEAT UP BY C.O. GREEN & CREW. ALTHOUGH I FEEL WILLIS KEEPING QUIET IN EXCHANGE FOR A T.V. IS WRONG. INMATE DUNNAGAN He SHOULD BE IN THE O.H.U. HIS JAW WAS BROKEN THEY'RE ARE ALOT OF PEOPLE THAT NEED TO BE INTERVIEWED & MOVED OUT OF THE HELL HOLE OFFICERS PINKARD & SMITH OF 3RD WATCH IN BLDG A-1 ARE GOOD GUYS I ALSO BELIEVE MR. PINKARD & MR. SMITH ARE NOT GONNA LOSE THEIR JOB OVER ONE OF THE GUYS IN 2 BLDG. MEANING THE OFFICERS THAT ARE BEATING INMATES. WILL NOT

... HEALTH STAFF when witness abuse. Such as Ms. BURGARNIER & Ms. POTTS SHOULD BE ABLE TO REPORT THE ABUSE A.S.A.P. WITHOUT FEAR OF RETALIATION. THE MEDICAL STAFF AS WELL. OFTEN THE MEDICAL STAFF THAT PASS OUT MEDICATION WITNESS THE WRONG DOINGS & THEY'RE OFTEN TOLD JUST TO BUTT OUT. INTERVIEW Ms. PEARSON-BRYANT. GOD BLESS HER SO YOU CAN GET AN INSIGHT FIRST HAND JUST HOW CORRUPT C.D.CR. REALLY IS. THEE OFFICERS THAT WORK ANY PART OF THE MENTAL HEALTH PROGRAMS SHOULD BE CERTIFIED OR HAVE SOME TRAINING COURSE THAT ALLOWS HIM/HER TO WORK AROUND MENTAL HEALTH PATIENTS.

THE PATIENTS INVOLVED with EXPIERIENCING THE ABUSE SHOULD BE COMPENSATED FINANCIALLY. AS WELL THE OFFICERS THAT to ARE INVOLVED OUGHT TO BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.

LASTLY IM IN FEAR OF MY LIFE I STILL HAVE NIGHTMARES OF BEING CHOKED IM DIAGNOSED (WITH P.T.S.D. SEXUAL CHILDHOOD ABUSE I WAS ALSO CHOKED.) TIL THIS DAY I CANNOT GET THE SHIT & PISS TASTE OUT OF MY MOUTH. MR. BIEN I WROTE YOUR OFFICE WHEN I FIRST WENT THROUGH THIS IN APRIL 2016! IM SADDENED TO SAY MANY OF US PATIENTS FEEL LIKE THE COLEMAN LAWYERS DONT CARE ABOUT US. I CAN HONESTLY SAY I FEEL THAT WAY I STATED THAT TO SARA NORMAN OF THE PRISON LAW OFFICE!

MR. BIEN I FEAR C.D.CR. IS GONNA REACHOUT & HAVE ME KILLED FOR EXPOSING WHATS GOING ON @ CSP-SAC. NO, ONE SHOULD BE REPEATEDLY BEAT/KICKED/KNEED FOR APPROX. 20 MINS & THEN BE FORCED TO SWALLOW URINE & FECES! I CANT GET PAST THE FACT C.D.C.R. LET THAT HAPPEN & other ACTS TO HAPPEN. FIGHT FOR US MR. BIEN     OVER

God Bless You all Respectfully

(left margin, vertical) PRISON LAW OFFICE thee names of the patients that got assaulted those officers when were cuffed do it ALL

RECEI
SEP 16

Dear Sir & Margot

May This letter find you & Staff all
in the Best of God's Care. In sending you the
3rd level package Appeal Denial! Does This mean they're
getting away with this? Honestly I given lots of
[illegible] to this [illegible] to [illegible]

C.O. ANDRADE & C.O. STINSON OF BLDG A-1
OFTEN BARGAIN WITH INMATES THAT DONT GO TO THE
GROUPS. WHAT THESE OFFICERS DO IS THEY'LL GO THROUGH
ANOTHER PATIENTS PROPERTY & THEN LOAN ONES PROPERTY
TO ANOTHER INMATE THEN THAT INMATE WILL NOT GO TO
GROUP FOR A MONTH OR TWO. C.O. ANDRADE & STINSON
LOANED OUT MY PROPERTY WITHOUT MY CONSENT NOW MY
CD PLAYER IS RUINED.

            P.S.   I'M WILLING TO TESTIFY
AGAINST THOSE OFFICERS INVOLVED.
        IN THE EVENT OF MY DEATH IN CDCR
      PLEASE FILE LAW SUIT & GIVE $ DAMAGES TO
      MRS. KATINA RONDEAU @ (619) 850-2242
            SHE WILL REACHOUT TO MY CHILDREN JAVIER
(MY SON)  OSHANASI (MY DAUGHTER) & VERONICA L. DURAZO
      MY SOULMATE. IN CASE I DONT MAKE IT
      HOME I LOVE YOU ALL.
                        LOVE
                      DAD & BROTHER
                          & MARIO



Dear office of Victim & Survivor Rights.
my name is Mario A. Gonzalez AG-7688
@ CSP- SAC! on 4-12-16 while I was housed in
A-2 officers BURKE, VALINE, CROSS, LEWIS, MINER &
SGT. BYERS, LT. BALES all of 3RD WATCH A-yard PSU
These above mentioned officers were
involved in Breaking my Ribs & Pouring urine
and feces in my mouth. I will be filing a
civil suit once time permits and my administr-
ative remedies have been exhausted. I'm just
letting you know cause these officers have
friends & they're not to happy that im gonna
be filing a civil suit.
I just hope I don't die in
prison But if I do CDCR along with the
above mentioned officers are to blame!
respectfully

living in Fear @ CSP- SAC

Mario A Gonzalez
AG-7688

EXHIBIT 3
HOSPITAL REPORTS

# Tri-City Medical Center

Admitted on 04/17/17

Discharged on 04/27/17

# GONZALEZ, MARIO

# CDCR# AG7688

# 01/14/1974

MEDICAL RECORDS
APR 28 2017
RECEIVED

Given to Medical Records on 04/28/17

7609407099                                                          15:39:15   04-27-2017        2/9

## Tri-City Medical Center

### Discharge Summary

Signed By:                                    Performed By:
                                              Le ,Yung T.(4/27/2017 09:34 PDT)


**ADMITTED:** 04/17/2017


**TRANSFERRED:**

**DOB:** 01/14/1974
PRIMARY CARE PHYSICIAN: LAC MRD FAX CDCR, LAC

TRANSFER DIAGNOSIS(ES):
1.    Status post thoracic T8 corpectomy.
2.    Status post T6 to T11 thoracic surgery with rod fixation.
3.    Postoperative pneumothorax, resolved.
4.    Aspiration pneumonia.
5.    Stress-induced gastritis.

SUBSPECIALISTS CONSULTED: Pulmonologist, Dr. Safouh Malhis.

HOSPITAL COURSE: Mr. Gonzalez is a 43-year-old male who is an inmate with known chronic back pain from previous trauma. The patient was found to have T8 fractures and was brought in electively on April 17, 2017, under Dr. Kevin Yoo's service. On the day of admission, the patient underwent staged procedure with T8 corpectomy. With the procedure, he had a left pneumothorax, requiring a chest tube. On the second day of hospitalization, he underwent a second stage procedure with T6 to T11 rod fixation. Postop, the patient did develop some aspiration pneumonia and respiratory failure requiring intubation. He was treated empirically with a combination of antibiotics, including vancomycin, Levaquin, and metronidazole. His methicillin-resistant Staphylococcus aureus screen, however, was negative. He eventually was extubated uneventfully and transferred down to a medical-surgical floor where he was switched to oral antibiotics and continued to improve. He was evaluated by physical therapy. He was able to ambulate 200 feet and subsequently, he was evaluated by acute rehab service. He was felt to be too high functional to be a candidate for acute rehab. He remained afebrile throughout the entire hospital course.

Post-operative pain was an ongoing issue, for the patient has a degree of chronic pain and narcotic dependency. He was managed with MS Contin 60 mg 2 times daily and with that dose, his pain was well controlled. He has tolerated oral intake well. He has normal bowel movements. Also, he has had an episode of coffee-ground emesis while he was in the Intensive Care Unit and this was found to be stress-induced gastritis. He was managed with Protonix with

Legend: @ = Abnormal, * = Corrected, L = Low, H = High, R= Ref Lab, F= Footnote



Tri-City Healthcare District
4002 Vista Way, Oceanside, CA 92056, 760-724-8411

Gonzalez, Mario
MRN: 01243188
FIN#: 6002257109
Age/DOB/Sex: 43 years      1/14/1974     Male
Adm. Physician:   Yoo,Frank Kevin

LOC: 3S; 326; 01
Service: TELE
Admit Date:   4/17/2017
Discharge Date:
Request ID:    33104926

Print:   4/27/2017 15:10 PDT        Page 1 of 2

Confidential Saved 2017-06-16T15:50:30Z

7609407099            15:39:49   04-27-2017     3 / 9

## Tri-City Medical Center

### Discharge Summary

no further evidence of any upper gastrointestinal or lower gastrointestinal bleeds. His hemoglobin and hematocrit remained stable.

The patient was found to be in stable condition to be discharged back to the facility on April 27, 2017. He will follow up with Dr. Kevin Yoo in two weeks and postop, instructions and wound care as per Dr. Kevin Yoo, including leaving the incision open to air, okay for the patient to shower. Staples are to be discontinued on postop day 14. He is to wear his brace when he is out of bed with limited excessive lifting. He will stay on a regular diet with activities as per instructed by Dr. Kevin Yoo, as mentioned above.

TRANSFER MEDICATIONS:
1.      Flomax 0.4 mg daily.
2.      Venlafaxine 75 mg daily.
3.      MS Contin 60 mg 2 times daily.
4.      Colace 100 mg 2 times daily.
5.      Protonix 40 mg daily.
6.      Metronidazole 500 mg p.o. q.8h for 3 more days.
7.      Levaquin 750 mg p.o. daily for 3 more days.

Please note that I gave the report to Dr. Stepky.

DICTATED: YUNG T. LE, M.D.

YTL/ID2984/sd
D: 04/27/2017 09:34 A
T: 04/27/2017 09:44 A
#10090771
cc:      LAC MRD FAX CDCR, LAC

        YUNG T. LE, M.D.
        SAFOUH MALHIS, M.D.
        Transfer with patient

Legend: @ = Abnormal, * = Corrected, L = Low, H = High, R= Ref Lab, F= Footnote

Gonzalez, Mario
MRN: 01243188
FIN#: 6002257109
DOB: 1/14/1974
Print: 4/27/2017 15:10 PDT



Page 2 of 2

LOC: 3S; 326; 01
Service: TELE
Admit Date: 4/17/2017
Discharge Date:
Request ID: 33104926

Confidential Saved 2017-06-16T15:50:30Z

7609407099

15:40:12   04-27-2017        4/9

# Tri-City Medical Center

## 4002 Vista Way

## Oceanside, CA 92056-4506
## (760) 724-8411

## Clinical Discharge Instructions

**PERSON INFORMATION**

**Name:** Gonzalez, Mario **MRN:** 01243188 **FIN#:**6002257109

**PHYSICIANS**

**Admitting Physician:** Yoo, Frank Kevin **Attending Physician:** Yoo, Frank Kevin **PCP:** CDCR, LAC (Lancaster)

**Discharge Diagnosis:** Closed fracture of thoracic spine without spinal cord lesion

**Comment:**

**Allergies:** CarBAMazepine-CR; traZODone; Depakote; Dilantin; penicillins

**PATIENT DISCHARGE INFORMATION**

**DISCHARGE INSTRUCTIONS**

**Discharge Instructions** 04/27/17 9:28:00 PDT, Routine, NS Discharge Instructions Leave incision open to air OK to shower Discontinue staples POD# #14 Collar when out of bed Limit excessive lifting, 04/27/17 9:28:00 PDT

**Discharge Activity** 04/27/17 9:28:00 PDT, Routine, May shower

**Discharge Diet** 04/27/17 9:28:00 PDT, Routine, Regular

**Status Orders**

| Name | Status | Details |
|---|---|---|
| Admit to: | Completed | 04/17/17 12:42:00 PDT, Routine, 04/17/17 12:42:00 PDT, Ortho/Neuro Unit |
| Admit to: | Completed | 04/18/17 17:40:00 PDT, Routine, 04/18/17 17:40:00 PDT, ICU |

Person Full Name Gonzalez, Mario
1 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

Confidential Saved 2017-06-16T15:50:30Z

CODE STATUS  Completed 04/17/17 7:36:00 PDT, Full Code

CODE STATUS  Completed 04/17/17 12:42:00 PDT, Full Code

CODE STATUS  Ordered    04/18/17 17:40:00 PDT, Full Code

Discharge
Location      Ordered    04/27/17 9:28:00 PDT, Routine, Law Enforcement detention

Discharge
Patient       Ordered    04/27/17 9:28:00 PDT, Routine

Ensure Consent          04/16/17 19:31:00 PDT, Routine, Lateral thoracic 8 corpectomy with
is Signed     Completed cage placment with combined Thoracic 6-11 pedicle screw fixation by
                        Dr Yoo

Ensure Consent          04/18/17 12:32:00 PDT, Routine, Posterior Thoracic 6-11 pedicle
is Signed     Completed screw fixation and all other indicated procedures by Dr Yoo

Fall Precautions  Completed 04/17/17 12:42:00 PDT, Routine, 04/17/17 12:42:00 PDT

Is this a Core
Measure(s)    Ordered    04/27/17 9:28:00 PDT, Routine, No core measures apply
Patient?

Isolation     Completed 04/17/17 12:42:00 PDT, Standard Precautions

Isolation     Ordered    04/18/17 17:40:00 PDT, Standard Precautions

Patient
Admission Status Ordered  04/17/17 12:42:00 PDT, Routine, Inpatient, Yes, spine surgery

Patient
Admission Status Completed 04/18/17 17:40:00 PDT, Routine, Inpatient, No, post op spine

Privacy Code  Ordered    04/17/17 17:33:00 PDT, Routine, n/a pcu

Return To:    Ordered    04/21/17 15:39:00 PDT, Routine, Forensics, 04/21/17 15:39:00 PDT


### Discharge Summary - Nursing

#### 04/27/17 12:04 PDT Performed by Walker , Felicia

Entered on 04/27/17 12:05 PDT

**Discharge Information**
**Discharge Home:** Discharge home
**Education**
**Individuals Taught:** Patient

Person Full Name Gonzalez, Mario
2 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

**Teaching Method:** Explanation
**Discharge Summary addresses IP:** Met
**Barriers to Learning:** None evident
**Teaching Evaluation:** No further teaching needed
**Diabetes DC Is Patient Diabetic:** No
**Do you currently have cancer:** No
**Core Measures/Discharge Actions**
**Core Measures treated this Visit:** None
**POM/Valuables/Belonging to be Sent Home**
**ED Valuables and Belongings Date/Time:** 04/27/17 12:05
**Personal Medications Stored in Pharmacy?:** No
**Safe Envelope Number:** none
**Clothes, Patient Valuables:** None
**Electronic Devices, Patient Valuables:** None
**Jewelry, Patient Valuables:** None
**Miscellaneous, Patient Valuables:** None
**Monetary Items, Patient Valuables:** None
**Final Discharge Summary**
**Final Discharge Summary for Patient:** Belongings/equipment provided
**Important message from Medicare given:** NA


## PATIENT EDUCATION INFORMATION

**Discharge Instructions Given**


**Follow up:**


| With: | Address: | When: |
|---|---|---|
| Frank Yoo | 9834 Genesee Avenue, Suite 310  La Jolla, Within 2 weeks CA  92037 (858) 909-9033 Business (2) | |

**Comments:**

NS Discharge Instructions
Leave incision open to air
OK to shower
Discontinue staples POD# #14
Collar when out of bed
Limit excessive lifting

---

Person Full Name Gonzalez, Maria
3 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

7609407099          15:41:16   04-27-2017    7/9

## Medication Instructions to Patient

**New Medications**

**levofloxacin (Levaquin 750 mg oral tablet)** 1 tab(s) Oral once a day for 3 Days. Refills: 0.
Last Dose: 4/27/17 0900 Next Dose: 4/28/17 0900

**metroNIDAZOLE (Flagyl 500 mg oral tablet)** 1 tab(s) Oral every 8 hours for 3 Days. Refills: 0.
Last Dose: 4/27/17 1700 Next Dose: 4/27/17 2000 *today*

**pantoprazole (Protonix 40 mg oral delayed release tablet)** 1 tab(s) Oral once a day. Refills: 0.
Last Dose: 4/27/17 0600 Next Dose: 4/28/17 0600

**Medications to Continue Taking with NO Changes**

**chlorproMAZINE (chlorproMAZINE 50 mg oral tablet)**
Last Dose: *not given here* Next Dose: 4/28/17

**docusate (Colace 100 mg oral capsule)** 1 cap Oral 2 times a day. Refills: 0.
Last Dose: 4/27/17 0900 Next Dose: 4/27/17 2000 *today*

**docusate (Diocto sodium 250 mg oral capsule)**
Last Dose: *Duplicate* Next Dose:

**levalbuterol 45 Microgram Inhalation every 6 hours as needed Shortness of Breath. prn.**
Last Dose: 4/27/17 1200 Next Dose: *as needed*

**morphine (morphine 15 mg oral tablet)**
Last Dose: 0 Next Dose: *as needed*

**morphine (MS Contin 30 mg oral tablet, extended release)** 2 tab(s) Oral 2 times a day. Refills: 0.
Last Dose: 4/27/17 0900 Next Dose: 4/27/17 2100 *today*

**ranitidine (raNITIdine 150 mg oral tablet)**
Last Dose: 0 Next Dose: 4/27/17 *prn today*
*not given here*

**tamsulosin (tamsulosin 0.4 mg oral capsule)**
Last Dose: 4/26/17 2100 Next Dose: 4/27/17 2100 *today*

**venlafaxine (venlafaxine 75 mg oral tablet)**
Last Dose: 0 Next Dose: 4/27/17 *pm today*
*not given here*

**Stop Taking the Following Medications**

**magnesium hydroxide (Ex-Lax Milk of Magnesia 8% oral suspension)** 30 Milliliter Oral every bedtime as needed for constipation.

Person Full Name Gonzalez, Mario
4 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

Confidential Saved 2017-06-16T15:50:30Z

7609407099                                                    15:41:45    04-27-2017        8 /9

## Medication List

chlorproMAZINE (chlorproMAZINE 50 mg oral tablet)

docusate (Colace 100 mg oral capsule) 1 cap Oral 2 times a day. Refills: 0.

docusate (Dioeze sodium 250 mg oral capsule)

levalbuterol 45 Microgram Inhalation every 6 hours as needed Shortness of Breath. prn.

levofloxacin (Levaquin 750 mg oral tablet) 1 tab(s) Oral once a day for 3 Days. Refills: 0.

metroNIDAZOLE (Flagyl 500 mg oral tablet) 1 tab(s) Oral every 8 hours for 3 Days. Refills: 0.

morphine (morphine 15 mg oral tablet)

morphine (MS Contin 30 mg oral tablet, extended release) 2 tab(s) Oral 2 times a day. Refills: 0.

pantoprazole (Protonix 40 mg oral delayed release tablet) 1 tab(s) Oral once a day. Refills: 0.

ranitidine (raNITIdine 150 mg oral tablet)

tamsulosin (tamsulosin 0.4 mg oral capsule)

venlafaxine (venlafaxine 75 mg oral tablet)

## Medication Leaflets:

7609407099                                                      15:42:00   04-27-2017        9/9

**ORDER SHEET**

Order Entry D/T: 04/27/17 02:28             Orders Entered By:  Le , Yung T.
                                            Ordering Dr:  Le , Yung T.

O  **Is this a Core Measure(s) Patient?**
   04/27/17 9:28:00 PDT, Routine, Core Measure(s) No core measures apply

O  **DC IV**
   04/27/17 9:28:00 PDT, Routine, 04/27/17 9:28:00 PDT

O  **Discharge Activity**
   04/27/17 9:28:00 PDT, Routine, May shower

O  **Discharge Diet**
   04/27/17 9:28:00 PDT, Routine, Regular

O  **Discharge Instructions**
   04/27/17 9:28:00 PDT, Routine, NS Discharge Instructions  Leave incision open to air  OK to shower  Discontinu
   e staples POD# #14  Collar when out of bed  Limit excessive lifting, 04/27/17 9:28:00 PDT

O  **Discharge Patient**
   04/27/17 9:28:00 PDT, Routine

O  **Discharge Location**
   04/27/17 9:28:00 PDT, Routine, Law Enforcement detention

Pt. Name:  **Gonzalez, Mario**
D.O.B./Sex:  01/14/74    M
Med Rec #:  **1243188**
Physician:  Yoo, Frank Kevin
Financial #:  6002257109
Pt. Type:  I
Room/Bed:  **326 /01**
dmit/Disch:  04/17/17 – 00/00/00

**Order Sheet**

Page 1 of 1

*TCMC*
**Tri-City Medical Center**
4002 Vista Way, Oceanside, CA 92056
Print ID:  Music , Paula S
Print Date/Time:  04/27/17  09:33



Confidential Saved 2017-06-16T15:50:30Z

STATE OF CALIF' 'NIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

EDMUND G. BROWN, JR. GOVERNOR



**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA STATE PRISON-LOS ANGELES COUNTY
44750 50ᵀʰ Street West
Lancaster, CA 93536

## RECEIPT FOR HEALTH RECORDS

Per Olson Review procedure, I have requested and received copies from my Unit Health Record.

1. Medication Records: _____

2. Physician Orders: *04/14/16 & 11/1/16 – 11/30/16*

3. Lab Results: _____

4. X-Ray/Diagnostic: *04/14/16 – 11/21/16*

5. Dental: _____

6. Progress Notes: _____

7. Procedure/Consult: *04/06/17 – 04/18/17*

8. Medical Chrono: _____

9 Outside Facilities: _____

10. History/Physical: _____

11. Inpatient Record: _____

12. MH Treatment Plan: _____

13. MH Progress Note: _____

14. MH Evaluation: _____

15. MH Chrono: _____

16. Hospital Records: *04/27/17*

17. _____

18. _____

*With the above mentioned items in the possession, I realize that the Health Records Services Department can no longer be held responsible for the confidentiality of the items listed above. I understand that the confidentiality of my original Electronic Unit Health Record will continue to be maintained. By signing this form constitutes that this satisfies your request **and no refund of monies will be considered and this transaction is final**.*

| | |
|---|---|
| **PATIENT-INMATE SIGNATURE** | **DATE** |
| **Gonzalez, Mario** | **AG7688** |
| **PRINT PATIENT- INMATE NAME** | **CDC NUMBER** |
| **WITNESS SIGNATURE** | **DATE** |
| **06/16/17** | **40** |
| **M. Bates, HRT I (A)**   **DATE** | **TOTAL PAGES SENT** |

*Please issue these documents in a timely manner, due to procedural time constraints.*
**SIGN ABOVE AND RETURN TO HEALTH RECORDS.**

STATE OF CALIFORNIA
AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION
CDCR 7385 (Rev. 11/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION



Form: Page 1 of 2
Instructions: Pages 3 & 4

| **All sections** must be completed for the authorization to be honored. Use "N/A" if not applicable. |
|---|

## I. Patient Information

Last Name: GONZALEZ    First Name: MARIO    Middle Name: AMADOR

CDCR #: AG-7682    Date of Birth: 01-14-74

Street Address: 44750 60TH ST. WEST   City/State/Zip: LANCASTER CA 93539

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name:

Address:    City/State/Zip:

## III. Individual/Organization to Receive the Information
[45 C.F.R. § 164.508(c)(1)(ii), (iii) & Civ. Code § 56.11(e), (f)]
*The undersigned hereby authorizes CDCR's Health Information Management to release the below health information pursuant to this authorization.*

Name: MARIO AMADOR GONZALEZ    Relationship to Inmate: SELF

Address: 44750 60TH ST WEST    City/State/Zip: LANCASTER CA 93539

Phone: N/A    Fax: N/A

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence
[45 C.F.R. § 164.508(c)(1)(v) & Civ. Code § 56.11(h)]

Unless otherwise revoked by the inmate, this authorization for the release of my health care information to the above-named person or organization will expire upon (choose one):

☐ Date (mm/dd/yyy): _____    ☐ Release from Custody

☐ Happening/conclusion of this event: _____

(e.g., conclusion of litigation, completion of surgery)

## V. Hardcopy Health Care Records to be Released
[45 C.F.R. § 164.508(c)(1)(i) & Civ. Code § 56.11(d), (g)]

A separate authorization is required for each request to release hardcopy records. Records for the following period of time are requested (must be completed to receive records):

☒ From (mm/dd/yyyy): 4-11-16    To (mm/dd/yyyy): 6-7-17

☒ Medical Services    ☐ Dental Services    ☐ Mental Health Services

☐ Communicable Disease    ☐ Genetic Testing    ☐ HIV Test Results

☐ Substance Abuse/Alcohol    ☐ Other: _____

**Requests for Psychotherapy Notes require a separate CDCR 7385 in order to be fulfilled and <u>may not be combined with any other request for health care records</u>.**

☐ Psychotherapy Notes

completed



## CSP - LAC
## MEDICAL RECORDS DEPARTMENT
## FILE REVIEW

NAME: GONZALEZ, MARIO   DATE: 6-8-17

CDC#: AG-7688   HOUSING: D-5-102

The Medical Records Department has received your request to review/receive medical record copies. In an effort to reduce your copying cost and to rush your request, please be **SPECIFIC** as to the information you are requesting and purpose for review.

| CHECK MARK | INFORMATION NEEDED | DATES NEEDED |
|---|---|---|
| ✓ | DOCTOR ORDERS/MEDICATION ORDERS | 4-14-16 & NOV 2016 |
| | PROGRESS NOTES | |
| | MEDICATION ADMINISTRATION RECORD | |
| | PUBLIC HEALTH/VACCINES * | |
| | LAB REPORTS | |
| ✓ | XRAY REPORTS | 4-14-16 & NOV 2016 |
| ✓ | CONSULTATIONS/SPECIALTIY | 4-2017 |
| | MEDICAL CHRONOS | |
| | DENTAL RECORDS | |
| ✓ | OUTSIDE HOSPITAL | 4-17-2017 - 4-29-2017 |
| | OTHER (PLEASE SPECIFY) | |
| | CTC/INFIRMARY – MEDICAL ADMIT ONLY | |

REASON FOR REVIEW: NEED THESE DATES THAT PERTAIN TO BACK FRACTURE AND HOSPITAL REPORTS FOR MOST RECENT HOSPITALIZATION @ TRI-CITY MEDICAL IN OCEANSIDE IN APRIL 17. 2017 ALSO INCLUDE REPORTS FOR INTENSIVE CARE STAY IN 4-2017

Inmate Signature: Mario A. Gonzalez   Date: 6/8/17

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/14/16 | 0910 | | toradol 60 ℥ IM now |
| | | | tylenol c̄ codeine # 3 π̄ tab po now |
| | | | wheelchair x 3 days. for long |
| | | | distances. |
| | | | f/u c̄ RN line / week. |
| | | | D. Brlenlant̄ℛ   4/14/16. 0910 |
| | | | FTP - 3104 / LPT 6546 |

| ALLERGIES: | | INSTITUTION CSP-SAC | ROOM / WING A2 - 116 |
|---|---|---|---|

CDC NUMBER, NAME (LAST, FIRST. MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gonzalez, Mario.
1/14/74.

AG7688

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          OSP 09 116447     DEPARTMENT OF CORRECTIONS

Confidential Saved 2017-06-16T15:43:11Z

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/14/16 | 0840 | | x-ray (R) ribs today. |
| | | | h/o of trauma, c/o (R) rib pain. |
| | | | toradol 60 mg IM now. |
| | | | |
| | | | FTP 3104                          4/14/16  0840 |
| | | | FT 6960              D. Bodenhamer PKL. |
| | | | NOTED 4/13/16 0845 ___ cu |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:            INSTITUTION  SAC.                ROOM / WING  A2 116.

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

A G 7688

SI: Gonzalez, Mario

1/14/74.

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA            OSP 09 116447            DEPARTMENT OF CORRECTIONS

Confidential Saved 2017-06-16T15:43:11Z

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 4/14/2016 11:05:19 AM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

Page 1 of 2

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**
CDCR#: AG7688   Unit#: A 002 1016001LP

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # • Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | *NF* (**non-formulary** message only) SIG: DULOXETINE (CYMBALTA) NF EXP 04-29-16. APPROVED BY LIFLYANDSKY AT LAC ** PROFILE ONLY | 4/30/2015 | 4/30/2015 | 4/29/2016 | 306656112-1 HICKS-MH, O. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN *REQUEST REFILL** N/A | 2/16/2016 | 3/25/2016 | 7/10/2016 | 457742425-2 BOEDENHAMER-PA, D. | 4.75 | 60 | 15 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 100 mg CAPSULE (strattera 100 mg capsule) SIG: TAKE ONE CAPSULE BY MOUTH EVERY MORNING **DOT*** NOW-DOT | 2/24/2016 | 3/22/2016 | 5/24/2016 | 126668584-2 HAGHBIN-MH, Z. | 1 | 30 | 30 |
| ☐ Renew ☐ Stop | *NF* DULoxetine 60 mg capsule,delayed release  (duloxetine hd dr 60 mg cap ud) SIG: TAKE ONE CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED UNTIL 4/29/2016 ** N/A | 2/3/2016 | 4/1/2016 | 4/1/2016 | 126664125-3 HAGHBIN-MH, Z. | 0.066 | 28 | 28 |
| ☐ Renew ☐ Stop | TAMSULOSIN HCL 0.4 mg CAP ER 24H (tamsulosin hcl 0.4 mg capsule urd) SIG: TAKE ONE CAPSULE BY MOUTH EVERY EVENING ** NOW-NA | 4/12/2016 | 4/12/2016 | 5/27/2016 | 126678028-1 DUC-MD, VU. | 0 | 24 | 24 |

MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 4/14/2016 11:05:19 AM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**
CDCR#: AG7688   Unit#: A 002 1016001LP

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # • Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|

**θ** ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

Rx tramadol 50mg ī̄ tabs po   BID x
3 weeks. (DOT - crush & float)

NF submitted

Allergies: Carbamazepine Derivatives, Dilantin, Morphine, Phenytoin Sodium, trazodone, amitriptyline

APR 14 2016
DATE / TIME

0970.
PROV#

CSP SACRAMENTO

SUBSTITUTION PERMITTED
SIGNATURE

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

Confidential Saved 2017-04-04 16:43:11Z

*NF* - Nonformulary Medication

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/31/2016 1:26:13 PM

# HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**

**CDCR#: AG7688  Unit#: D 005 1104001L**

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels In: ENGLISH

Page 27 of 43

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | *NF* (**non-formulary** message only)<br>SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | 10/22/2016 | 5/5/2017 | 306796855-1<br>MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew | **ACETAMINOPHEN 325 mg TABLET** (acetaminophen 325 mg tablet)<br>SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN *REQUEST REFILL*<br>**NA** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797990-1<br>FRANCES-NP, E. | 5 | 30 | 5 |
| ☑ Renew | **ATOMOXETINE HCL 40 mg CAPSULE** (strattera 40 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)<br>**DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796852-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☑ Renew | **ATOMOXETINE HCL 60 mg CAPSULE** (strattera 60 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)<br>**DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796853-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | **CAPSAICIN 0.025 % CREAM (G)** (capsaicin 0.025% cream)<br>SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797988-1<br>FRANCES-NP, E. | 0 | 60 | 30 |
| ☑ Renew | **chlorproMAZINE 50 mg tablet** (chlorpromazine 50 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL*<br>**DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796854-1<br>KRASSNER-MH, D. | 1 | 21 | 7 |
| ☑ Renew | *NF* **DULoxetine 60 mg capsule,delayed release** (duloxetine hcl<br>dr 60 mg cap ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17<br>**DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796855-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |

SCANNED

**❶ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS**

Duloxetine DR 90 mg PO DOT q AM x 90d

**NEW PRESCRIPTION:**

**Allergies:** Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

J. Shnayder, M.D.
Staff Psychiatrist

_____
SUBSTITUTION PERMITTED
SIGNATURE

11/1/16  1015
DATE / TIME

PROV#

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

CSPLAC HC Records - Received
NOV 02 2016
Confidential 11/01/2016 1:26:13 PM

MEDICATION RECONCILIATION

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/26/2016 1:48:19 PM

## HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**

**CDCR#: AG7688   Unit#: D 005 1127001L**

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | "NF"  ("non-formulary" message only)  SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | 10/22/2016 | 5/5/2017 | 306796855-1 MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | TAMSULOSIN HCL 0.4 mg CAP ER 24H  (tamsulosin hcl 0.4 mg capsule)  SIG: TAKE 2 CAPSULES (0.8MG) BY MOUTH EVERY NIGHT AT BEDTIME **DOT** ** DOT | 10/25/2016 | PENDING | 1/23/2017 | 306797675-1 JOHAL-MD, A. | 2 | 60 | 30 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 40 mg CAPSULE  (strattera 40 mg capsule)  SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)  **DOT*** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796852-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 60 mg CAPSULE  (strattera 60 mg capsule)  SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)  **DOT*** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796853-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | chlorproMAZINE 50 mg tablet  (chlorpromazine 50 mg tablet)  SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL"  **DOT*** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796854-1 KRASSNER-MH, D. | 1 | 21 | 7 |
| ☐ Renew ☐ Stop | "NF"  DULoxetine 60 mg capsule,delayed release  (duloxetine hcl dr 60 mg cap ud)  SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17  **DOT*** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796856-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | LEVALBUTEROL TARTRATE 45 mcg/actuation HFA AER AD  (xopenex hfa 45 mcg inhaler)  SIG: ASTHMA RESCUE INHALER-NOT FOR DAILY USE. IF ASTHMA FLARES USE 2 PUFFS BY MOUTH EVERY SIX HOURS AS NEEDED. TALK TO YOUR DOCTOR IF USING MORE THAN TWICE WEEKLY. THIS INHALER SHOULD LAST AT LEAST 90 DAYS. 1 FOR 1 EXCHANGE "REQUEST REFILL" **KOP***  NOW-KOP | 10/22/2016 | 10/22/2016 | 10/21/2017 | 306796811-1 MATHARU-MD, KA. | 3 | 15 | 105 |

Page 1 of 6

**Allergies:** Carbamazepine Derivatives, Codeine, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**NEW PRESCRIPTION:**

1. Tylenol 650 mg PO TID,PRN, NA × 30days
2. Capsaicin 0.025% Cream, apply to affected area topically TID × 30days PRN to the affected area [signature]

10/26/16  1155

DATE  CDC  PROV#

SUBSTITUTION PERMITTED
SIGNATURE

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

MEDICATION RECONCILIATION

Scanned to Pharmacy
L. Ontiveros, RN  10/26/16
CDC LAC HC Records - Received
NOV 02 2016
Confidential Director, CMOHS/CME 312-43-112

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

D 005 1104001L

52

| Date | Time | Problem | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|------|------|---------|---------------------------------------------------------------------------|
| 11/30/2015 | 10:08:58 PM | 1 | Toradol 60 mg IM x 1 now.   given in TTA V. Kamtan |
| | | | TORB DR. Hernandez/J. Mullins RN   DEC 0 5 2016 |
| | | | Dr. Gian Hernandez, D.O. |
| | | | Physician & Surgeon |
| | | | CHCS LAC |

Scanned to Pharmacy

ALLERGIES: Amitriptyline, Carbamazepine, Dilantin, PCN, Divalproex)

INSTITUTION   LAC

ROOM / WING   D 005 1104001L

Confidential client information See W I Code, Sections 4514 and 5328

**PHYSICIANS ORDER**

CDC NUMBER, NAME (LAST, FIRST, MI)

**GONZALEZ**

**MARIO**

**AG7688**

DOB 01/14/1974

Table: 10.9

CDC 7221 (4/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CSP-LAC HC Records - Received
DEC - 5 2016

Confidential Saved 2017-06-16T15:43:11Z

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

D 005 1104001L

52

| Date | Time | Problem | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|------|------|---------|---------------------------------------------------------------------------|
| 11/29/2016 | 2:25 | 1 | KFS for Ortho (Urgent) cons |
| | | 2) | MCC updated |
| | | 2) | MD line after 3-4 weeks for CCP |
| | | 4 | Narcotic agreement firm signed. |

, Johal, MD
Physician & Surgeon

ALLERGIES:

INSTITUTION: LAC

ROOM / WING: D 005 1104001L

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential client
information See W I Code,
Sections 4514 and 5328

**GONZALEZ**

**MARIO**

**AG7688**

DOB 01/14/1974

**PHYSICIANS ORDER**

CDC 7221 (4/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CSP-LAC HC Records - Received
Confidential Saved 2017-06-16T15:43:11Z
NOV 3 0 2016

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

D 005 1104001L

52

| Date | Time | Problem | Physician's Order and Medication<br>(Orders must be dated, timed, and signed) |
|------|------|---------|-----|
| 11/16/2016 | 3:36 p | 1 | X-Rays of C-spine |
| | | 2) | X-Rays of L-S spine |
| | | 3) | MD line after 4-6 weeks for X-Rays |
| | | 4) | X-Rays of Rib Cage / CXR |
| | | | A. Johal, MD<br>Physician & Surgeon |

| ALLERGIES: | See MAR | INSTITUTION | LAC | ROOM / WING | D 005 1104001L |
|---|---|---|---|---|---|

Confidential client
information See W 1 Code,
Sections 4514 and 5328

**PHYSICIANS ORDER**

CDC NUMBER, NAME (LAST, FIRST, MI)

**GONZALEZ**

**MARIO**

**AG7688**

DOB 01/14/1974

CDC 7221 (4/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CSP-LAC HC Records - Received
Confidential Saved 2017-06-16T15:43:11Z
NOV 2 2 2016

Copy printed Nov 29, 2016, 4:35 PM

# HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM

### HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688   Unit#: D 005 1104001LN

Patient Labels in: ENGLISH

Page 2 of 2

| | Drug Name (Generic Name) | Start Date | Last Dispense | Description | Dispense Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet)<br>SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN "REQUEST REFILL"<br>"N/A*** N/A | 10/27/2016 | | D/A | 11/26/2016 | 306797990-4<br>FRANCES-NP, E. | 2 | 30 | 5 |
| ☐ Renew | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)<br>*DOT*** NOW-DOT | 10/22/2016 | | D/A | 11/4/2016 | 306796852-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)<br>*DOT*** NOW-DOT | 10/22/2016 | | D/A | 11/4/2016 | 306796853-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream)<br>SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN "N/A" *** N/A | 10/27/2016 | | D/A | 11/26/2016 | 306797988-1<br>FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL"<br>*DOT*** DOT | 10/22/2016 | D/A | 11/1/2016 | | 306796854-2<br>KRASSNER-MH, D. | 0 | 21 | 7 |
| ☐ Renew | *NF* DULoxetine 60 mg capsule,delayed release  (duloxetine hcl<br>dr 60 mg cap ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES<br>05/05/17 *DOT*** NOW-DOT | 10/22/2016 | | D/A | 11/4/2016 | 306796855-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | NAPROXEN 500 mg TABLET (naproxen 500 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN "N/A" *** N/A | 11/9/2016 | D/A 11/9/2016 | | 11/23/2016 | 306802157-1<br>W/J-MD, CH. | 0 | 28 | 14 |

**NEW PRESCRIPTION:**

Tylenol 15 mg - 1 tab - 1o BID x 30 (result)

Tylenol #3 - 2 tab PO B 2D/PRN for pain x 14 days (DOT)
( rinsat flaro)

Colace 100 mg - 1 Cap PO in the evening X 80 day (NA)

Tako with 3 of water.

SUBSTITUTION PERMITTED
SIGNATURE     [signature]     DATE / TIME 11/29/16  1:00 pm     PROVN [signature]

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

MEDICATION RECONCILIATION

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*** SEND TO PHARMACY ONCE COMPLETE CSPLAC HC Records - Received

DEC 06 2016

CSPLAC HC Records - Received
DEC 01 2016

PHARMACY SERVICES
Los Angeles County Health Care Services
CSPLAC HC Records - Received DEC 06 2016

Confidential Saved DEC 06 2016 43:117

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**
**CDCR#: AG7688   Unit#: D 005 1104001LN**

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY
Patient Labels In: ENGLISH

| Drug Name (Generic Name) | Start Date | Last Dispense/Inactivation Date | Rx # : Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|
| ☐ Renew **ACETAMINOPHEN 325 mg TABLET** (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN *REQUEST REFILL* **NA** ** N/A | 10/27/2016 | D/A 11/26/2016 | 306797990-4 FRANCES-NP, E. | 2 | 30 | 5 |
| ☐ Renew **ATOMOXETINE HCL 40 mg CAPSULE** (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) **DOT** ** NOW-DOT | 10/22/2016 | D/A | 306796852-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew **ATOMOXETINE HCL 60 mg CAPSULE** (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) **DOT** ** NOW-DOT | 10/22/2016 | D/A | 306796853-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew **CAPSAICIN 0.025 % CREAM (G)** (capsaicin 0.025% cream) SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA** ** N/A | 10/27/2016 | D/A | 306797988-1 FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew **chlorproMAZINE 50 mg tablet** (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL* **DOT** ** DOT | 10/22/2015 D/A 11/1/2016 | D/A | 306796854-2 KRASSNER-MH, D. | 0 | 21 | 7 |
| ☐ Renew **NF* DULoxetine 60 mg capsule,delayed release** (duloxetine hcl dr 60 mg cap ud) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17 **DOT** ** NOW-DOT | 10/22/2016 | D/A | 306796856-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew **NAPROXEN 500 mg TABLET** (naproxen 500 mg tablet) SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN **NA** ** N/A | 11/9/2016 D/A 11/9/2016 | D/A | 306802157-1 WU-MD, CH. | 0 | 28 | 14 |

NEW PRESCRIPTION:

30 day

Ranitidin 150mg - 1 tab PO BID X 90 days (NA)

Tylenol #3 - 2 tabs PO BID/PRN for pain X 14 days (DOT).

(crush + float) break-through pain per Dr. Jonah

Colace 100 mg - 1 cap PO in the evening X 30 day (NA) [illegible]

(tab with 8 oz of water)

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**Allergies:** Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, Trazodone, amitriptyline

SUBSTITUTION PERMITTED
SIGNATURE [signature] M.D.   DATE / TIME 11/29/16 1:30pm   PROV#

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

CSP LAC HC Records - Received
NOV 30 2016

PHARMACY SERVICES
CC-Health Care Services
CSP-Los Angeles County

MEDICATION RECONCILIATION

Page 2 of 2

# HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM**

## HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Page 2 of 2

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**
**CDCR#: AG7688   Unit#: D 005 110400ILN**

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | **ACETAMINOPHEN 325 mg TABLET** (acetaminophen 325 mg tablet)<br>SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN "REQUEST REFILL"<br>**NA *** N/A | 10/27/2016 | D/A 11/26/2016 | 306797990-4<br>FRANCES-NP, E. | 2 | 30 | 5 |
| ☐ Renew | **ATOMOXETINE HCL 40 mg CAPSULE** (strattera 40 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)<br>"DOT *** NOW-DOT | 10/22/2016 | D/A | 306796852-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | **ATOMOXETINE HCL 60 mg CAPSULE** (strattera 60 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)<br>"DOT *** NOW-DOT | 10/22/2016 | D/A | 306796853-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | **CAPSAICIN 0.025 % CREAM (G)** (capsaicin 0.025% cream)<br>SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN "NA" ** N/A | 10/27/2016 | D/A | 306797988-1<br>FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew | **chlorproMAZINE 50 mg tablet** (chlorpromazine 50 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL"<br>"DOT *** DOT | 10/22/2016 | D/A 11/1/2016 | 306796854-2<br>KRASSNER-MH, D. | 0 | 21 | 7 |
| ☐ Renew | **"NF* DULoxetine 60 mg capsule,delayed release** (duloxetine hcl<br>dr 60 mg cap ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES<br>05/09/17 "DOT *** NOW-DOT | 10/22/2016 | EXPIRES | 306796856-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | **NAPROXEN 500 mg TABLET** (naproxen 500 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN "NA" *** N/A | 11/9/2016 | D/A 11/9/2016 | 308802717-1<br>WU-MD, CH. | 0 | 28 | 14 |

30 days   Panitidin 150mg - 1 tab PO BzD X 90 days (NA).

Tylenol #3 - 2 tabs PO BzD/PRN for pain X 14 days (Dot).
(mush + floss)

Colace 100 mg - 1 cap PO in the evening X 80 day (NA).
(day with 8 oz of water)

**⊘ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS**

**NEW PRESCRIPTION:**

**Allergies:** Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

SUBSTITUTION PERMITTED
SIGNATURE _____ 11/29/16 1:33pm _____
DATE / TIME        PROV#

**DEA# REQUIRED FOR CONTROLLED SUBSTANCES**
CSP-LAC HC Records - Received
NOV 30 2016

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

Confidential Saved

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/4/2016 2:42:13 PM

# HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688   Unit#: D 005 1104001LN

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

Page 1 of 6

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | *NF* (**non-formulary** message only) SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | 10/22/2016 | 5/5/2017 | 306796855-1 MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) **DOT** ** DOT | 11/4/2016 | PENDING | 2/2/2017 | 306801089-1 SHNAYDER-MH, I. | 2 | 30 | 30 |
| ☐ Renew ☐ Stop | *NF* DULoxetine 30 mg capsule,delayed release (duloxetine hcl dr 30 mg cap) SIG: TAKE 3 CAPSULES (90MG) BY MOUTH EVERY MORNING **DOT** (NF EXP 05-05-17) ** DOT | 11/4/2016 | PENDING | 2/2/2017 | 306801092-1 SHNAYDER-MH, I. | 2 | 90 | 30 |
| ☐ Renew ☐ Stop | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN *REQUEST REFILL* **NA** ** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797990-1 FRANCES-NP, E. | 5 | 30 | 5 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) **DOT** ** DOT | 11/4/2016 | PENDING | 2/2/2017 | 306801090-1 SHNAYDER-MH, I. | 2 | 30 | 30 |
| ☐ Renew ☐ Stop | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream) SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA** ** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797988-1 FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew ☐ Stop | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL* **DOT** ** DOT | 11/4/2016 | 11/4/2016 | 2/2/2017 | 306801091-1 SHNAYDER-MH, I. | 8 | 30 | 10 |
| ☐ Renew ☐ Stop | LEVALBUTEROL TARTRATE 45 mcg/actuation HFA AER AD (xopenex hfa 45 mcg inhaler) SIG: ASTHMA RESCUE INHALER-NOT FOR DAILY USE. IF ASTHMA FLARES USE 2 PUFFS BY MOUTH EVERY SIX HOURS AS NEEDED. TALK TO YOUR DOCTOR IF USING MORE THAN TWICE WEEKLY. THIS INHALER SHOULD LAST AT LEAST 90 DAYS. 1 FOR 1 EXCHANGE *REQUEST REFILL* **KOP** *** NOW-KOP | 10/22/2016 | 10/22/2016 | 10/21/2017 | 306796811-1 MATHARU-MD, KA. | 3 | 15 | 105 |

☞ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

Naproxen 500mg BID PO PRN for pain N/A X 14 days

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

NEW PRESCRIPTION:

C. Wu, MD
Staff Physician
CSP-Los Angeles County
NOV 09 2016

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

☐ SUBSTITUTION PERMITTED SIGNATURE

_____ DATE / TIME

_____ PROV#

* * * SEND TO PHARMACY ONCE COMPLETE * * *

CSP-LACHC Records Received
NOV 10 2016

PHARMACY SERVICES
CC-Health Care Services
CSP-Los Angeles County

Confidential Saved 20171208 134843:11Z



**County of Sacramento**
**AUTHORIZATION TO OBTAIN**
**OR RELEASE PROTECTED**
**HEALTH INFORMATION (PHI)**

<u>CONTACT:</u>

| Client Name (First, Middle, Last): *Print Neatly* | |
|---|---|
| Date of Birth: | Record #: |
| Address: | |
| City/State/Zip Code: | |
| Phone #: (    ) | |
| **Email** (Optional-For Contact only) | |

☐ **OBTAIN from** (Individual or Entity that has the Protected Health Information):

☐ **RELEASE  (disclose)** your Protected Health Information to:
**Recipient Name:**
**Address:**
**City/State/Zip Code:**

| Phone #: (    ) | Fax #: (    ) |
|---|---|

**PURPOSE:**   The health information disclosed may only be used for the following purpose(s):

**INFORMATION TO BE RELEASED:**
☐ All Medical Records (*Except* Mental Health, Alcohol/Drug or HIV <u>unless indicated in next section</u>)

| ☐ Lab Tests | ☐ Attendance Only Records |
|---|---|
| ☐ Medication | ☐ Consultation Reports/Physician Order |
| ☐ Treatment/Personal Service Plan | ☐ Progress Reports/Notes |
| ☐ Discharge Summary | ☐ Psychiatric/Psychological Assessment/Testing Results |
| ☐ Social History | ☐ Billing or Payment Information |

☐ Records from a specific visit or hospitalization (Enter date and location):
☐ Other (Must describe):

**NOTE:** Records relating to mental health, or alcohol/drug departments, or results of HIV antibody tests are specifically protected, and <u>will not be disclosed unless you sign below</u>:

| ☐ Mental Health records | Signature: |
|---|---|
| ☐ Alcohol/Drug dependency treatment records | Signature: |
| ☐ HIV antibody test results | Signature: |

**EXPIRATION:  This Authorization will expire on** _____/_____/_____ **date.** (mm/dd/yyyy) *(Must be no more than one year from the date of signature.)*

**REVOCATION:**  You or your personal representative can revoke this authorization at any time upon written request.  Revocation will take effect upon receipt, except to the extent that others have acted upon this authorization prior to receipt of the revocation.

**REDISCLOSURE:** Re-disclosure of these records is not allowed unless another authorization is obtained from you, <u>or</u> such disclosure is specifically required or permitted by federal or state law.

**I understand that I have a right to a signed copy of this authorization.**

|  | | _____/_____/_____ |
|---|---|---|
| **Client's Signature** | **Printed Name** | **Date** |
|  | | _____/_____/_____ |
| **Personal Representative's Signature** | **Printed Name** | **Date** |

STAFF PERSON WHO VERIFIED IDENTITY OF THE ABOVE (Print Name):

Form 2099
(This form replaces Forms 2099 a, b and d)

County of Sacramento Authorization to Obtain or Release Client Health Records
***DISCARD ALL PREVIOUS VERSIONS***

Page 1 of 2
Effective 01-01-2017

**VERIFICATION:** We are required to verify you have the authority to sign this form. You will need to provide picture identification, like a California state ID or a California driver's license. (See County HIPAA Privacy Rule Policy and Procedures for other acceptable forms of identification). You are required to attach a copy of the picture identification or present it in person.

**VERIFICATION for Personal Representative:** If the signer is a guardian or legal custodian of an adult, minor, emancipated minor or a representative of a deceased client and is authorized by state law to act on behalf of the individual in making decisions about health care, a copy of the legal authority (guardianship or custody order) must be attached to this form. If the signer is a personal representative that does not have the legal authority, the patient must provide documentation in writing appointing this person as a representative and this documentation must be attached.

**<u>General Medical Records:</u>** Re-disclosure of these records is not allowed unless another authorization is obtained from you, <u>or</u> unless such disclosure is specifically required or permitted by federal or state law.

**<u>HIV, Alcohol and Drug, and Mental Health Treatment:</u>** These records are protected under federal or state law and cannot be disclosed without your written authorization unless otherwise provided. All HIV test information released must be labeled with a statement that: "This information may not be disclosed to any one without the specific written authorization of the individual."

This authorization is voluntary.  The client's health information may be protected under federal or state confidentiality laws. These federal or state laws may not apply to the person or organization receiving the information being shared.  The client may choose not to sign this authorization and this will not affect their ability to obtain treatment or payment or my current eligibility for health care benefits. However, <u>if</u> this information is necessary to determine if client is eligible to enroll in the Sacramento County Health program, the client may not be able to show they qualify for these services.

**(If applicable)** Client understands that County of Sacramento has been asked to provide a health care service (such as a test or evaluation) only for the purpose of being able to provide that information to someone else, and if client chooses not to authorize the disclosure of that information to the other person, then County of Sacramento may not provide that health care service to the client.

**<u>VALID AUTHORIZATION: THIS AUTHORIZATION IS NOT VALID IF:</u>**
The authorization is missing the elements described below:

- A description of the information to be used or disclosed that identifies the information in a specific and meaningful fashion.
- The name or other specific identification of the person authorized to make the requested use or disclosure.
- The name or other specific identification of the person(s) or class of persons to whom the covered entity may make the requested use or disclosure.
- A description of each purpose of the requested use or disclosure.  The statement "at the request of the individual" is a sufficient description of the purpose when an individual initiates the authorization and does not, or elects not to, provide a statement of the purpose.
- A specific expiration date not to exceed one year from the client's signature.
- Signature of the client or client's personal representative and date.

Form 2099
(This form replaces Forms 2099 a, b and d)

County of Sacramento Authorization to Obtain or Release Client Health Records
***DISCARD ALL PREVIOUS VERSIONS***

Page 2 of 2
Effective 01-01-2017

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**          California State Prison Sacramento

| | | | |
|---|---|---|---|
| Name: | MARIO GONZALEZ | Patient ID: | 11069593 |
| DOB: | 1/14/1974 | Secondary ID: AG7688 | |
| Exam Name: | XR RIBS RIGHT-2 VWS W/ | | |
| | CHEST 1 VW \| 71101 | Exam Date: | 4/14/2016 09:01 AM |
| Age: | 43Y 5M | | |
| Primary Care Provider: | | | |
| Ordering Provider: | D. Bodenhamer, PA | | |

EXAMINATION: Right rib series with chest x-ray, 5 total views

CLINICAL HISTORY: Injury, pain.

COMPARISON: None.

FINDINGS: Bibasilar atelectasis is present. No pneumothorax is seen. The cardiomediastinal silhouette is within normal limits. The costophrenic angles are clear.

A fracture of the right eighth rib is seen.

IMPRESSION:

1. Fracture of the right eighth rib.

2. Bibasilar atelectasis.

**Report Electronically Signed by:** D Goller MD
**Report Electronically Signed on:** 4/14/2016 09:04 AM

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**            California State Prison Los Angeles County

---

| | | | |
|---|---|---|---|
| Name: | MARIO GONZALEZ | Patient ID: | 11069593 |
| DOB: | 1/14/1974 | Secondary ID: AG7688 | |
| Exam Name: | XR RIBS BILAT-3 VWS \| 71110 | | |
| Age: | 43Y 5M | Exam Date: | 11/21/2016 01:56 PM |
| Primary Care Provider: A. Johal, MD - LAC\| | | | |
| Ordering Provider: | A. Johal, MD | | |

---

Examination: Thoracic spine 3 views.

Clinical history: Pain

COMPARISON: None.

Findings: A severe compression fractures present at T9, age indeterminate. Mild degenerative changes are present within the thoracic spine. No additional fracture is seen.

Impression:
1. Severe compression fracture of T9, age indeterminate.
2. Mild degenerative changes of the thoracic spine.

**Report Electronically Signed by:  D Goller MD**
**Report Electronically Signed on:  11/21/2016 03:02 PM**

---

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**          California State Prison Los Angeles County

| | | | |
|---|---|---|---|
| Name: | MARIO GONZALEZ | Patient ID: | 11069593 |
| DOB: | 1/14/1974 | Secondary ID: | AG7688 |
| Exam Name: | XR LUMBAR SPINE-2 VWS \| 72100 | Exam Date: | 11/21/2016 01:57 PM |
| Age: | 43Y 5M | | |

Primary Care Provider: A. Johal, MD - LAC|
Ordering Provider:    A. Johal, MD

EXAMINATION: Lumbar spine 3 views.

CLINICAL HISTORY: Pain

COMPARISON: 10/18/2016.

FINDINGS: Mild degenerative changes are present throughout the lumbar spine. No acute fracture or subluxation is seen.

IMPRESSION:
1. Mild degenerative changes of the lumbar spine.

**Report Electronically Signed by:** D Goller MD
**Report Electronically Signed on:** 11/21/2016 03:34 PM



 California State Prison Los Angeles County

| | |
|---|---|
| Name: | MARIO GONZALEZ |
| DOB: | 1/14/1974 |
| Exam Name: | XR CERVICAL SPINE 5 VWS \| 72050 |
| Age: | 43Y 5M |
| Primary Care Provider: | A. Johal, MD - LAC\| |
| Ordering Provider: | A. Johal, MD |

Patient ID:    11069593
Secondary ID: AG7688

Exam Date:    11/21/2016 01:57 PM

EXAMINATION: Cervical spine 5 views.

CLINICAL HISTORY: Pain

COMPARISON: 10/18/2016

FINDINGS: Mild degenerative changes are present at C4-5 and C5-6. No acute fracture or subluxation is seen. The prevertebral soft tissues are within normal limits.

IMPRESSION:
1. Mild degenerative changes of the cervical spine.

**Report Electronically Signed by:  D Goller MD
Report Electronically Signed on:  11/21/2016 03:34 PM**

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**52**

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | | INSTITUTION | |
|---|---|---|---|---|---|
| GONZALEZ | MARIO | AG7688 | | | **LAC** |

| DATE OF BIRTH | EPRD DATE | | GENDER | |
|---|---|---|---|---|
| 01/14/1974 | | | | MALE |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| T8 compression fracture | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| T8 Carpectomy with posterior fusion | |

Please check all that apply :  ☑ Diagnostic Procedure/Consultation   ☐ Outpatient/Inpatient   ☐ Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT   ☐ URGENT   ☑ ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the

consultant):  History of T8 compression fracture. Seen by Neurosurgery on 4/13/2017 who requests authorization for

T8 carpectomy with posterior fusion.

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work-up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| G. Hernandez, DO | | |

| REQUESTING PHYSICIAN SIGNATURE | DATE 4/18/2017 | UTILIZATION MANAGEMENT TRACKING # |
|---|---|---|

| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | **GONZALEZ** |
| PCP SIGNATURE | DATE | **MARIO** |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

**AG7688**

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK   - UM
GOLD   - SPECIALTY SCHEDULER

01/14/1974                    TABE:

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (ELECTRONIC 9/11)

CSP-LAC HC Records - Received

APR 1 8 2017



# Tri-City Medical Center
## ADVANCE

### OP Specialty Services Clinic
3925 Waring Road, Ste. C
Oceanside, CA 92056
(760) 940-5582 or (760) 940-5580
Fax: (760) 940-5123

Date:     3/16/17

| | | | |
|---|---|---|---|
| To: | LAC/Remy | From: | Barbara Shoemaker RN |
| Fax: | 661-723-8315 | Pages: | |
| Re: | **Surgery Scheduled** | | |
| Name: | Gonzalez, Mario | CDCR # | AG7688 |

Date of Procedure:  4/17/17          Check-in Time:  0530

Physician performing surgery:  Dr Yoo

INPATIENT                Check-in Location:  Tri City Medical Center
                              4002 West Vista Way
                              Oceanside, CA 92056
                              Pre-Op

## <u>THIS WILL BE A TWO PART SURGERY, PART ONE IS ON 4/17/17, PART 2 WILL BE ON 4/18/17</u>

PREP:

1. NPO after midnight
2. Stop all blood thinners, NSAIDS, and Vitamin E  - 1 week prior to surgery
3. Attached are the PRE-OP orders.
4. Please have all PRE-OP tests completed   **4/10/17.**
5. Anesthesia Pre-Op Questionnaire
6. Fax results and Anesthesia Pre-Op Questionnaire to:   (760) 940-5123.

CONFIDENTIALITY NOTICE

CSP-LAC HC Records - Received

MAY 0 4 2017

CSP-LAC HC Records - Received

APR 1 2 2017

Confidential Saved 2017-06-16T15:46:48Z

7609419867

15:19:40   03-16-2017      2/6

This message and any included attachments are from the Tri-City Healthcare District and are intended only for the addressee. The information contained in this message is confidential and may constitute non-public information under international, federal, or state securities laws and is intended only for the use of the addressee. Unauthorized forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail.

CSP-LAC HC Records - Received   CSP-LAC HC Records - Received

MAY 0 4 2017        APR 1 2 2017

Confidential Saved 2017-06-16T15:46.48Z

7609419867                                          15:19:49   03-16-2017        3/6

Mar. 15. 2017  2:55PM                                    No. 5466   P. 3

AG7688

**DIAGNOSIS:** T8 fracture with severe kyphotic deformity          4/17/17

**ALLERGIES:** carbamazepine-CR, Depakote, Dilantin, Penicillins, trazodone

**ADMIT STATUS:** ☒ Inpatient    ☐ Outpatient

**ADMIT TO:** ☐ Pre-Op Hold

**CODE STATUS:** ☐ Full    ☐ No Resuscitation for hospital duration*
                                        *Requires notation in Progress Notes.

**DIET:**
☒ NPO after midnight
☐ NPO after_____ AM or _____ FM

**SURGICAL PROCEDURE / CONSENT FORM TO READ:** Thoracic 8 corpectomy
with cage placement

**LAB/DIAGNOSTICS:**
☐ A1c (for patients with diabetes, or significant risk factors for diabetes, unless performed within the last 90 days and results documented and available, required for inpatients)
☒ CBC, BMP
☐ PT/PTT    ☐ Profime/INR AM of surgery
☐ C7
☐ C12
☒ Capillary blood glucose ( finger stick ) upon admission for patients with diabetes
☐ Urinalysis W/ Micro & Macro    ☐ MRSA by PCR
☐ UA w/Reflex to Culture
☐ HCG, Urine  *Note: Indicated for women of childbearing age (women under 55 years) or no documented instance of bilateral tubal ligation, bilateral oophorectomy, hysterectomy
☐ HCG, Serum
☐ K⁺ AM of surgery if on dialysis
☐ Type and cross for: _____ units packed red blood cells
   ☐ Random Units    ☐ Donor Specific    ☐ Autologus, if available
☒ Type & Screen
☐ Provide patient with copy of *Patient's Guide to Blood Transfusions*
☐ Sign Blood Transfusion/Refusal Consent
☐ Type & Rh
☐ Other: _____
Labs to be done at: _____ Send results to TCMC or Fax to (760) 840-7138
☒ ECG, Pre-Op if greater than 50 years of age, cardiovascular disease, chronic obstructive pulmonary disease, diabetes or renal disease
☒ May use recent ECG, (done within the last six months)
☒ Chest X-Ray, Pre-Op: if evidence of acute cardiopulmonary condition by H&P, or > 70 with chronic cardiopulmonary condition and no CXR within past six months.
☒ May use recent CXR (done within last six months)

**IV:**
☐ Lidocaine 1% 0.2mL intradermal for IV insertion pre-op.
☒ Start IV with 18-20 gauge catheter
   ☒ Lactated Ringers 1000 mL @ 20 mL/hr rate    ☐ Normal Saline 500 mL @ 20 mL/hr rate
☐ Other:

Nurse's – Initial _____              *(continued on next page)*

**Tri-City Medical Center**
4002 Vista Way • Oceanside • CA • 92056
8711-4010

PRE-OPERATIVE ORDERS
Page 1 of 2
PHYSICIAN'S ORDERS

8711-FT1
(Rev. 07/15)                                    Board Approved 07/15

Affix Patient Label
Gonzalez, Mario
DOB · 1/14/74
Forensic

CSP-LAC HC Records - Received
APR 12 2017

CSP-LAC HC Records - Received
APR 19 2017
Confidential Saved 2017-06-16T15:46:48Z

7609419867                                                          15:20:16   03-16-2017      4 /6

Mar. 15. 2017  2:56PM                     AG7688            No. 5466   P. 4

**ANTIBIOTICS:** ☐ No preop antibiotic required*
☒ Cefazolin 2 grams IV attach to chart, to be administered prior to incision
☐ Cefazolin 3 grams (for patients > 120kg) IV attach to chart, to be administered prior to incision
☐ Cefoxitin 2 grams (or cefotetan 2 grams if cefoxitin is unavailable) IV attach to chart, to be administered prior to incision
☐ Ciprofloxacin 400mg IV attached to chart, to be administered prior to incision
☐ Gentamicin 5mg/kg for adults IV attach to chart, to be administered prior to incision
☐ Levofloxacin _____ mg IV attach to chart, to be administered prior to incision
☒ Vancomycin, 15mg/kg IV attach to chart, to be administered prior to incision
☐ Aztreonam 2 grams IV attach to chart, to be administered prior to incision
☐ Clindamycin 900 mg IV attach to chart, to be administered prior to incision
☐ Metronidazole 500 mg IV attach to chart, to be administered prior to incision
☐ Other: _____

**MEDICATION:**
☐ Fleet enema PR x _____ H.S. before surgery
☐ Fleet enema PR x _____ AM of surgery at home
☐ Tumescent Fluid (IVS)*
    Sodium Bicarb additive
      *10 mEq, INTRAFASCIAL, ON CALL, Implant*
    Lidocaine-epinephrine 1% 1:100,000 additive
      *50 mL*
    Normal Saline
      *450 mL*
☒ Spinal Tranexamic Acid
  ☒ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
  ☐ Tranexamic acid 1 mg/kg/hr IV continuous infusion to be administered by anesthesiologist, discontinue at time of wound closure
☐ Hip Tranexamic Acid
  ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
  ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist when femoral component is being placed or at the end of the procedure
☐ Knee Tranexamic Acid
  ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
  ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist 10 minutes before tourniquet let down
☐ Celecoxib (CelaBREX) _____ oral x 1, on call, give with sip of water
☐ Dexamethasone (Decadron) _____ IV push x 1, on call
☐ Hydrocodone 10mg/acetaminophen325mg (Norco) mg oral tablet x1, on call, give with sip of water on admission
☐ Oxycodone SR (Oxycontin) 10 mg oral x 1, on call, give with a small sip of water on admission
☐ Acetaminophen1000mg IVPB x 1, on call

**PREP:**
☐ Pre-operative Chlorhexidine bath      ☐ Have patient void prior to surgery
☒ Foley Catheter in O.R.
☒ Apply SCD in O.R.
☐ Other: _____

**MISCELLANEOUS:**
☐ Ostomy Nurse to mark stoma site
☒ Other: CT Thoracic spine w/o contrast with Brainlab protocol

☐ Read Back all T.O./V.O. orders

| Nurse's – Signature | Date | Time | Physician's – Signature | Date | Time |
|---|---|---|---|---|---|
|  |  |  | Cm   3-15-89   12:50 |  |  |

Tri-City Medical Center
4002 Vista Way • Oceanside • CA • 92056

6711-4010

**PRE-OPERATIVE ORDERS**
Page 2 of 2

PHYSICIAN'S ORDERS

6711-1912
(Rev. 07/15)

Board Approved 07/15

Affix Patient Label

Gonzalez, Mario
DOB: 1/4/74
Forensic

APR 1 2017 CSP-LAC HC Records - Received

Confidential Save ARR 7-19-2017 5:46:48Z

D 005 1104001L

STATE OF CALIFORNIA

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

DEPARTMENT OF CORRECTIONS

Copy 52

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME GONZALEZ | MARIO | CDC NUMBER AG7688 | | INSTITUTION LAC |
|---|---|---|---|---|
| DATE OF BIRTH 01/14/1974 | EPRD DATE | | GENDER | MALE |

| PRINCIPLE DIAGNOSIS T 8 compression fx | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) surgery- T8 carpectomy with posterior fusion | # OF DAYS RECOMMENDED |
|---|---|

Please check all that apply :   ☐ Diagnostic Procedure/Consultation    ☐ Outpatient/Inpatient    ☑ Initial/Follow-up

Requested Treatment/Service is: ☐ EMERGENT    ☐ URGENT    ☑ ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): Seen by Dr Yoo 4/13/2017 for T 8 compression fx. Recommends surgery- T8 carpectomy with posterior fusion.

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME G. Hernandez, DO | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4/13/2017 | UTILIZATION MANAGEMENT TRACKING # |
| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
  ORIGINAL   - FILE IN UHR
  GREEN      - TO UHR PENDING ORIGINAL
  CANARY     - CONSULTANT
  PINK       - UM
  GOLD       - SPECIALTY SCHEDULER
PHYSICIAN REQUEST FOR SERVICES (RFS)

AG7688

01/14/1974

TABE.

Copy

UM RECEIVED

APR 14 17

CDC 7243 (ELECTRONIC 9/11)

CSP-LAC HC Records - Received

APR 21 2017

Confidential Saved 2017-06-06 16:46:48Z

CSP-LAC

4.13.17

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Trinity 52

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | | INSTITUTION |
|---|---|---|---|---|
| GONZALEZ | MARIO | AG7688 | | LAC |

| DATE OF BIRTH | EPRD DATE | | GENDER | |
|---|---|---|---|---|
| 01/14/1974 | | | | MALE |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| T8 compression Fx, svere kyphotic deformation | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| Surgical treatmnet | |

*Please check all that apply :*  ☑ Diagnostic Procedure/Consultation   ☑ Outpatient/Inpatient   ☑ Initial/Follow-up

Requested Treatment/Service is: ☐ EMERGENT   ☑ URGENT   ☐ ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider: DR. Yoo in Tri-city            Anticipated Length of Stay:

Expected Disposition (i.e. outpatient follow-up, return to institution, transfer:)

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the*

*consultant):* Pt was seen by Dr, Yoo on 1/26/2017, will suggest to surgical fixation

CT shows; T8 compression Fx, svere kyphotic deformation

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| C. Wu MD | | |
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/7/2017 | UTILIZATION MANAGEMENT TRACKING # |

| DATE OF CONSULATION 4.13.17 | PRINTED NAME OF CONSULTANT Kevin Voo |
|---|---|

FINDINGS: Pt consented for surgery, T8 capectomy c posterior fusion
Pt has lots of (R) side pain

RECOMMENDATIONS: Risks / benifits discussed.
Consented to surgery.

DATE REVIEWED APR 18 2017
PROVIDER
ORDERS   YES or NO
RES WRITTEN YES or NO

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE 4.13.17 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA PCP SIGNATURE | DATE 4/13/17 | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |
| | | AG7688 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN   - TO UHR PENDING PHYSICIAN
OP FORENSIC CLINIC - PHYSICIAN
REQUEST FOR SERVICES

Dr. Giam Hernandez, D.O.
Physician & Surgeon
CDC 7243 (ELECTRONIC 9/11)

01/14/197-

01243188   6002267850   04/13/17
Gonzalez, Mario
01/14/74   43 Years M   Outpatient
CSP-LAC HC Records- Received
APR 18 2017
Confidential Saved 2017-06-1R115:46:48



D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**52**

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME GONZALEZ          MARIO | CDC NUMBER AG7688 | | INSTITUTION **LAC** |
|---|---|---|---|
| DATE OF BIRTH 01/14/1974 | EPRD DATE | GENDER | MALE |
| PRINCIPLE DIAGNOSIS T 8 compression fx | | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) surgery- T8 carpectomy with posterior fusion | | | # OF DAYS RECOMMENDED |

Please check all that apply:  ☐ Diagnostic Procedure/Consultation   ☐ Outpatient/Inpatient   ☑ Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT          ☐ URGENT          ☑ ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider:                                                    Anticipated Length of Stay:

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the

consultant): Seen by Dr Yoo 4/13/2017 for T 8 compression fx. Recommends surgery- T8 carpectomy with posterior fusion.

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME G. Hernandez, DO | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4/13/2017 | UTILIZATION MANAGEMENT TRACKING # |
| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | **GONZALEZ** |
| PCP SIGNATURE | DATE | **MARIO** |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

**AG7688**

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN      - TO UHR PENDING ORIGINAL
CANARY     - CONSULTANT
PINK       - UM
GOLD       - SPECIALTY SCHEDULER

**01/14/1974**                    TABE:

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (ELECTRONIC 9/11)

CSP-LAC HC Records - Received

APR 1 4 2017

Confidential Saved 2017-06-16T15:16:18Z



# Tri-City Medical Center

## ADVANCE

### OP Forensic Clinic

3925 Waring Road, Ste. C
Oceanside, CA 92056
(760) 940-5582
Fax: (760) 940-5123

**Date:** 3/16/17

| | | | |
|---|---|---|---|
| **To:** | Remy<br>LAC | **From:** | Barbara Shoemaker, RN |
| **Fax:** | 661-723-8315 | **Pages:** | |
| **Re:** | **Scheduled Appointment for**<br>Pre Surgery | | |
| **Name:** | Gonzalez, Mario | **CDCR #** | AG7688 |

**Date of Appointment:** 4/13/17

**Check-in Time:** 0900

**Location:** Outpatient Forensic Clinic
3925 Waring Road, Ste. C
Oceanside, CA 92056

**PLEASE CALL OR FAX TO CONFIRM RECEIPT OF THIS FAX NOTIFICATION FOR THE APPOINTMENT DATE & TIME.**

**Thank you!**

Dr. S. Morris
Chief Medical Executive
CCHCS LAC

**CONFIDENTIALITY NOTICE**

This message and any included attachments are from the Tri-City Healthcare District and are intended only for the addressee. The information contained in this message is confidential and may constitute non-public information under international, federal, or state securities laws and is intended only for the use of the addressee. Unauthorized forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail.

CSP-LAC HC Records - Received

APR 13 2017

Confidential Saved 2017-06-16T15:46:48Z

A67688 D5

## OFFICE VISIT NOTE

**ADMITTED:** 04/13/2017
**DOB:** 01/14/1974

**OUTPATIENT SPECIALTY SERVICES CLINIC**

**CUSTODY INSTITUTION:** CDCR, LAC

**REASON FOR VISIT:** Neurosurgery consultation

SUMMARY: Mario Gonzalez is a 43-year-old male who has severe kyphotic deformity with compression fracture of T8, who has pain in that region of the body. He requests to undergo T8 corpectomy and fixation surgery. He and I spoke at length and went over all the risks and complications associated with the surgery. He understands everything and had all his questions answered to his satisfaction. We have him scheduled for surgery next week.

DICTATED:  FRANK KEVIN YOO, M.D.

FKY/ID3962/aml
D: 04/13/201711:57 A
T: 04/14/2017 02:59 P
#10088968

cc:     LAC MRD FAX CDCR, LAC
        FRANK KEVIN YOO, M.D.

APR 1 8 2017

DATE REVIEWED
PROVIDER            YES  or  NO
ORDERS             YES  or  NO
RFS WRITTEN YES  or  NO

Dr. Gian Hernandez, D.C
Physician & Surgeon
CCHCS LAC

**OFFICE VISIT NOTE**

Page 1 of 1

**TRI-CITY MEDICAL CENTER**
**4002 Vista Way**
**Oceanside, CA  92056**
CC TO:  LAC MRD FAX CDCR, LAC

GONZALEZ, MARIO
MR #01243188        RM #CDCR
DOB: 01/14/1974     AGE: 43

CSP-LAC HC Records - Received
APR 1 8 2017
Confidential Saved 2017-06-16T15:46:48Z

#1

4.13.17

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Tricity   52

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME GONZALEZ | MARIO | CDC NUMBER AG7688 | | INSTITUTION LAC |
|---|---|---|---|---|
| DATE OF BIRTH 01/14/1974 | EPRD DATE | | GENDER | MALE |
| PRINCIPLE DIAGNOSIS T8 compression Fx, svere kyphotic deformation | | ICD-9 CODE | CPT CODE(S) | |
| REQUESTED SERVICE(S) Surgical treatmnet | | | # OF DAYS RECOMMENDED | |

Please check all that apply : ☑ Diagnostic Procedure/Consultation   ☑ Outpatient/Inpatient   ☑ Initial/Follow-up

Requested Treatment/Service is: ☐ EMERGENT   ☑ URGENT   ☐ ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: DR. Yoo in Tri-city          Anticipated Length of Stay:

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the

consultant): Pt was seen by Dr, Yoo on 1/26/2017, will suggest to surgical fixation

   CT shows; T8 compression Fx, svere kyphotic deformation

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management etc.):

| REQUESTING PHYSICIAN PRINTED NAME C. Wu MD | | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 3 |
|---|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | | DATE 2/7/2017   UTILIZATION MANAGEMENT TRACKING # | |

DATE OF CONSULATION   4.13.17          PRINTED NAME OF CONSULTANT   Kevin Vu

Pt consented for surgery, T8 carpectomy ī

FINDINGS:   posterior fusion

   Pt has 10ts of ℗ side pain

Risks / benifits discussed.

RECOMMENDATIONS:   consented to surgery

DATE REVIEWED   APR 1 8 2017
PROVIDER _____
ORDERS   YES or NO
RES WRITTEN YES or NO

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE 4.13.17 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ET/ RN SIGNATURE | DATE 4/13/17 | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |

Attach Progress/Note page for additional information.

THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

AG7688

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN   - TO UHR-FRONT - PHYSICIAN
OP FORENSIC CLINIC - PHYSICIAN
REQUEST FOR SERVICES

Dr. Ojar Hernandez, D.O.
Physician & Surgeon
CDC 7243 (ELECTRONIC 9/11)

01/14/197

01243188   6002267850   04/13/17
Gonzalez, Mario
01/14/74   43 Years M   Outpatient
CSP LAC HC Records - Received

APR 1 8 2017

Confidential Saved

7085-1006

EXHIBIT   4

POLICY & PROCEDURE   OFFICERS @ CSP-SAC

VIOLATED

**New Use of Force policies, including for CCCMS and EOP prisoners**

CDCR has revised its use of force policy and procedures to include new requirements for and limits on staff when using force against prisoners on the mental health caseload.   The revised procedures are in the CDCR Department Operations Manual (DOM), at sections 51020.1 through 51020.24.  Other rules about use of force are in Title 15, California Code of Regulations, sections 3268 et seq.  The following summary only concerns use of force rules with special application to mental health patients.  These rules apply only to controlled use of force situations, such as a cell extraction, and <u>not</u> to immediate force situations.

In all controlled use of force situations, there must be a cool down period during which a mental health staff member must try to resolve the problem.  During the cool down period, the mental health staff member must also determine if the prisoner can understand orders or cannot comply with orders due to mental health issues.  If a prisoner cannot understand or comply with orders because of a mental health issues, strategies other than use of force must be proposed and considered.  If other strategies do not work, force can be used, but chemical agents (including pepper spray) can be used only if approved by the Warden, Chief Deputy Warden, or Administrative Officer of the Day.  DOM section 51020.12.

In controlled use of force situations for prisoners in a MHCB, PIP, OU, PSU, EOP, or Ad Seg-EOP Hub, or who cannot understand or comply with orders because of mental health issues, or are at increased risk of substantial decompensation from use of force, chemical agents (including pepper spray) are prohibited unless authorized by the Warden, Chief Deputy Warden, or Administrative Officer of the Day.  DOM section 51020.15.3.

**Use of Force**

CDCR has revised its use of force policies to include new requirements for staff during controlled uses of force. A "controlled use of force" means any force used by staff where there is no immediate threat – for example, force used during a cell extraction would usually be a controlled use of force.

Under the revised policies, staff must consider an inmate's mental health status, medical concerns, and ability to understand and/or comply with orders before using any controlled use of force. Staff must also provide a cool-down period for an inmate, to give that inmate an opportunity to comply with custody staff orders. The cool-down period should include clinical intervention by a licensed mental health practitioner.

During the cool-down period, mental health staff will review the inmate's health record and assess whether the inmate is able to understand or comply with orders. Staff are also encouraged to try alternatives to force, such as involving religious leaders, correctional counselors, correctional officers, and/or other staff that know the inmate well. So long as there is no imminent threat to staff or inmates, the cool-down period should continue until all reasonable interventions have been attempted.

If an inmate cannot understand orders, OC spray can only be used if there is documented authorization from the Warden, Chief Deputy Warden, or Administrative Officer of the Day (AOD). If an inmate can understand orders but cannot comply, staff are required to first try using alternative strategies before using force. Again, OC spray can only be used if the Warden, Chief Deputy Warden, or AOD gives written authorization.

The revised policies place new limits on the amount of OC spray that can be used during controlled use of force. When OC spray is used, inmates should be allowed to decontaminate outside their cell whenever possible.

CDCR has also restricted when "immediate" force can be used. Immediate force is any force that is used by staff to respond without delay to a situation. Under the revised policies, immediate force can only be used if there is an imminent threat to the security or safety of persons (for example, an escape attempt, ongoing physical harm, or active physical resistance by an inmate). Staff are required to use controlled force, rather than immediate force, whenever possible.

For example, this means that staff generally cannot use immediate force to regain control of a food port. If an inmate does not relinquish control of the food port, only a controlled use of force is permitted. As another example, staff may use immediate force (*e.g.,* OC spray) to stop an inmate from attempting to break a food tray. However, staff cannot use immediate force if the inmate has retained the food tray, but is making no

[2970873-1]

attempt to break it.  If the inmate retains control the food tray for 24 hours, staff may consider using controlled force.

There are also additional videotaping requirements for immediate uses of force.  The revised policies require video recording of the immediate use of force whenever time and resources allow.  Any immediate force that is recorded, or captured on security cameras, will be placed into evidence.

In January 2016, CDCR changed its policy regarding the use of "hand-held batons."  The policy now states that the "baton should not be carried in the extended position unless it is being utilized for the protection of the inmate and/or staff."

We understand that CDCR has completed its training on the new controlled use of force and general use of force policies.  Revisions to the CDCR Department Operations Manual (DOM) to reflect the policy changes have also taken effect.

**The Disciplinary Process & Rule Violation Reports (RVRs)**

If you have been issued a Rules Violation Report (RVR), your mental illness may have played a role in the behavior resulting in the RVR (or "115") write-up.

If you are an EOP patient or are housed in either a Mental Health Crisis Bed (MHCB) or inpatient facility, a mental health clinician must complete a mental health assessment within fifteen calendar days of the RVR.  This report by a mental health clinician is called a mental health assessment or a 115-X or a 115-MH.  The purpose of this evaluation is to determine whether your mental illness influenced the behavior which resulted in the RVR, whether you need to have a staff assistant during your 115 hearing, and whether any punishment you receive should be reduced due to the influence of mental illness on your actions.  If you are an EOP patient and did not receive a 115-X or 115-MH after receiving an RVR, you can submit a HC-602 appeal on the matter.  This mental health assessment is not a confidential interview, and it is not done by your treating clinician.

If you are at the CCCMS level of care, you should be referred for a mental health assessment if the RVR may result in a SHU term, or if your behavior is considered to be "bizarre, unusual or uncharacteristic" for you.

The State recently made additional changes to its RVR procedures.  These changes include:

First, custody staff, mental health staff, and Senior Hearing Officers will receive additional training on the Inmate Disciplinary Mental Health Assessment process.

Second, CDCR created a new process that allows an assessing mental health clinician to recommend that an inmate's behavior be documented in an alternate manner – that is, instead of through an RVR. This may be appropriate in cases where the behavior is determined to be strongly influenced by mental illness, developmental disability, or cognitive or adaptive functioning deficits.

Third, certain categories of behavior are now excluded from RVR process, meaning that a prisoner should <u>not</u> receive an RVR for any of the following:

1. Behavior that occurred in connection with cell extractions for involuntary medication or involuntary medical treatment;

2. Behavior that occurred in connection with a cell extraction for transfer of the inmate to a mental health inpatient unit or between mental health inpatient units;

3. Behavior that occurred in connection with being placed in mental health restraints and/or seclusion; and

4. Behavior that is determined to be an act of attempted suicide or self-mutilation.

Finally, CDCR has changed its policy so that Inmate Clerks will no longer process RVR documentation.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, MARIO AMADOR GONZALEZ , declare:

I am over 18 years of age and a party to this action. I am a resident of LANCASTER CALIFORNIA STATE Prison,

in the county of LOS ANGELES ,

State of California.  My prison address is: 44750 60TH ST WEST LANCASTER CALIFORNIA 93535

On AUGUST 23RD 2017 ,
(DATE)

I served the attached: MOTION TO AMEND COMPLAINT ALONG WITH AMENDED COMPLAINT
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,

with postage thereon fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined.  The envelope was

addressed as follows: OFFICE OF the CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 "I" STREET, SUITE 4-200
SACRAMENTO, CA 95814-2322

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

Executed on Aug 23rd 2017
(DATE)

Mario A Gonzalez
(DECLARANT'S SIGNATURE)
@ CSP- LANCASTER