Mario A. Gonzalez AG-7688
CSP-LAC
P.O. Box 4670   D-4-117 L
Lancaster, CA 93539

FILED

JAN 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. GONZALEZ,

    PLAINTIFF,

v.

EDMUNDO G. BROWN, ET AL.,

    DEFENDANTS

2:17-cv-0176-WBS-CMK

NOTICE OF MOTION AND MOTION REQUESTING LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT. FED. R. CIV. P. 15(A).CIVLR 15.1; AND FED. RULES OF CIVIL PROCEDURE 8 AND 18.

TO: THE HONORABLE PRESIDING JUSTICE, COURT CLERK AND ATTORNEY FOR DEFENDANTS.

PLEASE TAKE NOTICE THAT PLAINTIFF IN THE ABOVE ENTITLE ACTION MOVES THIS COURT FOR AN ORDER GRANTING LEAVE TO FILE HIS SECOND AMENDED COMPLAINT AS JUSTICE SO REQUIRED.

PERMISSION MAY BE GRANTED EVEN THOUGH THE ORIGINAL PLEADING IS DEFECTIVE IN ITS STATEMENT OF A CLAIM FOR RELIEF OR DEFENSES. FED. R. CIV. P. 15(A).

THIS MOTION IS BASED ON THE DOCUMENTARY EVIDENCE AND FILES PRESENTED IN THIS MATTER AND THE MEMORANDUM OF LAW, POINTS AND AUTHORITIES IN SUPPORT THERETO. TYPICALLY, FREE LEAVE TO AMEND A COMPLAINT HAS BEEN GRANTED PURSUANT TO FED. R. CIV. P. 15 (A) GENEROUS MANDATE. SEE, FOMAN V. DAVIS, 371 U.S. 178, 182, 9 L. ED. 2D 222, 83 S. CT. 227 (1962)(RULE 15, FED. R. CIV. P., DECLARE THAT LEAVE TO AMEND "SHALL" BE FREELY GIVEN WHEN JUSTICE SO REQUIRES.); ZENITH RADIO CORP. V. HAZELTIRE RESEARCH INC., 401 U.S. 321, 330, 28 L. ED. 2D 77, 91 S. CT. 795 (1971) THE COURT RECOGNIZES THAT IT HAS

1.



A DUTY TO CONSTRUE PRO SE PLEADING LIBERALLY); SEE, BERNARDT v. LOS ANGELS COUNTY, 339 F. 3D 920, 926 (9TH CIR. 2003).

THEREFORE PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PLEADING TO CURE SOME DEFICIENCIES OF HIS ORIGINAL PLEADING SHOULD BE GRANTED AS JUSTICE SO REQUIRED AND OR AS A MATTER OF LAW.

DATED: JAN 7TH, 2018

RESPECTFULLY SUBMITTED,

*Mario A. Gonzalez*
01-07-18

MARIO A. GONZALEZ/ PLAINTIFF PRO SE.
01-07-18

2.

Mario A. Gonzalez   AG-7688
CSP-LAC
P.O. Box 4670   D-4-117 L
Lancaster, CA 93539

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. GONZALEZ, | 2:17-cv-0176-WBS-CMK |
| Plaintiff, | MEMORANDUM OF LAW, POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE HIS SECOND AMENDED COMPLAINT. |
| v. | |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

## INTRODUCTION

Plaintiff Mario A. Gonzalez, who is proceeding in propria personam, filed his civil right action (First Amended Complaint on Aug. 28, 2017). Because of some deficiencies in Plaintiff's Original Pleading, he now seeks the court's leave to file his Second Amended Complaint Pleading, pursuant to Rule 15, Fed. R. Civ. P., against the Defendants in this matter.

## STATEMENT OF FACTS OF THE CASE

1. Plaintiff allege that while at CSP-Sacramento, he suffer physical and emotional injuries, as a results of the Defendants Assault/ Batter, Brutality and Excessive Use of Force, which was applied against him in bad faith, with "malice and sadistically with the intention of causing harm pain and suffering. Please see, proposed Second Amended Complaint Pleading attached hereto. Here Plaintiff statement and pleading provide more specific declaration of the Excessive Force Incident and how the

1.

PLAINTIFF LINKED THE DEFENDANTS TO ALL OF HIS CONSTITUTIONAL VIOLATIONS.

2. THE SECOND AMENDED COMPLAINT WILL ALLOW THE PLAINTIFF TO CURE SOME DEFICIENCIES OF HIS ORIGINAL PLEADING AND PLEAD WITH MORE DETAIL THE DEFENDANTS' ACTIONS AND UNLAWFUL CONDUCT TOWARDS HIM, THEIR ACTS AND OMISSIONS TO ACT AND TO IMPOSE WITH MORE PARTICULARITY WHICH CAUSE OF ACTIONS HE PLEAD AGAINST ANY AND ALL DEFENDANTS IN THIS MATTER.

3. FOR THE ABOVE MENTIONED REASONS AND BECAUSE THE PLAINTIFF HAS NO EXPERIENCE IN THE LAW, AND SUFFER WITH MENTAL ILLNESS, WHO IS CURRENTLY AT THE E.O.P. MENTAL HEALTH CARE LEVEL OF CARE, AND NEEDS THE ASSISTENCE OF OTHER INMATES TO PREPARE PLEADING AND MOTION, AND BECAUSE HIS REQUEST TO FILE AMENDED COMPLAINT **IS IN GOOD FAITH AND NOT IN ANY DILATORY MOTIVE, AND WILL NOT CAUSE UNDUE DELAY, PREJUDICE TO NEITHER PARTY AND HIS CIVIL RIGHT ACTION HAS MERIT AND IS NOT FUTILE SEEKING AN AMENDED PLEADING WILL SERVE JUSTICE.** JOHNSON V. BUCKLEY, 356 F. 3D 1067, 1077 (9TH CIR. 2004); THE NINTH CIRCUIT HAS STATED THAT LEAVE TO AMEND SHOULD BE GRANTED WITH EXTRAORDINARY LIBERALITY. MORONGO BAND OF MISSION INDIANS V. ROSE, 893 F. 2D 1074, 1079 (9TH CIR. 1990).

## CONCLUSION

FOR THE REASONS STATED HEREIN, PLAINTIFF'S REQUEST FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT SHOULD BE GRANTED, AS JUSTICE SO REQUIRED.

DATED: JAN 7TH, 2018

RESPECTFULLY SUBMITTED,

*/s/ Mario A. Gonzalez/*

MARIO A. GONZALEZ/ PLAINTIFF PRO SE.
01-07-18

2.

## CERTIFICATE OF SERVICE

CASE NAME: MARIO A. GONZALEZ V. EDMUND G. BROWN, ET AL.,
CASE #: 2:17-cv-0176-WBS-CMK

I, MARIO A. GONZALEZ, HEREBY CERTY THE FOLLOWING:

1. THAT ON JANUARY 7TH, 2018 I SERVE THE FOLLOWING DOCUMENTS: NOTICE OF MOTION REQUESTING LEAVE TO FILE 2ND AMENDED COMPLAINT, MEMORANDUM OF LAW, 2ND AMENDED COMPLAINT W/ EXHIBITS & SUPPORTING EVIDENCE

2. I FURTHER CERTIFY AND DECLARE THAT, I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION, WHO PROCEEDING PRO SE. THAT I AM A STATE PRISONER CURRENTLY INCARCERATED AT CSP-LOS ANGELES COUNTY, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND THAT I AM A PARTY OF THE ABOVE MENTIONED ACTION. MY PRISON ADDRESS IS:

   MARIO A. GONZALEZ AG-7688
   CSP-LOS ANGELES COUNTY
   P.O. BOX 8457      D-4-117
   LANCASTER, CA 93539

3. I FURTHER CERTIFY THAT ON THIS DATE, I SERVE THE ABOVE MENTIONED DOCUMENTS TO THE PERSONS LISTED BELOW; BY PLACING THOSE DOCUMENTS IN A SEALED ENVELOPES ADDRESSED TO THEM, AND THEMAFTER DELIVERY TO A CORRECTIONAL OFFICER WHO PROCESSED IT AS LEGAL MAIL AND SENT IT VIA U.S. MAIL SYSTEM FROM LANCASTER, CA 93539 TO:

   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   OFFICE OF THE CLERK
   # 501 "I" ST., SUITE 4-200
   SACRAMENTO, CA 95814

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT. EXECUTED IN LANCASTER, CA 93539, ON JAN 7TH, 2018

*Mario A. Gonzalez*
MARIO A. GONZALEZ/ PLAINTIFF PRO SE.

01-07-18