Mario A. Gonzalez AG-7688
CSP-LAC
P.O. Box 4670     D-4-117 1
Lancaster, CA 93539

**FILED**

JAN 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. GONZALEZ, | CASE No. 2:17-cv-0176-WBS-CMK |
| PLAINTIFF, | |
| v. | CIVIL RIGHT COMPLAINT UNDER 42 U.S.C. § 1983 FOR DAMAGES |
| EDMUNDO G. BROWN, ET AL., BAUGHMAN, WARDEN. CSP-SACRAMENTO; MR CLOUGH, CAPTAIN; MR. BALES, LT.; S. BYERS, SGT; E. MINER, C/O; J. BURKE, C/O; A. CROSS, C/O; J. LEWIS, C/O; R. VALINE, C/O; C. KINN, C/O; J. LEECH, C/O; MR. WALKER, C/O; KEVIN GRINDE (R.N.); SCOTT KERNAN, SECRETARY CDCR; ROSS, PSYCHOLOGIST; D. BODENHAMER; MR. SPARKS, LT.; STAKES, SGT.; JOHN DOE I, INTERNAL AFFAIR AGENT; JOHN DOE II, INTERNAL AFFAIR AGENT; | (1)   42 U.S.C. § 1983 (2)   INTENTIONAL TORT (3)   GROSSLY NEGLIGENCE

DEMAND FOR JURY TRIAL 2ND AMENDED COMPLAINT |
| DEFENDANTS. | |

PLAINTIFF MARIO A. GONZALEZ ALLEGES AS FOLLOWS:

I.   BACKGROUND AND NATURE OF THIS ACTION:

1.   PLAINTIFF MARIO A. GONZALEZ IS A STATE PRISONER, CURRENTLY INCARCERATED AT CSP-LAC; PLAINTIFF'S FIRST AMENDED COMPLAINT (FAC) ALLEGE THAT WHILE AT CSP-SACRAMENTO STATE PRISON, I SUFFERED PHYSICAL AND MENTAL INJURIES AS A RESULTS OF AN "EXCESSIVE USE OF FORCE" ASSAULT/ BATTERY, WHICH WAS APPLIED AGAINST ME WITH "MALICE AND SADISTICALLY" TO CAUSE HARM, BECAUSE THERE WERE NO LEGITIMATE PENOLOGICAL JUSTIFICATION TO REQUIRED

Court Paper

Printed on

Recycled Paper

ANY OF THE AMOUNT OF FORCE USE BY THE DEFENDANTS; THAT DEFENDANTS CONSPIRE TO DENY
PLAINTIFF'S CONSTITUTIONAL RIGHTS AND RETALIATED BECAUSE OF PLAINTIFF'S EXERCISES
HIS PROTECTED CONDUCT; THAT SUPERVISORY DEFENDANTS WERE "DELIBERATE INDIFFERENT"
TO PLAINTIFF'S HEALTH AND SAFETY AND "RECKLESS DISREGARDS" PLAINTIFF'S SAFETY CONCE-
RNS AND FAILED TO INTERVENE WHEN THEY HAD THE OPPORTUNITY TO DO SO, TO PREVENT THE
UNLAWFUL BEATING (EXCESSIVE FORCE) AND BRUTALITY EMPLOYED BY THEIR SUBORDINATES;
THAT MEDICAL PERSONNEL CONSPIRE TO COVER UP GUARDS BRUTALITY (EXCESSIVE FORCE) BY
NOT REPORTING IT AND BY NOT NOTING OR DOCUMENTING PLAINTIFF'S PHYSICALLY SUSTAINED
INJURIES AND WERE DELIBERATE INDIFFERENT TO PLAINTIFF'S MEDICAL NEEDS. SEE, EXHIBITS
1 AND 2, ATTACHED HERETO. PLAINTIFF FURTHER ALLEGE THAT DEFENDANTS SUPERVISORY
AGENTS FAILED TO MAKE AND ENFORCE POLICY OR TO TAKE ACTIONS TO PREVENT PREDICTABLE
VIOLATIONS OF RIGHTS WITHIN THEIR AREAS OF RESPONSIBILITIES, FAILURE TO TRAIN OFFI-
CERS TO DEAL WITH THE PREDICTABLE PROBLEMS OF DAILY LIFE IN PRISON WHICH SUPPORTS
SUPERVISORY'S LIABILITY.

II.    JURISDICTION

2.    THE JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO 28 U.S.C. §§ 1331
AND 1343,1357 AND 42 U.S.C. § 1983.

III.    VENUE

3.    VENUE IS PROPER UNDER 28 U.S.C. § 1391(B), BECAUSE A SUBSTANTIAL PART
OF THE EVENTS GIVING RISE TO PLAINTIDD'S CONSTITUTIONAL RIGHTS VIOLATION OCCURRED
WITHIN THE EASTERN DISTRICT OF CALIFORNIA.

IV.    PARTIES

4.    PLAINTIFF MARIO A. GONZALEZ IS A STATE PRISONER, CURRENTLY INCARCERATED
AT CSP-LOS ANGELES COUNTY.

5.    DEFENDANT EDMUND G. BROWN, IS EMPLOYED AS GOVERNOR OF THE STATE OF
CALIFORNIA, AT STATE CAPITOL, SUITE 1173, SACRAMENTO, CA 95814.SUED IN OFFICIAL CAPAC.

6.    DEFENDANT MR. BAUGHMAN, WARDEN-CSP-SACRAMENTO, HE IS EMPLOYED BY THE
STATE OF CALIFORNIA. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.



7. DEFENDANT MR. CLOUGH IS A CORRECTIONAL CAPTAIN, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

8. DEFENDANT MR. BALES IS A CORRECTIONAL LIEUTENANT, HE IS EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

9. DEFENDANT S. BYERS IS A CORRECTIONAL SERGEANT, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

10. DEFENDANT E. MINER IS A CORRECTIONAL OFFICER, HE IS EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

11. DEFENDANT J. BURKE IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

12. DEFENDANT A. CROSS IS A CORRECTIONAL OFFICER, HE IS EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

13. DEFENDANT J. LEWIS IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

14. DEFENDANT R. VALINE IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

15. DEFENDANT C. KINN IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

16. DEFENDANT J. LEECH IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

17. DEFENDANT WALKER IS A CORRECTIONAL OFFICER, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

18. DEFENDANT KEVIN GRINDE IS A REGISTER NURSE (R.N.), EMPLOYED AT CSP-SACRAMENTO. HE/SHE IN SUED IN HER/HIS INDIVIDUAL AND OFFICIAL CAPACITY.

19. DEFENDANT SCOTT KERNAN IS THE SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS (CDCR), EMPLOYED BY THE STATE OF CALIFORNIA, HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

20. DEFENDANT ROSS IS A PSYCHOLOGIST, EMPLOYED AT CSP-SACRAMENTO. HE/SHE IS SUED IN HER/HIS INDIVIDUAL AND OFFICIAL CAPACITY.

21. DEFENDANT D. BODENHAMER IS A CORRECTIONAL (P.A.), HE IS EMPLOYED AT CSP-SACRAMENTO. HE/SHE IS SUED IN HER/HIS INDIVIDUAL AND OFFICIAL CAPACITY.

22. DEFENDANT SPARKS, IS A CORRECTIONAL LIEUTENANT, EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

23. DEFENDANT STAKES IS A CORRECTIONAL SERGEANT (I.S.U.), EMPLOYED AT CSP-SACRAMENTO. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

24. DEFENDANT JOHN DOE I, IS AN AGENT, EMPLOYED BY THE STATE AS AN INTERNAL AFFAIR AGENT. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

25. DEFENDANT JOHN DOE II, IS AN AGENT, EMPLOYED BY THE STATE AS AN INTERNAL AFFAIR AGENT. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

26. ALL OF THE DEFENDANTS MENTIONED HEREIN HAVE ACTED AND CONTINUED TO ACT, UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

////
///
///
///
///
///
///
///
///
///
///
///

4.




V.  FACTS.

27.  ON JULY 2015 CALENDAR, I MARIO A. GONZALEZ WAS TRANSFERD TO CALIFORNIA STATE PRISON SACRAMENTO P.S.U., ON FEB. 23RD, 2016, I MET WITH MR. SPARKS, LT. (I.S. U.) AND THE INTERNAL AFFAIR AGENT JOHN DOE I. DURING THIS MEETING, I WAS TOLD MY SAFETY WAS AT RISK BY I.S.U., & INTERNAL AFFAIR AGENT JOHN DOE I, AS OUR INTERVIEW WAS RECORDED. ON OR ABOUT MARCH 10TH, 2016, I ALERTED MY PRIMARY CLINICIAN D.R. ROSS THAT I WAS IN FEAR OF MY LIFE AND SAFETY, AND I EVEN GAVE HER AN INMATE'S CDCR 602 APPEAL FORM TO TURN IN ON MY BEHALF, IT WAS NEVER TURNED IN, IT 602 CONTAINED INFOR-MATION REGARDING FIVE OFFICER THAT WERE ENGAGING IN ILLEGAL "BEATING" OF INMATES. ON MARCH 11TH, 2016, I MET WITH INTERNAL AFFAIR AGENT JOHN DOE II AND I.S.U. STAKES SGT., I ALERTED THEM MY LIFE WAS ENDANGERED BY OFFICERS WORKING IN A-2 P.S.U. SACRA-ENTO. ON APRIL 12TH 2016 OFFICER BURKE CAME TO MY CELL DOOR AND TOLD ME TO CUFF UP CAUSE HE NEEDS TO SEARCH MY CELL. I STATED TO OFFICER BURKE, I HAVE NO PROBLEM WITH THE SEARCH, I JUST WANT HIM TO CALL THE SUPERVISOR IN CHARGE OR LIEUTENANT, BEFORE I EXIT MY CELL AND CUFF UP, PLAINTIFF DO NOT CUFF UP FOR OFFICER BURKE. MINUTES LATER OFFICER A. CROSS CAME TO MY CELL DOOR AND REQUESTED AGAIN FOR ME TO CUFF UP, SAYING THAT HE NEEDS TO CONDUCT A CELL SEARCH, I REPLY THE SAME TO HIM REQUESTING HIM TO CALL HIS SUPERVISOR, BEFORE I EXIT MY CELL, BOTH OFFICER BURKE AND A. CROSS REFUSED TO CALL THEIR SUPERVISOR OR TO INFORM OF PLAINTIFF'S POSITION, PLAINTIFF LATER FOUND OUT THAT MR. BALES, LT., WAS THE SUPERVISOR ON DUTY FOR THE DATE OF THE INCI-DENT. OFFICER CROSS WAS SOME HOW DISPLEASED THAT I ASKED FOR HIS SUPERVISOR, I FUR-THER SAW OFFICER CROSS LEFT MY CELL DOOR AND WALKED TOWARD THE ROTUNDA AND HUDDLED WITH OFFICER BURKE, VALINE AND J. LEWIS 3RD WATCH A-2 P.S.U. OFFICERS AT SACRAMENTO, WHEN OFFICER CROSS RETURNED TO MY CELL DOOR OFFICER BURKE, VALINE AND LEWIS ARRIVED WITH HIM. OFFICER CROSS THEN SIGNALED FOR CONTROL OFFICER MINER TO OPEN MY CELL DOOR OFFICER E. MINER OPENED UP MY CELL DOOR FULLY AWARE I WAS NOT HANDCUFFED, AS SOON AS MY CELL DOOR OPENED UO OFFICER CROSS  CUFFED MY LEFT HAND AND STARTED PUNCHING ME, I WAS ABLE TO GRAB ON TO MY DISABILITY APPLIANCE (WALKER), I SUFFER FROM (HEMOPLEIGIA)

LEFT SIDE OF MY BODY. OFFICER CROSS THEN TOOK ME DOWN AND APPLIES A WRESTLERS HOLD KNOWN AS A FULL NELSON THUS EXPOSING MY RIGHT SIDE RIB AND BACK AREA. OFFICERS VALINE, LEWIS AND BURKE TOOK TURNS KICKING ME IN THE BACK AND RIB AREA WITH THERE BOOTS ON. THESE OFFICER ALSO KNEED ME, DURING THE BEATING OFFICERS WERE ASKING QUESTIONS ABOUT INCIDENTS I REPORTED TO INTERNAL AFFAIRS INVOLVING THESE DATES 02/16/2016 & 03/10/2016 RESPECTIVELY. I REFUSED TO CUFF UP CAUSE I KNEW THESE OFFICER WERE OUT TO CAUSE ME HARM. I REQUESTED FOR LIEUTENANT BALES TO BE PRESENT AND HOPING HE WOULD FOLLOW PROPER POLICY AND PROCEDURE. LT. BALES REFUSED TO APPEAR. OFFICERS VALINE, LEWIS, BURKE, CROSS, E. MINER AND SUPERVISORY OFFICIALS SGT. BYERS AND LT. BALES'S ACTS AND OMISSIONS TO ACT VIOLATED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)'S POLICY & PROCEDURE UNDER (COLEMAN V. BROWN 4-10-2014) COURT'S ORDER THAT: "STAFF MUST CONSIDER AN INMATES MENTAL HEALTH STATUS, MEDICAL CONCERNS ETC... AND THAT STAFFS MUST ALSO PROVIDE A COOL DOWN PERIOD SO THAT PATIENT/INMATE IS GIVEN AN OPPORTUNITY TO COMPLY WITH CUSTODY'S ORDER...THE COOL DOWN PERIOD SHOULD INCLUDE CLINICAL INTERVENTION BY A LICENSED MENTAL HEALTH PRACTICIONER." NONE OF THIS WAS DONE IN PLAINTIFF'S CASE OR INCIDENT ! CDCR'S ENCOURAGE THEIR STAFFS TO TRY ALTERNATIVES TO FORCE SUCH AS INVOLVING RELIGIOUS LEADERS, CORRECTIONAL COUNSELORS OR OFFICERS STAFFS THAT KNOW THE INMATE WELL. SO AS LONG AS THERE IS NO IMMINENT THREAT TO STAFFS OR INMATES THE COOL DOWN PERIOD SHOULD CONTINUE UNTIL ALL REASONABLE INTERVENTIONS HAVE BEEN ATTEMPTED. THE REVISED PROCEDURES ARE IN THE CDCR DEPARTMENT OPERATION MANUAL (DOM) § 51020.1 THROUGH 51020.24. "AT NO POINT DURING TIME DID ANYONE FROM MENTAL HEALTH TRY TO INTERVENE TO TRY & SOLVE THE PROBLEM". DURING THE BEATING OFFICERS WERE ASKING QUESTIONS ABOUT INCIDENTS THAT OCCURRED ON 02/16/16 AND 03/10/16. I WAS BEING BEAT KICKED CHOKED & TORTURED. OFFICERS ASKED WHAT DID YOU TELL THEM, WHERES THE PHONE ? WHAT DID YOU SAY ?.

28    AS I WAS BEING HELD IN A WRESTLERS HOLD OFFICERS VALINE, LEWIS CONTINUED TO SAVAGELY KICK ME. OFFICER BURKE WAS TWISTING MY LEFT FOOT SO HARD HE YANKED OFF MY A.D.A. BRACE ALONG WITH SHOE OFF MY FOOT. OFFICER CROSS WAS APPLYING SO MUCH PRE-



SURE IT FELT AS IF MY BACK WAS GONNA SNAP. I WAS THEN DRAGGED OVER BY THE SINK AREA NE

AREST END OF BED IN A-2-116 OFFICER CROSS HELD ME IN A POSITION THAT ALLOWED C/O

LEWIS TO POUR URINE & FECE MIXTURE INTO MY MOUTH, AT C/O BURKES COMMAND! BURKE STATED

TO LEWIS, "GIVE HIM SOME"! I TRIED TO SPIT THE URINE AND FECE MIXTURE OUT BUT COULDN'T

CAUSE C/O CROSS WAS CHOKING ME. C/O LEWIS THEN KICKED ME ABOUT THREE TIMES IN THE GRO

IN AREA, TWICE I WAS KICKED IN THE TESTICLES AND ONCE IN THE SUPER PUBIC AREA THIS SA-

VAGE BEATING LASTED BETWEEN 20-30 MINS. AFTER THE FIRST BEATING STOPPED THESE OFFICERS

TOLD ME TO GET UP & WALK, BECAUSE OF INJURIES I SUFFERED I WAS UNABLE TO STAND BESIDES

I CANNOT WALK WITHOUT MY WALKER. THESE OFFICER STARTED YELLING AT ME TO 'STOP FAKING

IT' AND START WALKING AS I LAID ON THE GROUND UNABLE TO WALK OFFICER BURKE THAN PLACED

ME IN WAIST RESTRAINTS, OFFICER LEWIS PLACED LEG RESTRAINTS ON ME. OFFICER BURKE THEN

REMOVED OFFICER CROSS'S HANDCUFFS. AFTER THIS HAPPENED OFFICER BURKE TOOK HIS RIGHT

LEG AND STOOD ON MY NECK AREA, OFFICER VALINE WAS USING HIS ENTIRE WEIGHT ON MY RIGHT

THIGH AREA, I WAS THAN DRAGGED OUT OF MY CELL AND PLACED ON A GURNEY. AFTER I ARRIVED

AT T.T.A. MEDICAL PERSONNEL (R.N.) GRINDE. KEVIN EXAMINED ME, I WAS GIVEN A SHOT OF

TORODOL 30 OR 60 MG. I COMPLAINED OF TREMENDOUS PAIN IN MY BACK AND MY RIGHT SIDE RIB

AREA, BUT (R.N.) GRINDE IGNORED IT, DOWN PLAYED THE BEATING I SUFFERED TO FAVOR THE

OFFICERS AND IN A CONSPIRATORIAL FASHION REFUSE TO DOCUMENT OR REPORT PLAINTIFF'S

PHYSICAL INJURIES TO COVER UP GUARDS EXCESSIVE FORCE AND PLAINTIFF'S SUSTAINED INJURI-

ES AS A RESULTS THEREOF. SEE, EXH. 1, ATTACHED HERETO.

    29.   ON THE WAY BACK TO MY HOUSING UNIT FROM T.T.A. I WAS LAYING ON THE GURNEY,

SGT. BYERS GRABBED UNDER MY JAW AREA WITH BOTH HANDS AND BEGAN PULLING UPWARDS WITH

GREAT PRESSURE. SGT. BYERS, STATED "YOUR GETTING EVERYTHING YOU DESERVE", SGT. BYERS

DID THIS IN THE PRESENCE OF CAPTAIN CLOUGH. CAPTAIN CLOUGH DID NOTHING ABOUT IT. CAPT.

CLOUGH THEN TIED ME TO THE GURNEY WITH SHEETS EVEN THOUGH I WAS ALREADY RESTRAINED

TO THE GURNEY WITH PROPER RESTRAINTS. AS I WAS BEING ESCORTED BACK TO MY CELL VIA GUR-

NEY, OFFICERS KINN AND OFFICER LEECH STARTED HITTING ME IN THE FACE. AN FEMALE OFFICER

NAMED WALKER WAS PRESSING DOWN ON MY LEFT KNEE AREA INWARD AS SHE APPEARED TO BE TRYI-

NG TO BREAK MY LEFT KNEE. WHEN WE ARRIVED BACK INTO HOUSING UNIT A-2 OFFICER LEWIS

WAS WAITING TO SEARCH ME WITH A METAL DETECTOR. OFFICER LEWIS SQUEEZED MY TESTICLES
AND HIT ME WITH THE METAL DETECTOR IN THE TESTICULAR AREA. AS C/O CROSS UNFASTENED
THE CUFFS ON THE WAIST RESTRAINTS HE STARTED PUNCHING ME, HE HIT ME TWICE IN THE
FACE AND ONCE ON THE RIGHT SIDE TEMPLE AREA, C/O CROSS STATED TO ME "I'VE BEEN WAI-
TING TO FUCK YOU UP", AT THIS POINT I STOOD UP & THE WAIST RESTRAINTS WAS STILL AR-
OUND MY WAIST YET MY HANDS WERE FREE. OFFICER BURKE TOOK ME DOWN AGAIN, I WAS SITTING
ON MY BUTTOCKS WHILE OFFICER BURKE WAS USING HIS ENTIRE BODY WEIGHT CAUSING ME TO
SUFFER MORE INJURY TO MY BACK AS HE WAS TRYING TO PUSH ME FARTHER DOWN LITERALLY TRY-
ING TO GET MY CHIN TO TOUCH THE GROUND. I TOLD OFFICER BURKE THAT ALL THIS WAS UNNE-
CESSARY BECAUSE, C/O CROSS JUST GIVE ME AN ORDER TO STAND UP, C/O BURKE STATE I DON'T
GIVE FUCK. WHEN ALL THE OFFICERS EXITED MY CELL I NOTICE THAT ALL MY PERSONAL PROP-
ERTY INCLUDING LEGAL MATERIALS WAS GONE. I WAITED UNTIL LT. BALES SHOWED UP, AND ON-
CE HE FINALLY SHOWED UP, HE ASKED FOR THE WAIST RESTRAINTS THAT I STILL HAD AROUND
MY WAIST, AT THIS POINT WE MADE A DEAL; "I WOULD GET MY T.V. BACK FOR THE WAIST
RESTRAINTS ", LT. BALES ORDERED C/O VALINE TO RETURN MY T.V. AND OTHER PROPERTY THE
OFFICERS TOOK FROM ME, AT THIS POINT I STATED TO LT. BALES IN THE PRESENCE OF C/O
VALINE, BURKE, LEWIS AND CROSS, "I KNOW WHAT THIS IS ABOUT, ITS ABOUT THE ONGOING
INCIDENTS I REPORTED TO THE INTERNAL AFFAIRS AGENTS; LT. BALES LOOKED AT HIS OFFICERS
& STATED THATS ENOUGH IT ENDS HERE. AN ASAIN MALE OFFICER REMOVED THE HANDCUFFS I
WAS PLACED BACK IN MY CELL.

    30.    ON APRIL 13,2016, I HAD TO FILL OUT A CDCR 7362 SICK CALL SLIP CAUSE MY
RIBS & BACK HURTS BAD UPON FINALLY GETTING AN X-RAYED, D. BODENHAMER CONFIRMED A
FRACTURE OF THE EIGHTH RIB, SHE NEVER TOLD ME I HAD A FRACTURED BACK, THIS INFORMA-
TION WAS BEING WITHHELD FROM ME, IT WASN'T UNTIL I WAS TRANSFERED TO R.J. DONOVAN
CORRECTIONAL FACILITY ONLY THEN I WAS TOLD I HAD A COMPRESSION FRACTURE IN MY BACK,
THIS WAS IN SEPTEMBER 2016 CALENDAR, I BELIEVE SO. IN 04/21/16 CALENDAR, I FILED
AN INMATE CDCR 602 APPEAL, SEE, EXH, 2, ATTACHED HERETO, AFTER AN X-RAYED WAS TAKEN
AT CSP-LAC  AGAIN CONFIRMING THE COMPRESSION FRACTURE STILL HASN'T HEALED IN NOV.
2016, SEE, EXH, 3, ATTACHED HERETO.



31.  On 04/19/2016, I notified the Law Office of Micheal Bien Attorney at Law (People v. Coleman) case, I was only sent there cover letter. Even the overseers of the Mental Health Program knew of the ongoing abuse and did nothing about it. On July /th. 2016, I was interviewed by Sara Norman staff managing attorney along with Margot Mendelson of the prison law office. I am part of the Armstrong case along with other patients inmates whom were savagely beat @ CSP-Sacramento P.S.U. See, Exh. 4, attached hereto.

32.  Plaintiff further claims that Defendants mentioned in this matter who where involved in the 04/12/2016 excessive force incident, also conspire to cover up their wrongdoing assault/battery and inmates/ Plaintiff's physical injuries I sustained during the 04/12/2016 excessive force that was applied "maliciously and sadistically" for the very purposes of causing harm in violation of Plaintiff's 1th and 8th and 14th Amendments of U.S. Constitution.

33.  That Supervisory Top Officials Defendants mentioned herein were deliberate indifferent to Plaintiff's health and safety, and failure to protect him when there is a duty and obligation to do so, and were aware of guards patterns of brutality excessive force towards Mentally Ill Patients in violation of Plaintiff's 8th Amendment rights against Cruel and Unusual Punishment.

34.  That Defendants Baughman, warden; Clough, Capt.; S. Byers, Sgt.; E. Miner Correctional Officer (C/O); J. Burke, C/O; A. Cross, C/O; J. Lewis, C/O; R. Valine, C/O; C. Kinn, C/O; J. Leech, C/O; Walker, C/O; Kevin Grinde (R.N.); In a conspiratorial fashion and arbitrarily refused to follow protocol of reporting an "Excessive Force" incident, to conduct a Videotape recorder of Plaintiff's allegations of Excessive Force and Physical Injuries sustained as a results of Defendants brutality Assault/ Battery, as required by law. That they "Deny, Delay or Interfered" with Plaintiff's Access to Medical Health Care, and were Deliberate Indifferent to Plaintiff's Health and Safety.

35.  Plaintiff further claims that Defendant Baughman, Warden; Mr Clough, Capt, Bales, Lt.; S. Byers, Sgt.; Sparks, Lt.; Stakes, Sgt.; and Edmund G. Brown Jr. were

PLACED ON NOTICE OF SUBORDINATES ABUSIVE BEHAVIOR "EXCESSIVE FORCE" AND THE NEEDS FOR ACTION, BUT THEY WERE DELIBERATE INDIFFERENT AND FAILED TO MAKE AND ENFORCE POLICY OR TO TAKE ACTIONS TO PREVENT PREDICTABLE VIOLATIONS OF RIGHTS WITHIN THEIR AREAS OF RESPONSIBILITIES, FAILURE TO TRAIN OFFICER TO DEAL WITH THE PREDICTABLE PROBLEMS OF DAILY LIFE IN PRISON WHICH SUPPORTS SUPERVISORY'S LIABILITY. THEY FAILURE TO ADOPT POLICIES TO RESPOND TO HIGH LEVEL OF VIOLENCE AND EXCESSIVE FORCE, LACK OF PROCEDURES TO ENSURE OR PROMULGATE PROPER REGULATIONS TO PROTECT PLAINTIFF'S FROM ABUSIVE TREATMENT AND RIGHTS VIOLATIONS. THEY WERE DESIGNATED TO HEAR STAFFS COMPLAINTS AND HAD A DUTY TO CONDUCT AT LEAST A "MINIMAL INVESTIGATION" AND SHOULD BE ABLE TO FIX THE PROBLEM, BUT FAILURE TO DO SO UPON RECEIVING NOTICE OF REPORTS GIVING SUFFICIENT NOTICE OF GUARDS BRUTALITY TOWARDS PRISONERS LIKE MYSELF.

VI.   STATEMENT OF LEGAL CLAIMS FOR RELIEF

36.   THE ACTIONS OF DEFENDANTS S. BYERS; J. BURKE; A. CROSS; J. LEWIS; R. VALINE; C. KINN; J. LEECH; WALKER IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT ANY NEED OR PROVOCATION, OR IN FAILING TO PREVENT THE MISUSE OF FORCE, WERE DONE "MALICIOUSLY AND SADISTICALLY" TO CAUSE HARM AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF U.S. CONSTITUTION.

37.   THE ACTIONS AND OMISSIONS TO ACT OF SUPERVISORY DEFENDANTS MENTIONED HEREIN CONSTITUTE DELIBERATE INDIFFERENCE TO PLAINTIFF'S HEALTH AND SAFETY IN VIOLATION OF THE 8TH AMENDMENT OF U.S. CONSTITUTION.

38.   THE ACTIONS OF THE ABOVE MENTIONED DEFENDANTS WERE DONE AS A RETALIATORY BIAS, BECAUSE OF PLAINTIFF'S EXERCISES HIS PROTECTED CONDUCT AND WERE DONE IN AN INTIMIDATED MEASURE TO DETER PLAINTIFF FROM CONTINUING WITH HIS PROTECTED CONDUCT, IN VIOLATION OF HIS 1ST AMENDMENT OF U.S. CONSTITUTION AND FEDERAL LAWS.

39.   THE ACTIONS OF DEFENDANTS MENTIONED HEREIN CONSTITUTE A TORT OF ASSAULT AND BATTERY UNDER THE LAWS OF THE STATE OF CALIFORNIA.

40.   DEFENDANTS ACTS AND OMISSIONS TO ACT CONSTITUTE A CONSPIRACY TO DENY PLAINTIFF'S CONSTITUTIONAL RIGHTS AND WERE DONE TO COVER UP EXCESSIVE FORCE AND PLAINTIFF'S PHYSICAL INJURIES, IN VIOLATION OF A CIVIL CONSPIRACY, OBSTRUCTION OF

JUSTICE, AND DENIAL OF PLAINTIFF'S EQUITABLE DEFENSE, IN VIOLATION OF PLAINTIFF'S FIRST AMENDMENT OF U.S. CONSTITUTION.

41.    DEFENDANTS ACTS AND OMISSIONS TO ACTS CONSTITUTE DELIBERATE INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS, WHEN THEY DENY, DELAY OR INTERFERED WITH ACCESS TO MEDICAL HEALTH CARE SERVICES, AND OR TO MAKE ADEQUATE REFERRALS TO X-RAYS AS TO DETERMINE THE AMOUNT OF PLAINTIFF'S PHYSICAL INJURIES AND INTERNAL INJURIES, IN VIOLATION OF PLAINTIFF'S 8TH AMEND. OF U.S. CONST.

42.    CDCR'S PERSONNEL WERE DELIBERATE INDIFFERENT AND GROSSLY NEGLIGENT IN NOT CORRECTLY DESCRIBING AND REPORTING EVENTS CONCERNING PLAINTIFF'S MEDICAL CARE AS WELL AS HIS MEDICAL CONDITION IN CDCR'S RECORDS AND REPORTS AND FAILED TO REPORT THE 04/12/2016 EXCESSIVE FORCE INCIDENT, ASSAULT/ BATTERY.

43.    THE ADMINISTRATIVE GRIEVANCE SYSTEM WAS COMPLETELY INADEQUATE AT CSP-SACRAMENTO AND LED TO THE BRUTALITY/ ABUSE AND POOR TREATMENT THAT PLAINTIFF RECEIVED FROM THE DEFENDANTS IN THIS MATTER, RESULTING IN THE DEPRIVATION OF PLAINTIFF'S FIRST, FOUR, EIGHTH AND FOURTEENTH AMENDMENTS OF U.S. CONSTITUTIONAL RIGHTS, AS DESCRIVED IN THIS COMPLAINT. UPON INFORMATION AND BELIEF, ONE OF THE GRIEVANCE SYSTEM FAILURE WAS THAT AN ABUSIVE MISUSE OF FORCE WERE NOT PROPERLY INVESTIGATED, GUARDS WERE NOT DISCIPLINED, NO PROTOCOL WERE FOLLOWED OR SANCTIONED, AND EXCESSIVE USE OF FORCE TOWARDS PRISONERS WERE NOT DISCIPLINE AND THE GUARDS WERE NOT REPRIMANDED FOLLOWING WRITTEN COMPLAINTS MADE BY VICTIMS AGAINST THEM. (ID. AT EXH. 2.)

VII.    RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUEST THAT THE COURT GRANT THE FOLLOWING RELIEFS:

A.    AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

1.    $ 5,000,000 JOINTLY AND SEVERALLY AGAINST EACH DEFENDANT FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A DIRECT RESULTS OF THEIR ACTIONS (BEATING).

2.    $ 500,000 JOINTLY AND SEVERALLY AGAINST DEFENDANT EDMUNDO G. BROWN; BAUGHMAN; MR. CLOUGH; BALES; S. BYERS; SCOTT KERNAN; SPARKS; STAKES AND KEVIN GRINDE (R.N.) FOR THEIR ACTS AND OMISSIONS TO ACT, DELIBERATE INDIFFERENCE TO PLAINTIFF'S HEALTH AND SAFETY.

Court Paper
Printed on
Recycled Paper

3.     $ 500,000 JOINTLY AND SEVERALLY AGAINST EACH AND EVERY ONE OF THE DEFENDANTS WHO CONSPIRE TO DENY PLAINTIFF'S CONSTITUTIONAL RIGHTS AND TO COVER UP GUARD BRUTALITY (EXCESSIVE FORCE) AND PLAINTIFF'S PHYSICAL INJURIES,& MENTAL ALSO;

B.     AWARD PUNITIVE DAMAGES IN THE AMOUNTS OF:

4.     $ 10,000,000 AGAINST DEFENDANTS FOUND LIABLE FOR THE ASSAULT/ BATTERY (EXCESSIVE FORCE) USED AGAINST THE PLAINTIFF, AND BECAUSE OF RECKLESSLY DISREGARDS TO PLAINTIFF'S CONSTITUTIONAL RIGHTS AND TO DETER DEFENDANTS FROM THEIR UNLAWFUL CONDUCT AND WANTON PAIN AND SUFFERING THAT THEY CAUSED TO THE PLAINTIFF.

5.     $ 20,000 FOR THE COST OF SUIT INCURRED HEREIN.

6.     GRANT SUCH OTHER RELIEF AS IT MAY APPEARS THAT PLAINTIFF IS ENTITLED, INCLUDING DECLARATORY RELIEF;

DATED: ~~JAN 7 TH~~ ,2018

RESPECTFULLY SUBMITTED,

*Mario A. Gonzalez*
01-07-18

MARIO A. GONZALEZ/ PLAINTIFF PRO SE.

## VERIFICATION

I, MARIO A. GONZALEZ, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE DECLARANT/ PLAINTIFF IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENT AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE AND CORRECT OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF. AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE. EXECUTED THIS 7 TH DAY OF ~~JANUARY~~, IN THE YEAR OF 2018, AT CSP-LOS ANGELES COUNTY, LANCASTER, CA 93539.

*Mario A. Gonzalez*

MARIO A. GONZALEZ/ DECLARANT.
01-07-18

12.



LIST OF EXHIBITS

PAGES:

EXH.  1.          CDCR 7219, MEDICAL EVALUATION REPORT OF INJURIES
                  DATED 04/12/2016                                    . 1.

EXH.  2.          PLAINTIFF'S CDCR 602s ADMINISTRATIVE REMEDIES

EXH.  3.          MEDICAL RECORDS OF PHYSICAL INJURIES, (X-RAYED), ETC.

EXH.  4.          PLAINTIFF'S LETTERS AND CDCR 22s FORMS SUPPORTING
                  DOCUMENTARY EVIDENCE

CDCR.
7219 ≠ 7362

# EXHIBIT  1

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CSP-Sac | A 2 | USE OF FORCE / INJURY / (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 4/12/16 |

| THIS SECTION FOR INMATE ONLY | NAME LAST: Gonzales | FIRST: Manoo | CDC NUMBER: AG-7788 | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE: A2-116 | DATE/TIME OF OCCURRENCE: 4/12/16 | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|
| TIME NOTIFIED: 1540 | TIME SEEN: 1615 | ESCORTED BY | MODE OF ARRIVAL (circle) AMBULATORY / (LITTER) / gurney ON SITE WHEELCHAIR | AGE: 42 | RACE: H | SEX: M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"They open door & started beating on my kicked me on back & in balls"... "pain in lower back & balls" Skin intact, no reddness, no bleeding, no bruises.

| INJURIES FOUND? (YES) NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | (11) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

O.C. SPRAY EXPOSURE? YES (NO)
DECONTAMINATED? YES / NO
Self-decontamination instructions given? YES / NO
Refused decontamination? YES / NO
Q 15 min. checks
Staff issued exposure packet? YES / NO

RN NOTIFIED/TIME: Grinde 1540   PHYSICIAN NOTIFIED/TIME: Dr Bashelia 1540

TIME/DISPOSITION: 1615 RTC

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN): Kevin Grinde | BADGE # | RDOs: S/S |
|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Gonzalez Mario | AG7688 | A-2-116 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| Mario A Gonzalez | 4/13/16 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem)

BROKEN RIBS RIGHT SIDE & POSSIBLE LOWER BACK FRACTURE SUFFERED FROM OFFICERS BEATING.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)

ADMINISTRATIVE
602 REMEDIES
COMPLETED

EXHIBIT 2

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

# THIRD LEVEL APPEAL DECISION

Date:  SEP 0 6 2016

In re:   Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
At Rock Mountain
P.O. Box 799006
San Diego, CA  92179-9005

TLR Case No.: 1515029        Local Log No.:  SAC-16-01560

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner S. K. Hemenway. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:**  It is the appellant's position that on April 12, 2016, he was severely beaten by Correctional Officers (CO) A. Cross, J. Lewis, J. Burke and R. Valine for about 20 minutes. He claims that the tower officer opened his cell door while he was not "cuffed." He states that he said to CO Cross and Burke (third watch) that he had no problem with a cell search and to just call the Lieutenant. As soon as CO Cross entered his cell he "cuffed" the appellant's left hand and started punching him with his right hand. The appellant then says he grabbed CO Cross' right hand hoping to stop the assault. The appellant continues and states that once CO Cross cuffed his right hand, he grabbed onto his Americans with Disabilities Act (ADA) walker to stay on his feet. He then states that CO Cross took him down then applied a "wrestlers Full Nelson." This exposed the right side of his ribs and back area that CO Valine, Burke and Lewis repeatedly kicked and kneed. He also claims that CO Burke yanked his ADA bracelet off his foot. He then states that CO Cross held him in a position that allowed CO Lewis to pour a urine and feces water mixture into his mouth. He states that CO Burke said, "Give him some." The appellant alleges that he tried to spit out the urine mixture but could not because CO Cross was choking him. CO Lewis kicked him twice in the testicles and once in the "super pubic area" then left his cell and returned with a "walkie-talkie radio." He (CO Lewis) handed it (radio) to CO Valine who put it on his belt holder and he (appellant) believes that is when the alarm was pushed. The appellant then states that he was taken by gurney to the Triage Treatment Area where he told Registered Nurse (RN) K. Grinde that his back and testicles hurt and it was hard for him to breathe. He claims that RN Grinde downplayed the beating he suffered to favor the officers. The appellant states that he was given a shot of "Toradol" and sent back to his cell. X-rays were taken on April 14, 2016, proving he had broken ribs. He also states that Correctional Sergeant S. Byers put both hands under his jaw area and pulled up stating in the presence of Captain Clough, "You're getting everything you deserve."

The appellant is requesting that the above mentioned officers be investigated by the Office of Internal Affairs and Investigative Services Unit; that the officers be reassigned elsewhere so they do not commit any more batteries on Enhanced Outpatient Program/Psychiatric Services Unit (PSU) inmates; monetary damage; Federal and State relief, punitive damages for mental anguish, pain and suffering; that the harassment stop; that the officers submit to polygraph examinations for inhumane and cruel and unusual punishment they repeatedly administer to the inmate patients in the PSU; and to terminate the officers from the CDCR.

**II   SECOND LEVEL'S DECISION:**  The reviewer found a basis to partially grant the appeal. The review of the allegation of staff misconduct presented in the written complaint was completed; and, based upon this review the appellant's appeal was processed as an appeal inquiry. The inquiry included a review of the evidence, an evaluation of any interview conducted, and a review of pertinent documents and current policies, laws, and procedures. The appellant was informed that all staff personnel matters are confidential in nature. The appellant will only be notified whether the actions of staff were or were not in compliance with policy. The inquiry was completed and it was found that staff did not violate policy with respect to the issue appealed. The appeal was partially granted in that an inquiry was completed and has been reviewed.

MARIO GONZALEZ, AG7688
CASE NO. 1515029
PAGE 2

III **THIRD LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** Upon review of the documentation submitted as well as the Incident Report log #SAC-PSU-16-04-0314, the Third Level of Review (TLR) Examiner determined that the appellant's allegation was appropriately reviewed and evaluated by administrative staff. All staff personnel matters are confidential in nature and will not be disclosed to other staff, the general public, the inmate population, or the appellant. If the conduct of staff was determined not to be in compliance with policy, the institution will take the appropriate course of action. In this case, the Second Level of Review (SLR) informed the appellant that an inquiry was completed and disclosed the determination of the inquiry. The appellant's request for staff training, to place documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation, is beyond the scope of the appeals process. The confidential inquiry was reviewed at the TLR. The TLR Examiner concurs with the determination of the SLR. The institution's response complies with departmental policy and the appellant's staff complaint allegation was properly addressed. No relief is warranted at the TLR.

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 832.5, 832.7, 832.8
California Code of Regulations, Title 15, Section: 3000, 3000.5, 3001, 3004, 3005, 3084.1, 3084.3, 3084.9, 3268, 3268.1, 3268.2, 3270, 3391
CDCR Operations Manual, Section: 31140.14

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

S. K. HEMENWAY, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, RJD
       Appeals Coordinator, RJD
       Appeals Coordinator, SAC

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date:    OCT 1 7 2016

In re:    Mario Gonzalez, AG7688
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

TLR Case No.: 1602966        Local Log No.: SAC-16-02342

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner H. Liu, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that California State Prison - Sacramento (SAC) staff of unethical employee conducts The appellant alleges on June 8, 2016, upon reviewing the Second Level of Review (SLR) of appeal Log #SAC-P-16-01560, he discovered Correctional Lieutenant (Lt.) Bales falsified a statement. The appellant alleges Lt. Bales did not waive his rights to be interviewed for the SLR and did not place his initials in the box of the CDC Form 602, Inmate/Parolee Appeal Form indicating that he waived his rights to be interviewed. The appellant asserts Lt. Bales did not request to provide clarification of the allegation against Officer Lewis pouring urine and feces mixtures into his mouth, while he was choked by Officer Cross under the command of Officer Burkes. The appellant asserts upon pouring the urine and feces mixture into his mouth, Officer Lewis disposed of the lotion bottle that stored the mixture. The appellant asserts he further informed Lt. Bales that officers were assaulted on his back area. The appellant asserts he informed Lt. Bales that his attorney advised him not to withdraw the appeal. The appellant asserts Lt. Bales conducted the interview, as well as initiating his role of a judge and jury to impede in the mental health treatment of Psychiatric Services Unit (PSU) inmates. The appellant alleges Lt. Bales attempted to shield alleged misconducts of Third Watch Officers working in the Facility "A" PSU.

The appellant requests Investigative Services Unit, Office of Internal Affairs or Office of Correctional Safety to conduct an investigation and polygraph examination on Lt. Bales. The appellant requests Lt. Bales be terminated or adversely transfer to an alternate institution. The appellant requests Lt. Bales be criminally prosecuted. The appellant requests for state and federal relief for punitive damages.

**II    SECOND LEVEL'S DECISION:** The SLR identified and addressed the appellant's allegations of staff misconduct.    The reviewer documented that an appropriate supervisory staff member was assigned to conduct an inquiry into this matter. The inquiry included a review of the evidence and an evaluation of any interview conducted. In order to determine the facts, the inquiry also included a review of pertinent documents, current policies, laws, and procedures. The SLR noted that all staff personnel matters are confidential in nature, and that the appellant would only be notified whether the actions of staff were or were not in compliance with policy. The SLR found that the staff did not violate policy as alleged. The SLR partially granted the appeal in that an inquiry was conducted.

**III    THIRD LEVEL DECISION:** Appeal is denied.

    **A. FINDINGS:** Upon review of the documentation submitted, the TLR finds that the appellant's allegations were appropriately reviewed and addressed by administrative staff. The TLR notes that all staff personnel matters are confidential in nature and will not be disclosed to other staff, the inmate population, the general public, or the appellant. The appellant was informed that if the conduct of staff was determined to not be in compliance with policy, the institution would take the appropriate course of action. In this case, the SLR informed the appellant that an inquiry was completed and disclosed the determination of the inquiry to the appellant. The TLR reviewed the confidential inquiry and concurs with the determination of the SLR. The TLR notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position;

MARIO GONZALEZ, AG7688
CASE NO. 1602966
PAGE 2

and/or requests for monetary compensation are beyond the scope of the appeals process. The TLR finds the institution's response complies with departmental policy, and the appellant's staff complaint allegations were properly addressed. Therefore, no further relief shall be afforded at the TLR.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3004, 3005, 3084.1, 3084.3, 3084.7, 3268, 3270, 3391

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

H. LIU, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, CMC
       Appeals Coordinator, CMC
       Appeals Coordinator, SAC



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:**   MAR 0 9 2017

**To:**   GONZALEZ, MARIO (AG7688)
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**From:**   California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**   SAC HC 16032658

This appeal was reviewed by Inmate Correspondence and Appeal Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:
You are requesting:
- To have Registered Nurse Grinde investigated by the Medical Board or Internal Affairs.
- Monetary compensation.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your health record were reviewed by staff.

Records show you transferred to California State Prison, Los Angeles County on October 21, 2016.

Documentation in your health record indicates you were evaluated in the Triage and Treatment Area (TTA) on April 12, 2016, for complaints of back and scrotal pain. The treatment notes indicate you reported you were "kicked in the scrotum" by a correctional officer. Notes from the physical examination indicates your skin was intact with no redness or bruising and no apparent distress. Additionally, it was noted your scrotum and penis were examined revealing no signs or symptoms of injury to the area, and no torsion of the scrotum. The nurse administered a Toradol injection per a medical doctor (MD) order. You reported feeling better but still experiencing some back pain. You were encouraged to stretch and rest your back, and to submit a CDCR 7362, Health Care Services Request form if the pain persisted. You verbalized your understanding of the instructions in your own words. There is no indication you complained of chest pain or difficulty breathing during this encounter.

Records indicate the health care appeal was reviewed and evaluated by the hiring authority and the issue was deemed not to meet staff complaint criteria. This appeal was presented to the Chief Executive Officer who determined there was not sufficient information or clarification of a policy violation to support your allegations. Therefore, this appeal is being addressed under normal health care appeal processing guidelines.

Monetary compensation is outside the jurisdiction of the health care appeals process.

---

It is not in the purview of appellants to request specific action to be taken in regard to the conduct of the staff complaint inquiry or in regard to disciplinary action against staff. California Code of Regulations, Title 15, Section 3084.9(i) and Department Operations Manual specify the requirements necessary to conduct a staff complaint inquiry. Further, any personnel action taken against staff is confidential and will not be shared with inmates, staff, or the public. Therefore, your request for Registered Nurse Grinde investigation by the Medical Board of California will not be addressed, as you have been provided all information to which you have a right under Title 15, Section 3084.9(i).

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

## RULES AND REGULATIONS:

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

## ORDER:

No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

TRI CITY REPORTS
FOR SURGERY I UNDER
WENT RE: BROKEN BACK

# EXHIBIT 3

# Tri-City Medical Center

## Admitted on 04/17/17

## Discharged on 04/27/17

# GONZALEZ, MARIO

# CDCR# AG7688

# 01/14/1974

MEDICAL RECORDS
APR 2 8 2017
RECEIVED

Given to Medical Records on 04/28/17

Confidential Saved 2017-06-16T13:50:56Z

7609407099                                                          15.39.15   04-27-2017        2/9

## Tri-City Medical Center

### Discharge Summary

Signed By:                                      Performed By:
                                                Le ,Yung T.(4/27/2017 09:34 PDT)

### ADMITTED: 04/17/2017

### TRANSFERRED:

DOB: 01/14/1974
PRIMARY CARE PHYSICIAN: LAC MRD FAX CDCR, LAC

TRANSFER DIAGNOSIS(ES):
1.     Status post thoracic T8 corpectomy.
2.     Status post T6 to T11 thoracic surgery with rod fixation.
3.     Postoperative pneumothorax, resolved.
4.     Aspiration pneumonia.
5.     Stress-induced gastritis.

SUBSPECIALISTS CONSULTED: Pulmonologist, Dr. Safouh Malhis.

HOSPITAL COURSE: Mr. Gonzalez is a 43-year-old male who is an inmate with known chronic back pain from previous trauma. The patient was found to have T8 fractures and was brought in electively on April 17, 2017, under Dr. Kevin Yoo's service. On the day of admission, the patient underwent staged procedure with T8 corpectomy. With the procedure, he had a left pneumothorax, requiring a chest tube. On the second day of hospitalization, he underwent a second stage procedure with T6 to T11 rod fixation. Postop, the patient did develop some aspiration pneumonia and respiratory failure requiring intubation. He was treated empirically with a combination of antibiotics, including vancomycin, Levaquin, and metronidazole. His methicillin-resistant Staphylococcus aureus screen, however, was negative. He eventually was extubated uneventfully and transferred down to a medical-surgical floor where he was switched to oral antibiotics and continued to improve. He was evaluated by physical therapy. He was able to ambulate 200 feet and subsequently, he was evaluated by acute rehab service. He was felt to be too high functional to be a candidate for acute rehab. He remained afebrile throughout the entire hospital course.

Post-operative pain was an ongoing issue, for the patient has a degree of chronic pain and narcotic dependency. He was managed with MS Contin 60 mg 2 times daily and with that dose, his pain was well controlled. He has tolerated oral intake well. He has normal bowel movements. Also, he has had an episode of coffee-ground emesis while he was in the Intensive Care Unit and this was found to be stress-induced gastritis. He was managed with Protonix with

Legend: @ = Abnormal, * = Corrected, L = Low, H = High, R= Ref Lab, F= Footnote



Gonzalez, Marlo
MRN: 01243188
FIN#: 6002257109

Tri-City Healthcare District
4002 Vista Way Oceanside CA 92056 760-724-8411

Age/DOB/Sex: 43 years       1/14/1974       Male
Adm. Physician:  Yoo,Frank Kevin

LOC: 3S; 326; 01
Service: TELE

Admit Date:  4/17/2017
Discharge Date:
Request ID:   33104926

Print:   4/27/2017 15:10 PDT        Page 1 of 2

Confidential Saved 2017-06-16T15:50:30Z

7609467099                                                                15:39.49    04-27-2017        3 /9

Tri-City Medical Center

## Discharge Summary

no further evidence of any upper gastrointestinal or lower gastrointestinal bleeds. His hemoglobin and hematocrit remained stable.

The patient was found to be in stable condition to be discharged back to the facility on April 27, 2017. He will follow up with Dr. Kevin Yoo in two weeks and postop, instructions and wound care as per Dr. Kevin Yoo, including leaving the incision open to air, okay for the patient to shower. Staples are to be discontinued on postop day 14. He is to wear his brace when he is out of bed with limited excessive lifting. He will stay on a regular diet with activities as per instructed by Dr. Kevin Yoo, as mentioned above.

TRANSFER MEDICATIONS:
1.  Flomax 0.4 mg daily.
2.  Venlafaxine 75 mg daily.
3.  MS Contin 60 mg 2 times daily.
4.  Colace 100 mg 2 times daily.
5.  Protonix 40 mg daily.
6.  Metronidazole 500 mg p.o. q.8h for 3 more days.
7.  Levaquin 750 mg p.o. daily for 3 more days.

Please note that I gave the report to Dr. Stepky.

DICTATED: YUNG T. LE, M.D.

YTL/ID2984/sd
D: 04/27/201709:34 A
T: 04/27/2017 09:44 A
#10090771
cc:    LAC MRD FAX CDCR, LAC

        YUNG T. LE, M.D.
        SAFOUH MALHIS, M.D.
        Transfer with patient

Legend: @ = Abnormal, * = Corrected, L = Low, H = High, R= Ref Lab, F= Footnote

---

Gonzalez, Mario                                                           LOC: 3S; 326; 01
MRN: 01243188                                                             Service: TELE
FIN#: 6002257109                                                          Admit Date:  4/17/2017
DOB: 1/14/1974                                                            Discharge Date:
Print: 4/27/2017 15:10 PDT          Page 2 of 2       Request ID: 33104926

Confidential Saved 2017-06-16T15:50:50Z

76C9407099

15 40:12   04-27-2017   4:9

# Tri-City Medical Center

## 4002 Vista Way

## Oceanside, CA 92056-4506
## (760) 724-8411

### Clinical Discharge Instructions

PERSON INFORMATION

Name: Gonzalez, Mario MRN: 01243188 FIN#:6002257109

PHYSICIANS

Admitting Physician: Yoo, Frank Kevin Attending Physician: Yoo, Frank Kevin PCP: CDCR, LAC (Lancaster)

Discharge Diagnosis: Closed fracture of thoracic spine without spinal cord lesion

Comment:

Allergies: CarBAMazepine-CR; traZODone; Depakote; Dilantin; penicillins

PATIENT DISCHARGE INFORMATION

### DISCHARGE INSTRUCTIONS

**Discharge Instructions** 04/27/17 9:28:00 PDT, Routine, NS Discharge Instructions Leave incision open to air OK to shower Discontinue staples POD# #14 Collar when out of bed Limit excessive lifting, 04/27/17 9:28:00 PDT

**Discharge Activity** 04/27/17 9:28:00 PDT, Routine, May shower

**Discharge Diet** 04/27/17 9:28:00 PDT, Routine, Regular

Status Orders

| Name | Status | Details |
|---|---|---|
| Admit to: | Completed | 04/17/17 12:42:00 PDT, Routine, 04/17/17 12:42:00 PDT, Ortho/Neuro Unit |
| Admit to: | Completed | 04/18/17 17:40:00 PDT, Routine, 04/18/17 17:40:00 PDT, ICU |

Person Full Name Gonzalez, Mario
1 of 5

FIN NDR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

7609407099

15 43 30    04-27-2017    5 /9

CODE STATUS  Completed 04/17/17 7:36:00 PDT, Full Code

CODE STATUS  Completed 04/17/17 12:42:00 PDT, Full Code

CODE STATUS  Ordered    04/18/17 17:40:00 PDT, Full Code

Discharge       Ordered    04/27/17 9:28:00 PDT, Routine, Law Enforcement detention
Location

Discharge       Ordered    04/27/17 9:28:00 PDT, Routine
Patient

Ensure Consent              04/16/17 19:31:00 PDT, Routine, Lateral thoracic 8 corpectomy with
is Signed        Completed cage placment with combined Thoracic 6-11 pedicle screw fixation by
                 Dr Yoo

Ensure Consent   Completed 04/18/17 12:32:00 PDT, Routine, Posterior Thoracic 6-11 pedicle
is Signed                  screw fixation and all other indicated procedures by Dr Yoo

Fall Precautions Completed 04/17/17 12:42:00 PDT, Routine, 04/17/17 12:42:00 PDT

Is this a Core
Measure(s)       Ordered    04/27/17 9:28:00 PDT, Routine, No core measures apply
Patient?

Isolation        Completed 04/17/17 12:42:00 PDT, Standard Precautions

Isolation        Ordered    04/18/17 17:40:00 PDT, Standard Precautions

Patient          Ordered    04/17/17 12:42:00 PDT, Routine, Inpatient, Yes, spine surgery
Admission Status

Patient          Completed 04/18/17 17:40:00 PDT, Routine, Inpatient, No, post op spine
Admission Status

Privacy Code     Ordered    04/17/17 17:33:00 PDT, Routine, n/a pcu

Return To:       Ordered    04/21/17 15:39:00 PDT, Routine, Forensics, 04/21/17 15:39:00 PDT


## Discharge Summary - Nursing

04/27/17 12:04 PDT Performed by Walker , Felicia

Entered on 04/27/17 12:05 PDT

Discharge Information
Discharge Home: Discharge home
Education
Individuals Taught: Patient

Person Full Name Gonzalez, Mario
2 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

Confidential Saved 2017-06-16T15:39:30Z

Teaching Method: Explanation
Discharge Summary addresses IP: Met
Barriers to Learning: None evident
Teaching Evaluation: No further teaching needed
Diabetes DC Is Patient Diabetic: No
Do you currently have cancer: No
Core Measures/Discharge Actions
Core Measures treated this Visit: None
POM/Valuables/Belonging to be Sent Home
ED Valuables and Belongings Date/Time: 04/27/17 12:05
Personal Medications Stored in Pharmacy?: No
Safe Envelope Number: none
Clothes, Patient Valuables: None
Electronic Devices, Patient Valuables: None
Jewelry, Patient Valuables: None
Miscellaneous, Patient Valuables: None
Monetary Items, Patient Valuables: None
Final Discharge Summary
Final Discharge Summary for Patient: Belongings/equipment provided
Important message from Medicare given: NA

## PATIENT EDUCATION INFORMATION

Discharge Instructions Given

Follow up:

| With: | Address: | When: |
|---|---|---|
| Frank Yoo | 9834 Genesee Avenue, Suite 310 La Jolla, CA 92037 (858) 909-9033 Business (2) | Within 2 weeks |

Comments:

NS Discharge Instructions
Leave incision open to air
OK to shower
Discontinue staples POD# #14
Collar when out of bed
Limit excessive lifting

Person Full Name Gonzalez, Mario
3 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

Confidential Saved 2017-06-16T15:50:30Z

7609407099                                                    15 41 16   04-27-2017        7 9

## Medication Instructions to Patient

### New Medications

levofloxacin (Levaquin 750 mg oral tablet) 1 tab(s) Oral once a day for 3 Days. Refills: 0.
Last Dose: 4/27/17 0900   Next Dose: 4/28/17 0900

metroNIDAZOLE (Flagyl 500 mg oral tablet) 1 tab(s) Oral every 8 hours for 3 Days. Refills: 0.
Last Dose: 4/27/17 1200   Next Dose: 4/27/17 2000  (today)

pantoprazole (Protonix 40 mg oral delayed release tablet) 1 tab(s) Oral once a day. Refills: 0.
Last Dose: 4/27/17 0600   Next Dose: 4/28/17 0600

### Medications to Continue Taking with NO Changes

chlorproMAZINE (chlorproMAZINE 50 mg oral tablet)
Last Dose: not given here   Next Dose: 4/28/17

docusate (Colace 100 mg oral capsule) 1 cap Oral 2 times a day. Refills: 0.
Last Dose: 4/27/17 0900   Next Dose: 4/27/17 2000  today

docusate (Docare sodium 250 mg oral capsule)
Last Dose: Duplicate   Next Dose:

levalbuterol 45 Microgram Inhalation every 6 hours as needed Shortness of Breath. prn.
Last Dose: 4/27/17 1200   Next Dose: as needed

morphine (morphine 15 mg oral tablet)
Last Dose: 0   Next Dose: as needed

morphine (MS Contin 30 mg oral tablet, extended release) 2 tab(s) Oral 2 times a day. Refills: 0.
Last Dose: 4/27/17 0900   Next Dose: 4/27/17 2100  today

ranitidine (raNITIdine 150 mg oral tablet)
Last Dose:   4/27/17  pm today
not given here

tamsulosin (tamsulosin 0.4 mg oral capsule)
Last Dose: 4/26/17 2100   Next Dose: 4/27/17 2100  today

venlafaxine (venlafaxine 75 mg oral tablet)
Last Dose:   Next Dose: 4/27/17  today
not given here   pm

### Stop Taking the Following Medications

magnesium hydroxide (Ex-Lax Milk of Magnesia 8% oral suspension) 30 Milliliter Oral every bedtime as needed
for constipation.

Person Full Name Gonzalez, Mar
4 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

7609407093    15:41:45    04-27-2017    8/9

## Medication List

chlorproMAZINE (chlorproMAZINE 50 mg oral tablet)

docusate (Colace 100 mg oral capsule) 1 cap Oral 2 times a day. Refills: 0.

docusate (Dioeze sodium 250 mg oral capsule)

levalbuterol 45 Microgram Inhalation every 6 hours as needed Shortness of Breath. prn.

levofloxacin (Levaquin 750 mg oral tablet) 1 tab(s) Oral once a day for 3 Days. Refills: 0.

metroNIDAZOLE (Flagyl 500 mg oral tablet) 1 tab(s) Oral every 8 hours for 3 Days. Refills: 0.

morphine (morphine 15 mg oral tablet)

morphine (MS Contin 30 mg oral tablet, extended release) 2 tab(s) Oral 2 times a day. Refills: 0.

pantoprazole (Protonix 40 mg oral delayed release tablet) 1 tab(s) Oral once a day. Refills: 0.

ranitidine (raNITIdine 150 mg oral tablet)

tamsulosin (tamsulosin 0.4 mg oral capsule)

venlafaxine (venlafaxine 75 mg oral tablet)

## Medication Leaflets:

Person Full Name Gonzalez, Mario
5 of 5

FIN NBR (Encounter Alias) 6002257109
MRN (Encounter Alias) 01243188

Confidential Saved 2017-06-16T15:50:30Z

7609407099                                                                     15:42:00    04-27-2017         9/9

ORDER SHEET

Order Entry D/T: 04/27/17 02:28                    Orders Entered By: Le , Yung T.
                                                   Ordering Dr:  Le , Yung T.

O  Is this a Core Measure(s) Patient?
   04/27/17 9:28:00 PDT, Routine, Core Measure(s) No core measures apply

O  DC IV
   04/27/17 9:28:00 PDT, Routine, 04/27/17 9:28:00 PDT

O  Discharge Activity
   04/27/17 9:28:00 PDT, Routine, May shower

O  Discharge Diet
   04/27/17 9:28:00 PDT, Routine, Regular

O  Discharge Instructions
   04/27/17 9:28:00 PDT, Routine, NS Discharge Instructions  Leave incision open to air  OK to shower  Discontinu
   e staples POD# #14  Collar when out of bed  Limit excessive lifting, 04/27/17 9:28:00 PDT

O  Discharge Patient
   04/27/17 9:28:00 PDT, Routine

O  Discharge Location
   04/27/17 9:28:00 PDT, Routine, Law Enforcement detention

Pt. Name:  Gonzalez, Mario                              *TCMC*
D.O.B./Sex:  01/14/74    M                              Tri-City Medical Center
Med Rec #:  1243188                    Order Sheet      4002 Vista Way, Oceanside, CA 92056
  Physician:  Yoo, Frank Kevin                          Print ID:  Music , Paula S
Financial #:  6002257109                                Print Date/Time:  04/27/17  09:33
  Pt. Type:  I
Room/Bed:  326 /01
dmit/Disch:  04/17/17 – 00/00/00      Page 1 of 1



Confidential Saved 2017-06-16T15:50:46Z

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR. GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA STATE PRISON-LOS ANGELES COUNTY
44750 50ᵗʰ Street West
Lancaster, CA 93536



## RECEIPT FOR HEALTH RECORDS

Per Olson Review procedure, I have requested and received copies from my Unit Health Record.

1. Medication Records: _____        10. History Physical: _____

2. Physician Orders: *04/14/16 & 11/1/16 – 11/30/16*    11. Inpatient Record: _____

3. Lab Results: _____        12. MH Treatment Plan: _____

4. X-Ray Diagnostic: *04/14/16 – 11/21/16*        13. MH Progress Note: _____

5. Dental: _____        14. MH Evaluation: _____

6. Progress Notes: _____        15. MH Chrono: _____

7. Procedure/Consult: *04/06/17 – 04/18/17*        16. Hospital Records: *04/27/17*

8. Medical Chrono: _____        17. _____

9 Outside Facilities: _____        18. _____

*With the above mentioned items in the possession, I realize that the Health Records Services Department can no longer be held responsible for the confidentiality of the items listed above. I understand that the confidentiality of my original Electronic Unit Health Record will continue to be maintained. By signing this form constitutes that this satisfies your request and no refund of monies will be considered and this transaction is final.*

_____            _____
PATIENT-INMATE SIGNATURE                DATE

Gonzalez, Mario                    AG7688
PRINT PATIENT- INMATE NAME            CDC NUMBER

_____            _____
WITNESS SIGNATURE                DATE

_____   06/16/17            40
M. Bates, HRT I (A)    DATE            TOTAL PAGES SENT

*Please issue these documents in a timely manner, due to procedural time constraints.*
SIGN ABOVE AND RETURN TO HEALTH RECORDS.

STATE OF CALIFORNIA
AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION
CDCR 7385 (Rev. 11/14)

DEPARTMENT OF CORRECTION AND REHABILITATION
Form: Page 1 of 2
Instructions: Pages 3 & 4

| All sections must be completed for the authorization to be honored. Use "N/A" if not applicable |
|---|

## I. Patient Information

Last Name: Gonzalez    First Name: Mario    Middle Name: Auance

CDCR #: AG7621    Date of Birth: 01-14-74

Street Address: 1112 6th St Unit    City/State/Zip: Lancaster CA 13537

## II. Individual/Organization Authorized to Release Personal Health Records if Other Than CDCR

Name:

Address:    City/State/Zip:

## III. Individual/Organization to Receive the Information

[45 C.F.R. § 164 508(c)(1)(iii), (iii) & Civ. Code § 56 11(e), (f)]

The undersigned hereby authorizes CDCR's Health Information Management to release the below health information pursuant to this authorization.

Name: Mario Ausance Gonzalez    Relationship to Inmate: SELF

Address:    City/State/Zip: Lancaster CA 13537

Phone:    Fax:

## IV. Authorization Expiration Event or Expiration Date for Release of Verbal Information/ Written Correspondence

[45 C.F.R. § 164 508(c)(1)(v) & Civ. Code § 56 11(h)]

Unless otherwise revoked by the inmate, this authorization for the release of my health care information to the above-named person or organization will expire upon (choose one):

☐ Date (mm/dd/yyy):    ☐ Release from Custody

☐ Happening/conclusion of this event:

(e.g., conclusion of litigation, completion of surgery)

## V. Hardcopy Health Care Records to be Released

[45 C.F.R. § 164 508(c)(1)(i) & Civ. Code § 56 11(b), (g)]

A separate authorization is required for each request to release hardcopy records. Records for the following period of time are requested (must be completed to receive records):

☒ From (mm/dd/yyyy):    To (mm/dd/yyyy): 6-7-17

☒ Medical Services    ☐ Dental Services    ☐ Mental Health Services

☐ Communicable Disease    ☐ Genetic Testing    ☐ HIV Test Results

☐ Substance Abuse/Alcohol    ☐ Other:

Requests for Psychotherapy Notes require a separate CDCR 7385 in order to be fulfilled and <u>may not be combined with any other request for health care records.</u>

☐ Psychotherapy Notes

completed



CSP - LAC
## MEDICAL RECORDS DEPARTMENT
### FILE REVIEW

NAME: GONZALEZ, MARIO  DATE: 6-8-17

CDC#: AG-7688  HOUSING: D-5-102

The Medical Records Department has received your request to review/receive medical record copies. In an effort to reduce your copying cost and to rush your request, please be **SPECIFIC** as to the information you are requesting and purpose for review.

| CHECK MARK | INFORMATION NEEDED | DATES NEEDED |
|---|---|---|
| ✓ | DOCTOR ORDERS/MEDICATION ORDERS | 4-14-16 + NOV 2016 |
| | PROGRESS NOTES | |
| | MEDICATION ADMINISTRATION RECORD | |
| | PUBLIC HEALTH/VACCINES * | |
| | LAB REPORTS | |
| ✓ | XRAY REPORTS | 4-14-16 + NOV 2016 |
| ✓ | CONSULTATIONS/SPECIALTIY | -1- 2017 |
| | MEDICAL CHRONOS | |
| | DENTAL RECORDS | |
| ✓ | OUTSIDE HOSPITAL | 4-17-2017 - 4-29-2017 |
| | OTHER (PLEASE SPECIFY) | |
| | CTC/INFIRMARY – MEDICAL ADMIT ONLY | |

REASON FOR REVIEW: NEED THESE DATES THAT PERTAIN
TO BACK FRACTURE AND HOSPITAL REPORTS
FOR MOST RECENT HOSPITALIZATION @ TRI-CITY
MEDICAL IN OCEANSIDE IN APRIL 2017 ALSO
INCLUDE REPORTS FOR INTENSIVE CARE STAY IN 4-2017

Inmate Signature: _____ Date: 6/8/17

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| 4/14/16 | 0910 | | tradol 60 mg IM now |
| | | | tylenol c codein #3 ii tab po now |
| | | | wheelchair x 3 days for long |
| | | | distances |
| | | | f/u c RN line / week |

D. Balentine
4/14/16 0910

ALLERGIES

INSTITUTION: CSP-SAC

ROOM/WING: A2-116

CDC NUMBER, NAME (LAST, FIRST M):
Gonzalez, Mario.
1/14/74.

AG7658

Confidential
client information
See W & I Code  Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221.14 pt.1
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/14/16 | 0740 | | x-ray (R) ribs today. |
| | | | post trauma. c/o (R) rib pain. |
| | | | tender to ng. IM keel |
| | | | |
| | | | PTP 3104 |
| | | | PT 0900                          4/14/16  0740 |
| | | | Biederbauer PAc |
| | | | Noted  4/13/16 0945 ____ |

ATTENTION:                    INSTRUCTION:   SAC.           ROOM WING   A2 116.

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

AG 7688

Gonzales, Mario

## PHYSICIAN'S ORDERS

1/14/74.

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 4/14/2016 11:05:19 AM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**

**CDCR#: AG7688  Unit#: A 002 1016001LP**

CALIFORNIA STATE PRISON  SACRAMENTO

Patient Labels in: ENGLISH

Messaging Rx:Non-Renewable ☐ Stop

| Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| 'NF' • ("non-formulary" message only) SIG: DULOXETINE (CYMBALTA) NF EXP 04-29-16. APPROVED BY LIFLYANDSKY AT LAC ** PROFILE ONLY | 4/30/2015 | 4/30/2015 | 4/29/2016 | 306556112-1 HICKS-MH, O. | 0 | 1 | 1 |
| ☐ Renew ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN *REQUEST REFILL** N/A | 2/16/2016 | 3/25/2016 | 7/10/2016 | 457142425-2 BODENHAMER-PA, D. | 4.75 | 60 | 15 |
| ☐ Renew ATOMOXETINE HCL 100 mg CAPSULE (strattera 100 mg capsule) SIG: TAKE ONE CAPSULE BY MOUTH EVERY MORNING **DOT** NOW-DOT | 2/24/2016 | 3/22/2016 | 5/24/2016 | 126668584-2 HAGHBIN-MH, Z. | 1 | 30 | 30 |
| ☐ Renew 'NF' DULoxetine 60 mg capsule,delayed release  (duloxetine hcl at 60 mg cap ud) SIG: TAKE ONE CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED UNTIL 4/29/2016 ** N/A | 2/3/2016 | 4/1/2016 | 4/29/2016 | 126664125-3 HAGHBIN-MH, Z. | 0.066 | 28 | 28 |
| ☐ Renew TAMSULOSIN HCL 0.4 mg CAP ER 24H  (tamsulosin hcl 0.4 mg capsule ud) SIG: TAKE ONE CAPSULE BY MOUTH EVERY EVENING ** NOW-NA | 4/12/2016 | 4/12/2016 | 5/27/2016 | 126678028-1 DUC-MD, VU. | 0 | 24 | 24 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 4/14/2016 11:05:19 AM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**

**CDCR#: AG7688  Unit#: A 002 1016001LP**

CALIFORNIA STATE PRISON  SACRAMENTO

Patient Labels in: ENGLISH

☎ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

| Drug Name (Generic Name) | Start Date | Last Dispense/Discontinue Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|

Rx transdd 300g ii tabs po  BID x
3 weeks. (DOT- crush & float)

NF submitted

NEW PRESCRIPTION:

Allergies: Carbamazepine Derivatives, Dilantin/Phenytoin Equivalents, Phenytoin Sodium, trazodone, amitriptyline

SUBSTITUTION PERMITTED
SIGNATURE

DATE / TIME    APR 14 2016

PROV#  0970.

CSP SACRAMENTO

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

Confidential Saved 2017

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/31/2016 1:26:13 PM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

**Patient (DOB): GONZALEZ, MARIO (1/14/1974)**
**CDCR#: AG7688   Unit#: D 005 1104001L**

CALIFORNIA STATE PRISON–LOS ANGELES COUNTY
Patient Labels In: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # : Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | **"NF"   ("non-formulary" message only)** SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | 10/22/2016 | 5/5/2017 | 306796855-1 MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | **ACETAMINOPHEN 325 mg TABLET** (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN "REQUEST REFILL" **NA** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797990-1 FRANCES-NP, E. | 5 | 30 | 5 |
| ☑ Renew ☐ Stop | **ATOMOXETINE HCL 40 mg CAPSULE** (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) **DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796852-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | **ATOMOXETINE HCL 60 mg CAPSULE** (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) **DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796853-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | **CAPSAICIN 0.025 % CREAM (G)** (capsaicin 0.025% cream) SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797988-1 FRANCES-NP, E. | 0 | 60 | 30 |
| ☑ Renew ☐ Stop | **chlorproMAZINE 50 mg tablet** (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL" **DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796854-1 KRASSNER-MH, D. | 1 | 21 | 7 |
| ☑ Renew ☑ Stop | **"NF"   DULoxetine 60 mg capsule, delayed release** (duloxetine hcl dr 60 mg cap udl) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17 **DOT** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796856-1 KRASSNER-MH, D. | 0 | 14 | 14 |

*(handwritten annotations: "90 d." beside ATOMOXETINE 40mg; "90 d." beside chlorproMAZINE; "15" and "90 d." beside DULoxetine)*

SCANNED

○ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*Duloxetine DR 90 mg PO DOT q AM x 90d*

**NEW PRESCRIPTION:**

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

I. Shnayder, M.D.
Staff Psychiatrist
SUBSTITUTION PERMITTED LAC
SIGNATURE

_____11/1/16 / 1015_____
DATE / TIME

_____
PROV#

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES
CSPLAC HC Records - Received
NOV 02 2016

MEDICATION RECONCILIATION

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/26/2016 1:48:19 PM

## HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688    Unit#: D 005 1127001L

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

Page 1 of 6

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | *NF* (*non-formulary* message only) SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | 10/22/2016 | 5/5/2017 | 306796855-1 MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | TAMSULOSIN HCL 0.4 mg CAP ER 24H (tamsulosin hcl 0.4 mg capsule) SIG: TAKE 2 CAPSULES (0.8MG) BY MOUTH EVERY NIGHT AT BEDTIME *DOT* *** DOT | 10/25/2016 | PENDING | | 306797675-1 JOHAL-MD, A. | 2 | 60 | 30 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) *DOT* *** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796852-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) *DOT* *** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796853-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL* *DOT* *** NOW-DOT | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796854-1 KRASSNER-MH, D. | 1 | 21 | 7 |
| ☐ Renew ☐ Stop | *NF* DULoxetine 60 mg capsule, delayed release (duloxetine hcl dr 60 mg cap ud) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17 *DOT* *** NOW-KOP | 10/22/2016 | 10/22/2016 | 11/5/2016 | 306796856-1 KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew ☐ Stop | LEVALBUTEROL TARTRATE 45 mcg/actuation HFA AER AD (xopenex hfa 45 mcg inhaler) SIG: ASTHMA RESCUE INHALER-NOT FOR DAILY USE. IF ASTHMA FLARES USE 2 PUFFS BY MOUTH EVERY SIX HOURS AS NEEDED. TALK TO YOUR DOCTOR IF USING MORE THAN TWICE WEEKLY. THIS INHALER SHOULD LAST AT LEAST 90 DAYS. 1 FOR 1 EXCHANGE *REQUEST REFILL* *KOP* *** NOW-KOP | 10/22/2016 | 10/22/2016 | 10/21/2017 | 306796811-1 MATHARU-MD, KA. | 3 | 15 | 105 |

↻ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

① Tylenol 650 mg PO TID, PRN, NA x 30days

② Capsaicin 0.025% Cream, apply to affected area topically, bid, NA, TX x 30days
     *** SEND TO PHARMACY ONCE COMPLETE ***

10/26/16  1155

Scanned to PHIS

L. Ongoma, RN  10/31/16

DATE OBISP LAC HC Records - Received

NOV 0 8 2016

PROV#

NEW PRESCRIPTION:

Allergies: Carbamazepine Derivatives, Codeine, Complex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

SUBSTITUTION PERMITTED

SIGNATURE

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO
PHARMACY AFTER EACH ORDER IS SIGNED.

D 005 1104001L

52

| Date | Time | Problem | Physician's Order and Medication<br>(Orders must be dated, timed, and signed) |
|------|------|---------|---------------------------------------------|
| 11-21-2016 | 10:58 PM | 1 | Toradol 60 mg IM x 1 now    given in TTA V. K. Armstrong |
| | | | |
| | | | TORB DR. Hernandez/J. Mullins RN                    DEC 1 0 2016 |
| | | | |
| | | | John Hernandez, D.O. |
| | | | Physician & Surgeon |
| | | | Lic. No. |

| ALLERGIES | | INSTITUTION | | ROOM / WING | |
|-----------|--|-------------|--|-------------|--|

ALLERGIES

Carbamazepam, Dilantin, Flip
Divalproex

INSTITUTION    LAC

ROOM / WING    D 005 1104001L

Confidential client
information See W I Code,
Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

GONZALEZ

MARIO

AG7688

DOB 01/14/1974

Tape: 10.9

PHYSICIANS ORDER

CDC 7221 (4/90)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Confidential Saved 2017-06-16T15:43:11Z

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO
PHARMACY AFTER EACH ORDER IS SIGNED.

D 005 1104001L

52

| Date | Time | Problem | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|------|------|---------|------------------------------------|
| | | 1 | E/S. _for_ C illia (Urgent) done |
| | | 2) | MCC updated |
| | | 3 | MD line a/tu 3-4 weeks for CIP |
| | | 4 | Narcotic agreement given signed |
| | | | Physician & Surgeon |

ALLERGIES

INSTITUTION  LAC

ROOM / WING  D 005 1104001L

CDC NUMBER, NAME (LAST, FIRST, MI)

GONZALEZ

MARIO

AG7688

DOB 01/14/1974

Confidential client
information See W 1 Code.
Sections 4514 and 5328

PHYSICIANS ORDER

CDC 7221 (4/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2017-09-16T15:13:41Z

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO
PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|------|------|---------|---------------------------------------------------------------------------|
| | 3:36 | 1 | X-Rays of C-spine |
| | | 2) | X-Rays of L-S spine |
| | | 3) | MD view after L-E width for X-Rays |
| | | 4) | X-Rays of Full Cage / CXR |

Physician, MD & Surgeon

| ALLERGIES | | INSTITUTION | LAC | ROOM / WING | D 005 1104001L |

Confidential client
information See W I Code,
Sections 4514 and 5328

PHYSICIANS ORDER

CDC NUMBER, NAME (LAST, FIRST, MI)

GONZALEZ

MARIO

AG7688

DOB 01/14/1974

CDC 7221 (4/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2017-06-16T15:43:11Z
FEB 2 2 2016

Case 2:17-cv-00176-WBS-DMC    Document 16    Filed 01/18/18    Page 45 of 102

Copy printed Nov 29, 2016 at 3:51 PM

## HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688  Unit#: D 005 1104001LN

| Drug Name (Generic Name) | Start Date | Last Dispensed/Next/Verbout Date | Rx #-Doctor | Med/tn Left | Qty | Days |
|---|---|---|---|---|---|---|
| ☐ Renew | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN "REQUEST REFILL" "NA" " N/A | 10/27/2016 | D/A 11/26/2016 306797990-4 FRANCES-MP, E | 2 | 30 | 5 |
| ☐ Renew | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) "DOT" "NOW-DOT | 10/23/2016 | D/A 11/4/2016 306796852-1 KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) "DOT" "NOW-DOT | 10/23/2016 | D/A 11/4/2016 306796853-1 KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream) SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN "NA" " N/A | 10/27/2016 | D/A 11/26/2016 306797988-1 FRANCES-MP, E | 0 | 60 | 30 |
| ☐ Renew | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH 4 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL" "DOT" DOT | 10/25/2016 D/A 11/7/2016 | D/A 306796854-2 KRASSNER-MH, D | 0 | 21 | 7 |
| ☐ Renew | "NF" DULoxetine 60 mg capsule,delayed release  (duloxetine hcl dr 60 mg cap ud) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES 05/05/17 "DOT" "NOW-DOT | 10/22/2016 | D/A 11/4/2015 306796856-1 KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | NAPROXEN 500 mg TABLET (naproxen 500 mg tablet) SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN "NA" " N/A | 11/9/2016 D/A 11/9/2016 | D/A 306802157-1 WU-MD, CH | 0 | 28 | 14 |

DEC 01 2016

CSP-LAC HC Records - Received

NEW PRESCRIPTION:

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

SUBSTITUTION PERMITTED SIGNATURE

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

DATE / TIME

PROV#

DEA REQUIRED FOR CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

DEC 06 2016
CSP-LAC HC Records - Received

PHARMACY SERVICES
California Care Services
California Health Services County
CSP-LAC HC Records - Received DEC 06 2016

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688   Unit#: D 005 11040011N

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # : Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet)<br>SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN "REQUEST REFILL"<br>"NA" "" N/A | 10/27/2016   D/A | 11/26/2016 | 306797990-4<br>FRANCES-NP. E | 2 | 30 | 5 |
| ☐ Renew | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)<br>"DOT" "" NOW-DOT | 10/22/2016   D/A | 11/4/2016 | 306796852-1<br>KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)<br>"DOT" "" NOW-DOT | 10/22/2016   D/A | 11/4/2016 | 306796853-1<br>KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream)<br>SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN "NA" "" N/A | 10/27/2016   D/A | 11/26/2016 | 306797988-1<br>FRANCES-NP. E | 0 | 60 | 30 |
| ☐ Renew | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY "REQUEST REFILL"<br>"DOT" "" DOT | 10/22/2016 D/A | 11/2/2016 | 306796854-2<br>KRASSNER-MH, D | 0 | 21 | 7 |
| ☐ Renew | "NF" DULoxetine 60 mg capsule,delayed release (duloxetine hcl dr 60 mg cap sd)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES<br>05/05/17 "DOT" "" NOW-DOT | 10/22/2016   D/A | 11/4/2016 | 306796855-1<br>KRASSNER-MH, D | 0 | 14 | 14 |
| ☐ Renew | NAPROXEN 500 mg TABLET (naproxen 500 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN "NA" "" N/A | 11/9/2016 D/A | 11/9/2016 | 306802157-1<br>WU-MD, CH | 0 | 28 | 14 |

**C** ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

☐ Renew  30 day

*Handwritten notes:*

Tylenol #3 – 2 tabs PO BZ-D/PRN for pain x 14 day (DOT).
(mild + flare) / breakthrough pain per Dr. Johnoe

Colace 100 mg – 1 cap PO in the evening x30 day (NA).
(day with 8 oz of water)

Ranitidine 150mg – 1 tab PO BZ-D X90 day (NA).

SIGNATURE [signature] 11/29/16 MD   DATE / TIME   11/29/16 1:30pm   PROV#

SUBSTITUTION PERMITTED [signature] KRANNOZ, MD

NEW PRESCRIPTION:

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA REQUIRED FOR
CONTROLLED SUBSTANCES

PHARMACY SERVICES
CC-Health Care Services
CSP-Los Angeles County

CSP/LAC HC Records - Received
NOV 3 0 2016

CSP/LAC HC Records Electronically
DEC 0 2 2016   Saved 2017 01 18 13:31:17

MEDICATION RECONCILIATION

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/29/2016 3:43:49 PM

## HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

Patient (DOB): GONZALEZ, MARIO (1/14/1974)

CDCR#: AG7688  Unit#: D 005 1104001LN

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

Page 1 of 1

| | Drug Name (Generic Name) | Start Date | Last Dispensed/Deactivation Date | Rx #-Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet)<br>SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN *REQUEST REFILL*<br>**NA*** N/A | 10/27/2016 | D/A  11/26/2016 | 306797990-4<br>FRANCES-NP, E. | 2 | 30 | 5 |
| ☐ Renew | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE)<br>*DOT* **NOW-DOT | 10/22/2016 | D/A | 306796852-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE)<br>*DOT* **NOW-DOT | 10/22/2016 | D/A | 306796853-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream)<br>SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA*** N/A | 10/27/2016 | D/A | 306797988-1<br>FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL*<br>**DOT** DOT | 10/22/2016 D/A 11/7/2016 | | 306796854-2<br>KRASSNER-MH, D. | 0 | 21 | 7 |
| ☐ Renew | *NF* DULoxetine 60 mg capsule,delayed release   (duloxetine hcl<br>dr 60 mg cap ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING NON-FORMULARY APPROVED EXPIRES<br>05/05/17 *DOT* **NOW-DOT | 10/22/2016 | D/A | 306796856-1<br>KRASSNER-MH, D. | 0 | 14 | 14 |
| ☐ Renew | NAPROXEN 500 mg TABLET (naproxen 500 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD AS NEEDED FOR PAIN **NA*** N/A | 11/9/2016 D/A 11/9/2016 | | 306802157-1<br>WU-MD, CH. | 0 | 28 | 14 |

*** SEND TO PHARMACY ONCE COMPLETE ***

NEW PRESCRIPTION:

Tylenol #3 – 2 tabs PO BzD/PRN for pain X 14 days (Dot).
(Anush + Jaws)

Colace 100mg – 1 cap PO in the evening X 30 day (NA).
(Take with 8 oz of water)

30 day  Remitline 150mg – 1 tab PO BzD X 90 days (NA).

Allergies: Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

SUBSTITUTION PERMITTED _____  11/29/16 _____  PROV# _____

SIGNATURE       DATE / TIME

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

CSPLA/HC Records - Received

NOV 3 0 2016

MEDICATION RECONCILIATION

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/4/2016 2:42:13 PM

HISTORICAL DATA – MAY BE INCOMPLETE – CONSULT HEALTH RECORD

CALIFORNIA STATE PRISON-LOS ANGELES COUNTY

Patient Labels in: ENGLISH

Page 1 of 2

**Patient (DOB):** GONZALEZ, MARIO (1/14/1974)
**CDCR#:** AG7688    **Unit#:** D 005 1104001LN

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx #, Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non Renewable ☐ Stop | "NF" ("non-formulary" message only) SIG: DULOXETINE NON-FORMULARY APPROVED UNTIL 5/5/2017 ** PROFILE ONLY | 10/22/2016 | | 5/5/2017 | 306796855-1 MOSS-MH, F. | 0 | 1 | 1 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 60 mg CAPSULE (strattera 60 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 40MG = 100MG TOTAL DOSE) **DOT*** DOT | 11/4/2016 | PENDING | 2/2/2017 | 306801089-1 SHNAYDER-MH, I. | 2 | 30 | 30 |
| ☐ Renew ☐ Stop | "NF" DULoxetine 30 mg capsule,delayed release    (duloxetine hcl dr 30 mg cap) SIG: TAKE 3 CAPSULES (90MG) BY MOUTH EVERY MORNING **DOT** ** DOT | 11/4/2016 | PENDING | 2/2/2017 | 306801092-1 SHNAYDER-MH, I. | 2 | 90 | 30 |
| ☐ Renew ☐ Stop | ACETAMINOPHEN 325 mg TABLET (acetaminophen 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN *REQUEST REFILL* **NA*** NA | 10/27/2016 | 10/27/2016 (NF EXP 05-05-17) ** DOT | 11/26/2016 | 306797990-1 FRANCES-NP, E. | 5 | 30 | 5 |
| ☐ Renew ☐ Stop | ATOMOXETINE HCL 40 mg CAPSULE (strattera 40 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH EVERY MORNING (ALONG WITH 60MG = 100MG TOTAL DOSE) **DOT** ** DOT | 11/4/2016 | 10/27/2016 | 2/2/2017 | 306801090-1 SHNAYDER-MH, I. | 2 | 30 | 30 |
| ☐ Renew ☐ Stop | CAPSAICIN 0.025 % CREAM (G) (capsaicin 0.025% cream) SIG: APPLY TO AFFECTED AREA EVERY DAY AS NEEDED FOR PAIN **NA** ** N/A | 10/27/2016 | 10/27/2016 | 11/26/2016 | 306797988-1 FRANCES-NP, E. | 0 | 60 | 30 |
| ☐ Renew ☐ Stop | chlorproMAZINE 50 mg tablet (chlorpromazine 50 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR ANXIETY *REQUEST REFILL* **DOT*** DOT | 11/4/2016 | 11/4/2016 | 2/2/2017 | 306801091-1 SHNAYDER-MH, I. | 8 | 30 | 10 |
| ☐ Renew ☐ Stop | LEVALBUTEROL TARTRATE 45 mcg/actuation HFA AER AD (xopenex hfa 45 mcg inhaler) SIG: ASTHMA RESCUE INHALER--NOT FOR DAILY USE. IF ASTHMA FLARES USE 2 PUFFS BY MOUTH EVERY SIX HOURS AS NEEDED TALK TO YOUR DOCTOR IF USING MORE THAN TWICE WEEKLY. THIS INHALER SHOULD LAST AT LEAST 90 DAYS. 1 FOR 1 EXCHANGE *REQUEST REFILL* **KOP*** NOW-KOP | 10/22/2016 | 10/22/2016 | 10/21/2017 | 306796811-1 MATHARU-MD, KA. | 3 | 15 | 105 |

◯ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

Naproxen 500mg BID PO PRN for pain N/A X14 days

C. Wu, MD
Staff Physician
CSP-Los Angeles County

NOV 0 9 2016

| SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PRN# | PROV# |
|---|---|---|---|

**NEW PRESCRIPTION:**

**Allergies:** Carbamazepine Derivatives, Divalproex Sodium, Penicillins, Phenytoin Sodium, trazodone, amitriptyline

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

PHARMACY SERVICES
CC-Health Care Services
CSP-Los Angeles County

NOV 1 0 2016
CSP-LAC HC Records Received

Confidential Saved



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                    California State Prison Sacramento

---

Name:                 MARIO GONZALEZ              Patient ID:      11069593
DOB:                  1/14/1974                   Secondary ID  AG7683
Exam Name:            XR RIBS RIGHT-2 VWS W/
                      CHEST 1 VW | 71101          Exam Date      4/14/2016 09:01 AM
Age:                  43Y 5M
Primary Care Provider:
Ordering Provider:    D. Bodenhamer, PA

---

EXAMINATION: Right rib series with chest x-ray, 5 total views

CLINICAL HISTORY: Injury, pain

COMPARISON: None.

FINDINGS: Bibasilar atelectasis is present. No pneumothorax is seen. The cardiomediastinal silhouette is within normal limits. The costophrenic angles are clear.

A fracture of the right eighth rib is seen

IMPRESSION:

1. Fracture of the right eighth rib.

2. Bibasilar atelectasis

Report Electronically Signed by:  D Goller MD
Report Electronically Signed on:  4/14/2016 09:04 AM

---

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES                California State Prison Los Angeles County

---

Name:                MARIO GONZALEZ              Patient ID:      11069593
DOB:                 1/14/1974                   Secondary ID:  AG7638
Exam Name:           XR RIBS BILAT-3 VWS | 71110
Age:                 43Y 5M                      Exam Date:     11/21/2016 01:56 PM
Primary Care Provider: A. Johal, MD - LACI
Ordering Provider:   A. Johal, MD

---

Examination: Thoracic spine 3 views

Clinical history: Pain

COMPARISON: None.

Findings: A severe compression fractures present at T9, age indeterminate. Mild
degenerative changes are present within the thoracic spine. No additional
fracture is seen.

Impression
1. Severe compression fracture of T9, age indeterminate.
2. Mild degenerative changes of the thoracic spine.

Report Electronically Signed by:  D Goller MD
Report Electronically Signed on:  11/21/2016 03:02 PM

---

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

California State Prison Los Angeles County

---

Name:              MARIO GONZALEZ           Patient ID.     11069593
DOB:               1/14/1974               Secondary ID. AG7686
Exam Name:         XR LUMBAR SPINE-2 VWS |
                   72100                   Exam Date:    11/21/2016 01:57 PM
Age:               43Y 5M
Primary Care Provider: A. Johal, MD - LAC|
Ordering Provider:     A. Johal, MD

---

EXAMINATION: Lumbar spine 3 views.

CLINICAL HISTORY: Pain

COMPARISON. 10/18/2016

FINDINGS: Mild degenerative changes are present throughout the lumbar spine. No
acute fracture or subluxation is seen.

IMPRESSION.
1. Mild degenerative changes of the lumbar spine.

Report Electronically Signed by:  D Goller MD
Report Electronically Signed on:  11/21/2016 03:34 PM

---

 California State Prison Los Angeles County

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| | | | |
|---|---|---|---|
| Name: | MARIO GONZALEZ | Patient ID: | 11069593 |
| DOB: | 1/14/1974 | Secondary ID: AG7688 | |
| Exam Name: | XR CERVICAL SPINE 5 VWS \| 72050 | Exam Date: | 11/21/2016 01:57 PM |
| Age: | 43Y 5M | | |
| Primary Care Provider: A. Johal, MD - LAC\| | | | |
| Ordering Provider: | A. Johal, MD | | |

EXAMINATION. Cervical spine 5 views.

CLINICAL HISTORY: Pain

COMPARISON. 10/18/2016

FINDINGS: Mild degenerative changes are present at C4-5 and C5-6. No acute fracture or subluxation is seen. The prevertebral soft tissues are within normal limits.

IMPRESSION:
1  Mild degenerative changes of the cervical spine.

Report Electronically Signed by:  D Goller MD
Report Electronically Signed on:  11/21/2016 03:34 PM

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

52

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| GONZALEZ | MARIO | AG7588 | LAC |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 01/14/1974 | | MALE |

PRINCIPLE DIAGNOSIS: T8 compression fracture          ICD-9 CODE          CPT CODE(S)

REQUESTED SERVICE(S): T8 Carpectomy with posterior fusion          # OF DAYS RECOMMENDED

*Please check all that apply :*  ☑ Diagnostic Procedure/Consultation   ☐ Outpatient/Inpatient   ☐ Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT      ☐ URGENT      ☑ ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider:          Anticipated Length of Stay:

*Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer):*

*Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* History of T8 compression fracture. Seen by Neurosurgery on 4/13/2017 who requests authorization for

T8 carpectomy with posterior fusion.

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME G. Hernandez, DO | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4/18/2017   UTILIZATION MANAGEMENT TRACKING # | |
| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN       - TO UHR PENDING ORIGINAL
CANARY     - CONSULTANT
PINK         - UM
GOLD        - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (ELECTRONIC 9/11)

AG7688

01/14/1974          TABE:

CSP-LAC HC Records - Received

APR 1 8 2017

Confidential Saved 2017-06-16T15:16:48Z



## Tri-City Medical Center
### ADVANCE

## OP Specialty Services Clinic
3925 Waring Road, Ste. C
Oceanside, CA 92056
(760) 940-5582 or (760) 940-5580
Fax: (760) 940-5123

Date:       3/16/17

| | | | |
|---|---|---|---|
| To: | LAC/Remy | From: | Barbara Shoemaker RN |
| Fax: | 661-723-6315 | Pages: | |
| Re: | Surgery Scheduled | | |
| Name: | Gonzalez, Mario | CDCR # | AG7688 |

Date of Procedure:  4/17/17              Check-in Time:  0530

Physician performing surgery:  Dr Yoo

INPATIENT                    Check-in Location:  Tri City Medical Center
                                     4002 West Vista Way
                                     Oceanside, CA 92056
                                     Pre-Op

## *THIS WILL BE A TWO PART SURGERY, PART ONE IS ON 4/17/17, PART 2 WILL BE ON 4/18/17*

PREP:

1. NPO after midnight
2. Stop all blood thinners, NSAIDS, and Vitamin E  - 1 week prior to surgery
3. Attached are the PRE-OP orders.
4. Please have all PRE-OP tests completed   4/10/17.
5. Anesthesia Pre-Op Questionnaire
6. Fax results and Anesthesia Pre-Op Questionnaire to:   (760) 940-5123

CONFIDENTIALITY NOTICE

CSP-LAC HC Records - Received
APR 1 2 2017

CSP-LAC HC Records - Received
MAY 0 4 2017

Confidential Saved 2017-06-16 13:46:48Z

This message and any included attachments are from the Tri-City Healthcare District and are intended only for the addressee. The information contained in this message is confidential and may constitute non-public information under International, federal, or state securities laws and is intended only for the use of the addressee. Unauthorized forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail.

CSP-LAC HC Records - Received    CSP-LAC HC Records - Received

MAY 0 4 2017         APR 1 2 2017

Confidential Saved 2017-06-16T15:46:147

Nar. 15. 2017  2:55PM                                          No. 5466  P. 3

AG7688

DIAGNOSIS: T8 fracture with severe kyphotic deformity          4/17/17

ALLERGIES: carBAMazipine-CP, Depakote, Dilantin, penicillins, trazodone

ADMIT STATUS:    ☒ Inpatient        ☐ Outpatient

ADMIT TO:        ☐ Pre-Op Hold

CODE STATUS:     ☐ Full             ☐ No Resuscitation for hospital duration*
                                    *Requires notation in Progress Notes.

DIET:
  ☒ NPO after midnight
  ☐ NPO after _____ AM or _____ PM

SURGICAL PROCEDURE / CONSENT FORM TO READ: Thoracic 8 corpectomy
with Cage placement

LAB/DIAGNOSTICS:
  ☐ A1c (for patients with diabetes, or significant risk factors for diabetes, unless performed within the last 90 days and results
     documented and available, required for inpatients)
  ☒ CBC , 6MX
  ☐ PT/PTT      ☐ Protime/INR AM of surgery
  ☐ C7
  ☐ C12
  ☒ Capillary blood glucose ( finger stick ) upon admission for patients with diabetes
  ☐ Urinalysis W/ Micro & Macro                    ☐ MRSA by PCR
  ☐ UA w/Reflex to Culture
  ☐ HCG, Urine *Note: Indicated for women of childbearing age (women under 65 years) or no documented instance of bilateral tubal
     ligation, bilateral oophorectomy, hysterectomy
  ☐ HCG, Serum
  ☐ K+ AM of surgery if on dialysis
  ☐ Type and cross for: _____ Units packed red blood cells
     ☐ Random Units    ☐ Donor Specific    ☐ Autologus, if available
  ☒ Type & Screen
  ☐ Provide patient with copy of Patient's Guide to Blood Transfusions
  ☐ Sign Blood Transfusion/Refusal Consent
  ☐ Type & Rh
  ☐ Other: _____
     Labs to be done at _____ Send results to TCMC or Fax to (760) 940-7138
  ☒ ECG, Pre-Op if greater than 60 years of age, cardiovascular disease, chronic obstructive pulmonary disease, diabetes or renal disease
  ☒ May use recent ECG, (done within the last six months)
  ☒ Chest X-Ray, Pre-Op: if evidence of acute cardiopulmonary condition by H&P, or > 70 with chronic cardiopulmonary condition and no
     CXR within past six months.
  ☒ May use recent CXR (done within last six months)

IV:
  ☐ Lidocaine 1% 0.2mL intradermal for IV insertion pre-op.
  ☒ Start IV with 18-20 gauge catheter
     ☒ Lactated Ringers 1000 mL @ 20 mL/hr rate    ☐ Normal Saline 500 mL @ 20 mL/hr rate
  ☐ Other: _____

  Nurse's Initial _____              (continued on next page)

Ⓡ  Tri-City Medical Center
    4002 Vista Way · Oceanside · CA · 92056
    8711-4010
                              PRE-OPERATIVE ORDERS
    8711-4010                         Page 1 of 2
    (Rev 07/15)                  PHYSICIAN'S ORDERS              Board Approved 07/15

Affix Patient Label

Gonzalez, Mario
DOB · 1/14/74
Forensic

CSP-LAC HC Records - Received
APR 12 2017
APR 19 2017
CSP-LAC HC Records - Received
APR 19 2017
Confidential Saved 2017-06-16T15:46:48Z

Mar 15  2017  2:56PM          AG7688                    No. 5465    P. 4

ANTIBIOTICS:  ☐ No preop antibiotic required*
  ☒ Cefazolin 2 grams IV attach to chart, to be administered prior to incision
  ☐ Cefazolin 3 grams (for patients > 120kg) IV attach to chart, to be administered prior to incision
  ☐ Cefoxitin 2 grams (or cefotetan 2 grams if cefoxitin is unavailable) IV attach to chart, to be administered prior to incision
  ☐ Ciprofloxacin 400mg IV attached to chart, to be administered prior to incision
  ☐ Gentamicin 5mg/kg for adults IV attach to chart, to be administered prior to incision
  ☐ Levofloxacin _____ mg IV attach to chart, to be administered prior to incision
  ☒ Vancomycin, 15mg/kg IV attach to chart, to be administered prior to incision
  ☐ Aztreonam 2 grams IV attach to chart, to be administered prior to incision
  ☐ Clindamycin 500 mg IV attach to chart, to be administered prior to incision
  ☐ Metronidazole 500 mg IV attach to chart, to be administered prior to incision
  ☐ Other: _____

MEDICATION:
  ☐ Fleet enema PR x _____ H.S. before surgery
  ☐ Fleet enema PR x _____ AM of surgery at home
  ☐ Tumescent Fluid (IVS)*
      Sodium Bicarb additive
      10 mEq, INTRAFASCIAL, ON CALL, implant
      Lidocaine-epinephrine 1% 1:100,000 additive
      50 mL
      Normal Saline
      450 mL
  ☐ Spinal Tranexamic Acid
      ☒ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
      ☐ Tranexamic acid 1 mg/kg/hr IV continuous infusion to be administered by anesthesiologist, discontinue at time of wound closure
  ☐ Hip Tranexamic Acid
      ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
      ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist when femoral component is being placed or at the end of the procedure
  ☐ Knee Tranexamic Acid
      ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist at start of procedure
      ☐ Tranexamic acid 10 mg/kg IVPB x 1 intra-op over 15 minutes, to be administered by anesthesiologist 10 minutes before tourniquet let down
  ☐ Celecoxib (CeleBREX) : _____ oral x 1, on call, give with sip of water
  ☐ Dexamethasone (Decadron) _____ IV push x 1, on call
  ☐ Hydrocodone 10mg/acetaminophen325mg (Norco) mg oral tablet x1, on call, give with sip of water on admission
  ☐ Oxycodone SR (OxycontIn) 10 mg oral x 1, on call, give with a small sip of water on admission
  ☐ Acetaminophen1000mg IVPB x 1, on call

PREP:
  ☐ Pre-operative Chlorhexidine bath     ☐ Have patient void prior to surgery
  ☒ Foley Catheter in O.R.
  ☒ Apply SCD in O.R.
  ☐ Other: _____

MISCELLANEOUS:
  ☐ Ostomy Nurse to mark stoma site
  ☒ Other: CT Thoracic spine w/o contrast with Brainlab protocol

| ☐ Read Back all T.O./V.O. orders | | | | |
|---|---|---|---|---|
| Nurse's – Signature | Date | Time | Physician – Signature  Cu  3-15-PR  12:10 | Date  Time |

**Tri-City Medical Center**
4002 Vista Way • Oceanside • CA • 92056

8711-4010

PRE-OPERATIVE ORDERS
Page 2 of 2

PHYSICIAN'S ORDERS

8711-1312
(Rev 07/15)

Gonzalez, Mario
DOB: 1/4/74
Forensic

Board Approved 07/15

APR 1 2017 CSP-LAC HC Records - Received
Confidential Save APR-19 2017 16:15Z

D 005 1104001L

STATE OF CALIFORNIA

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

 DEPARTMENT OF CORRECTIONS 52

| PATIENT NAME GONZALEZ        MARIO | CDC NUMBER AG7683 | | INSTITUTION LAC |
|---|---|---|---|
| DATE OF BIRTH 01/14/1974 | EPRD DATE | GENDER | MALE |
| PRINCIPLE DIAGNOSIS T 8 compression fx | | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) surgery- T8 carpectomy with posterior fusion | | | # OF DAYS RECOMMENDED |

Please check all that apply :    ☐ Diagnostic Procedure/Consultation    ☐ Outpatient/Inpatient    ☑ Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT        ☐ URGENT        ☑ ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider: _____     Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the*

*consultant)*:  Seen by Dr Yoo 4/13/2017 for T 8 compression fx. Recommends surgery- T8 carpectomy with posterior fusion.

_____

Estimated time for service delivery, recovery rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME G. Hernandez, DO | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4/13/2017      UTILIZATION MANAGEMENT TRACKING # | |
| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL    - FILE IN UHR
GREEN      - TO UHR PENDING ORIGINAL
CANARY    - CONSULTANT
PINK      - UM
GOLD      - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)

CDC 7243 (ELECTRONIC 9/11)

AG7688

01/14/1974

TAB:

UM RECEIVED

CSP-LAC HC Records - Received

APR 2 1 2017

APR 1 4 17

CSP-LAC 1648Z  j.

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

52

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| GONZALEZ | MARIO | AG7688 | LAC |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 01/14/1974 | | MALE |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| T8 compression Fx, svere kyphotic deformation | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| Surgical treatmnet | |

Please check all that apply :  [✓] Diagnostic Procedure/Consultation    [✓] Outpatient/Inpatient    [✓] Initial/Follow-up

Requested Treatment/Service is: [ ] EMERGENT    [✓] URGENT    [ ] ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: DR. Yoo in Tri-city          Anticipated Length of Stay:

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the

consultant): Pt was seen by Dr, Yoo on 1/26/2017, will suggest to surgical fixation

CT shows;  T8 compression Fx, svere kyphotic deformation

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| C. Wu MD | | |

| REQUESTING PHYSICIAN SIGNATURE | DATE | UTILIZATION MANAGEMENT TRACKING # |
|---|---|---|
| | 2/7/2017 | |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 4.13.17 | Kevin Vu |

FINDINGS: Pt consented for surgery. T8 corpectomy c̄ posterior fusion

Pt has lots of ® side pain

Risks/benefits discussed.

RECOMMENDATIONS: Consented to surgery

DATE REVIEWED  APR 18 2017
PROVIDER
ORDERS  YES or NO
RES WRITTEN / YES or NO

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | 4.13.17 | |

| PCP SIGNATURE | DATE | |
|---|---|---|
| | 4/13/17 | GONZALEZ |

Attach Progress Note page for additional information.

### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION:
ORIGINAL  - FILE IN UHR
GREEN  - TO REQUESTING PHYSICIAN

MARIO

AG7688

OP FORENSIC CLINIC: PHYSICIAN
REQUEST FOR SERVICES

01/14/197·

Dr. Olam Hernandez, D.O.
Physician & Surgeon
CDC 7243 (ELECTRONIC 9/11)

7085-1006

01243188 6002267850 04/13/17
Gonzalez, Mario
01/14/74 43 Years M  Outpatient

CSP-LAC HC Records - Received
APR 1 8 2017



D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

52

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | | INSTITUTION | |
|---|---|---|---|---|---|
| GONZALEZ | MARIO | AG7688 | | | LAC |

| DATE OF BIRTH | | EPRD DATE | | GENDER | |
|---|---|---|---|---|---|
| 01/14/1974 | | | | | MALE |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| T 8 compression fx | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| surgery- T8 carpectomy with posterior fusion | |

*Please check all that apply :*   ☐ Diagnostic Procedure/Consultation   ☐ Outpatient/Inpatient   ☑ Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT   ☐ URGENT   ☑ ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

*Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the*

*consultant):*  Seen by Dr Yoo 4/13/2017 for T 8 compression fx. Recommends surgery- T8 carpectomy with posterior fusion.

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| G. Hernandez, DO | | |

| REQUESTING PHYSICIAN SIGNATURE | DATE 4/13/2017 | UTILIZATION MANAGEMENT TRACKING # |
|---|---|---|

| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

AG7688

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN      - TO UHR PENDING ORIGINAL
CANARY     - CONSULTANT
PINK       - UM
GOLD       - SPECIALTY SCHEDULER

01/14/1974                          TABE:

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (ELECTRONIC 9/11)

CSP-LAC HC Records - Received

APR 1 4 2017



# Tri-City Medical Center

## ADVANCE

### OP Forensic Clinic
3925 Waring Road, Ste. C
Oceanside, CA 92056
(760) 940-5582
Fax: (760) 940-5123

| | | | |
|---|---|---|---|
| Date: | 3/16/17 | | |
| To: | Remy LAC | From: | Barbara Shoemaker, RN |
| Fax: | 661-723-8315 | Pages: | |
| Re: | Scheduled Appointment for Pre Surgery | | |
| Name: | Gonzalez, Mario | CDCR # | AG7688 |

Date of Appointment:    4/13/17

Check-in Time:    0900

Location:    Outpatient Forensic Clinic
3925 Waring Road, Ste. C
Oceanside, CA  92056

PLEASE CALL OR FAX TO CONFIRM RECEIPT OF THIS FAX NOTIFICATION FOR THE
APPOINTMENT DATE & TIME.

Thank you!

Dr. S/Morris
Chief Medical Executive
CCHCS LAC

CONFIDENTIALITY NOTICE

This message and any included attachments are from the Tri-City Healthcare District and are intended only for the addressee. The information contained in this message is confidential and may constitute non-public information under international, federal, or state securities laws and is intended only for the use of the addressee. Unauthorized forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail

CSP-LAC HC Records - Received

APR 1 3 2017

Confidential Saved 2017-06-16T13:16:13Z

A67688 D5

## OFFICE VISIT NOTE

ADMITTED: 04/13/2017
DOB: 01/14/1974

OUTPATIENT SPECIALTY SERVICES CLINIC

CUSTODY INSTITUTION: CDCR, LAC

REASON FOR VISIT: Neurosurgery consultation

SUMMARY: Mario Gonzalez is a 43-year-old male who has severe kyphotic deformity with compression fracture of T8, who has pain in that region of the body. He requests to undergo T8 corpectomy and fixation surgery. He and I spoke at length and went over all the risks and complications associated with the surgery. He understands everything and had all his questions answered to his satisfaction. We have him scheduled for surgery next week.

DICTATED: FRANK KEVIN YOO, M.D.

FKY/ID3962/aml
D: 04/13/2017 11:57 A
T: 04/14/2017 02:59 P
#10088968

cc:    LAC MRD FAX CDCR, LAC
       FRANK KEVIN YOO, M.D.

APR 1 8 2017

DATE REVIEWED _____
PROVIDER _____ YES  or  NO
ORDERS          YES  or  NO
RFS WRITTEN  YES  or  NO

Dr. Quan Hernandez, D.C
Physician & Surgeon
CCHCS LAC

OFFICE VISIT NOTE

Page 1 of 1

TRI-CITY MEDICAL CENTER          GONZALEZ, MARIO
4002 Vista Way                   MR #01243188      RM #CDCR
Oceanside, CA  92056             DOB: 01/14/1974   AGE: 43
CC TO:  LAC MRD FAX CDCR, LAC

CSP-LAC HC Records - Received

APR 1 8 2017

D 005 1104001L

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

4·13·17

52

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME GONZALEZ | MARIO | CDC NUMBER AG7688 | INSTITUTION LAC |
|---|---|---|---|

| DATE OF BIRTH 01/14/1974 | EPRD DATE | GENDER MALE |
|---|---|---|

| PRINCIPLE DIAGNOSIS T8 compression Fx, svere kyphotic deformation | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Surgical treatmnet | # OF DAYS RECOMMENDED |
|---|---|

Please check all that apply : [✓] Diagnostic Procedure/Consultation   [✓] Outpatient/Inpatient   [✓] Initial/Follow-up

Requested Treatment/Service is : [ ] EMERGENT   [✓] URGENT   [ ] ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: DR. Yoo in Tri-city                    Anticipated Length of Stay:

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): Pt was seen by Dr. Yoo on 1/26/2017, will suggest to surgical fixation

CT shows: T8 compression Fx, svere kyphotic deformation

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management etc.):

| REQUESTING PHYSICIAN PRINTED NAME C. Wu MD | APPROVED /AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/7/2017 | UTILIZATION MANAGEMENT TRACKING # |

| DATE OF CONSULATION 4·13·17 | PRINTED NAME OF CONSULTANT Kevin Vu |
|---|---|

FINDINGS: Pt consuled for surgery. T8 corpectomy c
posterior fusion
Pt has lots of (R) side pain

RECOMMENDATIONS: Risks/benefits discussed.
Consented to surgery

DATE REVIEWED APR 1 8 2017
PROVIDER
ORDERS   YES or NO
RES WRITTEN   YES or NO

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE 4·13·17 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ET PCP SIGNATURE | DATE 4/13/17 | GONZALEZ |
| PCP SIGNATURE | DATE | MARIO |
|  |  | AG7688 |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL   - FILE IN UHR
GREEN   - TO REQUESTING PHYSICIAN

OP FORENSIC CLINIC PHYSICIAN
REQUEST FOR SERVICES

01/14/197

Dr. Oian Hernandez, D.O
Physician & Surgeon
CDC 7243 (ELECTRONIC 9/11)

01243188  6002267850 04/13/17
Gonzalez, Mario
01/14/74  43 Years M  Outpatient

CSP LAC HC Records - Received
APR 1 8 2017

7085-1006

PLAINTIFFS LETTER TO P.L.O.
& CORRESPONDENCE FROM P.L.O AND
C.D.CR. 22 FORMS SUPPORTING
DOCUMENTARY EVIDENCE W/
CDCR POLICY & PROCEDURE UNDER
COLEMAN OFFICERS @ SAC-REPRESA
VIOLATED

EXHIBIT  4

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG7168 | *illegible signature* |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM  N TO A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| A-2-116 | EOP/ PSU | | *illegible* / INTERVIEW |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

LT. SPARKS   THIS IS MARIO GONZALEZ  I MET WITH YOU & INTERNAL AFFAIRS AGENT ON 2-23-16. PLEASE NOTIFY PROPERTY OFFICER WOODS IN A-2 OF MY PACKAGE YOU SAID I'D BE ABLE TO RECEIVE IT NOW RIGHT NOW 3RD WATCH C.O. BURKE, CROSS, LEWIS, GREEN TO *illegible* ME OF MY MEALS. PLEASE NOTIFY WOOD *illegible* MY PACKAGE IS A C.S.T PACK.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO:  LT. SPARKS   I.S.U.   DATE MAILED: 3/14/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. Lewis | 3-14-16 | *illegible* | (CIRCLE ONE)  YES  NO |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
| LT. SPARK  I.S.U. | | | (CIRCLE ONE)  IN PERSON  BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | | DATE SUBMITTED: | |
|---|---|---|---|
| | | | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO A | AG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM: N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | C.O.P. | N/A | VISITING APPROVAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

CAN YOU PLEASE TELL ME IF MY REQUESTED VISITOR MARIA NERI HAS BEEN APPROVED TO VISIT ME ON 3-23-2016 3RD W C.O. GREEN ON THIS WATCH SAID I WOULD NOT GET MY MAIL AS LONG AS HE'S HERE.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: VISITING SGT A. YLAND     DATE MAILED: 3/29/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| D. Sutton | 3-29-16 | T. Grott | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| VISITING SGT / PERSONNEL | 3-29-16 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | NG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM N/A | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. | | Personal Property |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: LT. BALES IM. WRITING
TO YOU IN REGARDS TO MY PERSONAL PROPERTY
C.O. LEWIS + VALINE CONFISCATED FROM ME WITHOUT A
RECEIPT. WE HAD A DEAL. HOWEVER 3RD WATCH INSTRUCTED
2ND WATCH TO TAKE MY T.V. MY T.V. CABLE WAS ALSO BROKEN
BY C.O. VALINE + BUILT-IN STILL MISSING 1-BOTTLE OF SHAMPOO
1- LOTION 1- BODY SOID 1- CUP + MY T.V. W/ CABLE

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL. ADDRESSED TO: LT. BALES          DATE MAILED: 4/17/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Wolf | 4/17/16 | TW | Y |

| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|---|
| LT. BALES | | 4-17-16 | BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME) | (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| GONZALEZ | MARIO | A | AG 7628 | Mario Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. | HOURS FROM  N/A | BATTERY BY (4) OFFICERS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

SGT. SATES IM SUBMITTING THIS WRITTEN REQUEST TO YOUR OFFICE; AS I AM REQUESTING YOU OR A QUALIFIED I.S.U. OFFICER ASSIST ME WITH CONDUCTING A USE OF FORCE VIDEO' I SUFFERED BROKEN RIBS DUE TO ILLEGAL BEATING I SUFFERED ON 4-12-16 OFFICERS INVOLVED - VALINE, LEWIS, BURKE CROSS, & SGT BYERS ON THIRD WATCH IN A-2-116 NURSE OFFICER MINOR WAS ALSO INVOLVED BY OPENING DOOR I WASNT CUFFED!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL:  ADDRESSED TO: SGT. STAK  I.S.U.                    DATE MAILED: 4/15/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
|  | 4/15 |  | (CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| SGT. JAKES  T.S.U. |  | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

Distribution: Original - Return to Inmate/Parolee

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (First) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A52516 | ED. P. P.S.U. | HOURS FROM N/A | OFFICER MISCONDUCT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: DR. WHEELER, IM WRITING TO YOU IN REGARDS TO LCSW MS. BRYANT SHE HAS WITNESSED THE WRONG DOINGS BY THESE OFFICERS HERE IN P.S.U. THESE C.O.S ON 3RD WATCH ARE FALSESYFING THAT INMATES ARE FED EVENING MEALS, THEYRE HAS BEEN NUMEROUS ASSAULTS THAT INMATES HAVE SUFFERED MUST RECENTLY I SUFFERED BROKEN RIBS ON 4-12-16 PLEASE ALLOW HER TO CHECK ON US PLEASE LIVES ARE IN DANGER

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED.**
☒ SENT THROUGH MAIL / ADDRESSED TO: DR. WHEELER    DATE MAILED: 4-20-16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF: |
|---|---|---|---|
| D. Sutton | 4-20-16 | | CIRCLE ONE (YES) NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| DR. WHEELER | 4-20-16 | CIRCLE ONE  IN PERSON (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

[handwritten response, largely illegible] ... not Mental Health

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A Gonzales |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-2-116 | E.O.P. P.S.U. | HOURS FROM N/A | USE OF FORCE VIDEO |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: LT. JONES IN REGARDS TO OUR
CONVERSATION ABOUT USE OF FORCE VIDEO & HOW I DID NOT
DO ONE YET CAUSE OF WHAT SGT. BYERS WANTED ME TO
SAY ON CAMERA. SGT. BYERS STATED "YOUR GONNA SAY YOU MADE IT
ALL UP IT NEVER HAPPENED. SGT. BYERS SAID THIS IN THE PRESENCE
OF SGT. MORTON & C.O. BURKE.

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) \*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL: ADDRESSED TO: LT. JONES OR LT. MARTINCEK   DATE MAILED: 5/1/16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Caillte | 5.1.16 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| LT. JONES OR LT. MARTINCEK | 5-1-16 | (CIRCLE ONE)  IN PERSON  US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GONZALEZ | Mario | N-7689 | Mario D Gonzalez |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC): |
|---|---|---|---|
| A-7-116 | E.O.P. P.S.U | HOURS FROM N/a | PRIVATE / MATTER |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

DR. SCHMIDT CAN I F'CA'E
TALK TO YOU I NEED TO DISCUSS SOMETHING WITH
YOU + I DONT WANNA PUT IT ON THIS PAPER
PLEASE SCHEDULE ME FOR AN INTERVIEW

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) \*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL: ADDRESSED TO: DR. SCHMIDT   DATE MAILED: 5/1/16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| T. Kelly | 5-1-16 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED | METHOD OF DELIVERY: |
|---|---|---|
| DR. SCHMIDT | 5-1-16 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| | | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members

LT. SPARKS INTERNAL AFFAIRS;

This is MARIO A. GONZALEZ AG-7688 @
A-FAC BLDG 1-131. THE NATURE OF THIS BRIEF MISSIVE IS
TO POINT OUT! CONTROL OFFICER "MILNER" TOWER COP IS A BIG
LIAR ALONG WITH THE REST OF "HITLERS YOUTH" LEWIS, VALINE,
CROSS, BURKE, + SGT. BYERS! JUST SO YOU'RE AWARE
BURKE, CROSS, + VALINE PULLED ME INTO THE OFFICE IN 2 BLDG
BEFORE I WAS MOVED TO 1 BLDG. + SAID; WE REALIZE
THAT MAYBE WE GOT OFF ON THE WRONG FOOT WITH YOU.
THEN THEY SAID WE'RE GETTING: KITES ON YOU EVERYDAY
(THE BARAJAS BRUNELL EFFECT) WELL LT. SPARKS THE KITE
THEY CHOSE TO HONOR MENTIONED SOMETHING TO THE EFFECTS
OF ME HAVING A PHONE + THAT I ALLEGEDLY HAD MY
GOONS IN THE (VINCINITY) OF THE PRISON WAITING TO SHOOT
THEM. ALSO YOU NEED TO BE AWARE OF THE 602 I
TRIED TO SUBMIT IN MARCH IN REGARDS TO 400# $
MY LIFE BEING THREATENED; I GAVE IT TO DR. ROSS
ON OR ABOUT 3-9-16 - 3-11-16! SGT. STAKES CALLED
ME IN + THEY'RE WAS A YOUNGER (I.A.) GUY WITH HIM
I TOLD THEM ABOUT THE MONEY + I WAS IN FEAR OF
LIFE! I MENTIONED THE SAME TO MY THEN PRIMARY
CLINICIAN DR. ROSS! IF YOU COULD INQUIRE WITH HER
SEE WHO SHE GAVE THAT 602 TO YOU'LL SEE JUST
HOW BAD THIS P.S.V. NEEDS A MAKE OVER! WITH ALL
DUE RESPECTS THIS ISN'T A CHEAP SHOT OR ATTEMPT TO SLANDER
AN INVESTIGATION IF THERE IS ANY. I'VE SEEN OFFICERS
GET AWAY WITH SO MUCH YOU HAVE TO STOP + WONDER
WHY SOME OF US ARE FILING COMPLAINTS AGAINST THE
SAME OFFICERS ONLY TO BE FACED WITH MORE SCRUTINY

AUG 0 1 2016

Im writing in regizels that Im still trying to get on A.D.A. Form as those arent passed out around here, Also please see that Sara Norman knows about the recent assault & Battery with serious Bodly injury on Tues 12th of July someones jaw was Broken by officer Beating please get Here soon & Stop this Abuse its ongoing & many guys that are Beat on are to scared to say anything I just hope I dont end up dead - Please Help us please may God Bless you all

Respectfully

Mario Gonzalez

Dear Sara

May this letter find you & staff
in the very best of Gods Bliss! When are
you coming back? The Reason is on Tues +
12th of July the officers on Duty broke
someones jaw now the guy cant eat theyre
Trying to move him to the O.H.U. Only thing is
The story theyre going with is this individual
Had a Seizure, Sara this guy doesnt have
seizures. Please Bring this place down! were
mental Health patients & were being abused
Badly Ive talked to other patients that are
Too scared to write the 602s! In return
They live in fear & The officers will bring
Them T.V.s to Keep their mouth shut. This is
Bullshit it has to stop. Someone can die
from what these officers are doing! The story
Lt. Bales is going with is when inmate dunagon was
having leg restraints put on him he fell & Had a seizure
Officer Grove is the one that Beat on this guy you
Have to talk to him to get his story. These guys
Wont talk in front of officers cause theyre scared
Please get here asap. Before they Kill someone
Lt. Bales is crooked. please help us.

P.S. They told him he wont          Respectfully
get a write up (115)

I have new names of patients
that recently got beat/assaulted
...red.

REC
AUG 0 - 2016

7/28/16

DEAR SARA:

I'M WRITING TO YOU TO LET YOU KNOW THAT THE CORRUPT OFFICERS IN BLDG 2 ARE TRYING TO INTIMIDATE ME; ON 7-27-16 I ATTENDED MY EVENING GROUP UPON RETURNING FROM MY GROUP C.O. VALINE MADE A COMMENT ABOUT MY ASS LOOKING LIKE I TOOK A SHIT! I DIDNT SAY ANYTHING IN RETURN! THESE OFFICERS ARE COMING OVER TO OUR BUILDING & JUST GIVING ME DIRTY LOOKS. ACCORDING TO MY NEIGHBOR MEDFORD C.O. VALINE & C.O. GREEN OF THIRD WATCH BLDG #2 WERE IN MY CELL So Now I'M ON EDGE NOT KNOWING IF THEY PLANTED SOMETHING ON MY CELL THATS! BAD. ENOUGH I WAS SEXUALLY MOLESTED AT A YOUNG AGE CAUSE WHEN I TRIED TO THROW AWAY THE BLOODY UNDERWEAR I WAS CHOKED AN I COULDN'T CRY CAUSE IF I DID THEN SOMETHING WOULD HAPPEN TO MY SISTER. I'M NOT SCARED OF THESE OFFICERS KILLING ME AS I MENTIONED TO YOU THEY'LL HAVE TO KILL ME TO KEEP ME QUIET CAUSE I'M NOT GONNA STAY QUIET. SARA WHEN YOU BEAT SOMEONE & FORCE THEM TO INGEST URINE & FECES THOSE ARE WAR CRIMES. SARA I WANNA PRESS CHARGES AGAINST THESE OFFICERS ALSO PLEASE NOTIFY MY SISTER MRS. KATINA RONDEAU (619) 850-2242 LET HER KNOW YOUR OFFICE IS HELPING PLEASE SARA, SHE WORRYS ABOUT HER BABY BROTHER →

SHE ALSO HAS A LETTER WHERE I TOLD HER IF I
DIE, OR END UP IN THE HOSPITAL TO FILE SUIT AGAINST
CDCR, t SARA, THAT WAS BEFORE I GOT BEAT.
ALSO, CAN YOU PLEASE MAKE COPYS OF THE PAPERS
I GAVE DR. DALKE AS IM THINKING I'LL
NEED THOSE FOR EXHIBITS, ALSO CAN I PLEASE SEND
YOU A LETTER WITH A S.A.S.E. CAUSE I WANT THE
SACRAMENTO BEE t PEOPLE TO KNOW JUST HOW
CROOKED THE C.A'S DEPT. OF CORR. IS, v SAYS THEY R
4 REHABILITATION, WHERE WERE ABUSED t TORTURED.
IT SHOULD ALSO BE NOTED THE C.O. PINKARD AND
C.O. SMITH ON 3RD WATCH BLDG 4 ARE GOOD
GUYS, IF WE LOSE THESE OFFICERS, ALOT OF BAD
THINGS WILL HAPPEN. PLEASE HELP US SARA GET
THESE GREENWALL OFFICERS REMOVED / TRANSFERED
C.O. BURKE, LT. BALES, SGT. BYERS, C.O. GREEN ARE
GREENWALL! (C.O. LEWIS, OWD, CROSS, CTO. VALINE ARE
JUST BAD APPLES, GREENWALL WANNA BE!)
MAY GOD BLESS YOU ALL
SARA I GET NIGHTMARES IF I CANT GET
THAT SHIT TASTE OUT OF MY MOUTH, SARA I'LL
TESTIFY FOR WHAT THEY DID TO ME t VALENCIA!
Respectfully Mario A. Gonzalez  7/28/16
@ CSP - SAC  P.S.U.  A-1-132

ECEIVE
AUG 0 5 2016

Dear Sara,                                    8/2/16

May this letter find you & Staff
in the Very best of God's Bliss! On
Aug. 2 2016 my neighbor Brandon Mefford
Told me that C.O. Green stated to
him that "I have Something Coming".
I did not hear this comment cause I was
in a different classroom for group! Yet
I'm just letting you know if anything
else is Too happen to me you know
Why! I don't trust these officers at all
can they be removed or Can I get a
restraining order against them?

Respectfully
Maria Gonzales                    over →

*(left margin, written vertically)* It doesn't metter to suffer, any. So please interview him. I Stated to Brandon my assualts So that he want

RECEIV
AUG 05 2016

If you look up 2-16-16 while I was in A-2-116
you'll see on the 114 log record although my
celli was searched that night it was never
documented the officers that searched it
where Cross, Vewes, Burke, Valine, Green that
was the night the razor blade was discovered
was wrapped with two war Bills. None of
the officers mentioned it they didn't even
put on the celli was searched on the
114 log record for P.S.U.

on 4-12-16 I was at T.T.A. R.N. Grande
got a phone call from someone & said they
were looking a small Black phone, officer
contrell stated in his report that he did
put search on me! why would he have
want to do that if according to Cross & C.o. Valine
they searched me & my clothes allegedy @ my
cell

they're liars

RECEIVED
AUG 09 2016

DEAR SARA:                                          8/3/16

MAY THIS LETTER REACH YOU & STAFF IN THE VERY
BEST OF GODS BLISS. I'M SENDING THIS 602 ON MY
EX-DOCTOR ROSS PSYCH AS I'VE RECENTLY LEARNED
SHE PLACED SOME DISTURBING COMMENTS IN MY MENTAL
HEALTH FILE. YOU WILL BENEFIT FIRST HAND BY INTERVIEWING
MY PRIMARY CLINICIAN (NOW) DR. GARDNER AS SHE'S
THE ONE WHOM ALERTED ME OF THE UNETHICAL EMPLOYEE
CONDUCT DR. ROSS HAS ENGAGED IN ITS ALSO
RUMORED THAT DR ROSS HAS A RELATIONSHIP WITH ONE
OF THE OFFICERS IN A-2 HOW TRUE THAT IS I'M NOT
SURE.

      SARA PLEASE MAKE A COPY OF THIS 602 FOR
YOUR RECORDS CAUSE I KNOW IF I SUBMIT IT
FROM HERE IT WON'T GET PROCESSED MEANING ITS
OFTEN WE TRY TO APPEAL CERTAIN THINGS OUR
602'S ARE OFTEN THROWN AWAY. SO PLEASE
SUBMIT THIS 602 & COPY IT ALONG WITH
THIS OTHER FORM SARA I STRONGLY BELIEVE
I'M GONNA BE KILLED IN PRISON BASED ON THE
INVESTIGATION & CIVIL SUIT I PLAN TO FILE AGAINST THE
OFFICERS WHOM BEAT ME & CAUSED G.B.I.

P.S.                          Respectfully
SARA MR. SLOAN OF            Mario A Gonzalez
A-2 WAS BEAT UP TODAY BY THOSE OFFICERS IN A-2
8/3/16 HE'S ON SUICIDE WATCH NOW!

1 OF 3

8/8/16

RECEIVED
AUG 12 2016

Dear Sara:

May this letter Reach you & Family in the very best of Gods Bliss all elements of Life Considered. So, today Mon Aug 8th 2016 I attended I.C.C. & my SHU terms were suspended. They wanna get Rid of me Really Bad so they can continue the illegal beatings while patients are cuffed not too mention the others forms of Terture they apply! Sara it has to Stop. Mr. Smith in A-1-129 was beat on pretty bad a couple of weeks ago so and he has too see an ear, nose, throat specialist cause of a hole in his head area. Its a must that he's given an interview cause he was beat on by officers in one Building. Honestly Sara, Does someone have to die before this abuse is given attention? Its no secret CDCR has been doing corrupt acts for years. CDCR is a multi-billion dollar industry! I strongly feel an indictment will be best. Maybe then some of these officers & the higher ups will take ther assigned Job duties in a Professional manner! Monetary damages arent enough for one to endure the abuse. thats going on if its happening here best believe its happening elsewhere. How can society overlook these acts we inmate/patients go through or be so quick to Judge one of us based on our conduct. Yet, Refuse to acknowledge

2

OFFICERS! Cause Some of These Problems! So You're
Aware Lt. Sparks I.A./I.S.U. Interviewed me on Sunday
Aug t 2016 in Regard To The "Third Watch Beatings in 2
Bldg. on A-Yard! I must admit to You that I forgot
To Mention. When officer Lewis Ran out of the cell
came back with the Walkie Talkie Radio which he
intended to C.O. Valine! I forgot To Mention that
Go into Lt. Sparks Im letting You Know cause my
2nd interview was Recorded. When though my SRU terms
were suspended an expidiTion to Get me out of he
State Priority Im Allowed To Kern Valley/or/
Salinas Valley. Say ETO By Although I STated in
my Justice I dont wanna Be S.N.Y. I was not
allowed to Rescind my SNY yet other Patients
were Allowed to Rescind There SNY status. Now Im
Feeling That Im Gonna End up Dead Based on This
Investigation Only Difference is: it'll Happen At another
institution. Like I've mentioned Before Lt. Bales is Great
Dude t He Can Reach out To Wherever Im Transfered
To. Sara Please Get This into CourT. I'll Testify
For Your Office, The Way Im Living Now is on Edge. An Fear
Wondering if Im Gonna Be Set-up for my Third Strike. F.Y.I.
I Dont Trust Lt. Sparks I.A./I.S.U. Cause he works for CDCR
They maybe investigating solely To See What Acts That Were

3

COMMITTED & HOW REPORTS CAN BE ALTERED TO MAKE IT SEEM LIKE THESE ACTS WEREN'T HAPPENING. SARA, NOT ONLY ARE CAMERAS NEEDED, OFFICERS TRAINED IN A COURSE OF PSYCHOLOGY AS THE ONLY METHOD OF DIFUSING A SITUATION. AN INDEPENDENT AGENCY SHOULD BE APPOINTED TO INVESTIGATE THE WRONGFUL ACTS! CDCR RECEIVES TO MUCH MONEY VIA GRANTS, CONTRACTS FOR THIS TYPE OF ABUSE TO BE HAPPENING. ALSO CAN YOU PLEASE SEND ME THE WAIVER FORMS FOR GOVT. CLAIMS? I KEEP ASKING THE LAW LIBRARY FOR THE FORMS & IM NOT GETTING ANY RESPONSES. MAY GOD BLESS YOU all

Respectfully

Mario A Gonzalez

P.S. SARA I HAVE
FAITH IN YOU & YOUR
COLLEAGUES! SUE THE
CRAP OUT OF THIS PLACE
& SEND IN THE CLEAN-UP
CREW!

READ REVERSE SIDE →

TODAY, AUG. 8TH 2016   AN INMATE WAS BEAT UP BY 2 BLOCK OFFICERS
A BUILDING 1 OFFICERS   THE GUY, THAT GOT BEAT UP IS NOW LIVING
IN C-SECTION 126   I DON'T KNOW HIS NAME I KNOW HE'S
DIABETIC + THEY CALL HIM PETE BOY   SORRY HAVE I.D.# 1786
GOULD LOOK OUT? CAN SOMEONE PLEASE NOTIFY THE F.B.I. CAUSE
AT PRESENT OP AS OF 1 SOUNDS I REALLY FEAR FOR RAVEN, BIEN,
SCANFIELD AGO LOO INTERESTED IN ASSISTING US! OUR REC
THERAPISTS + PRISON TEACHERS TELL US THAT OFFICERS CONSIDER ANY
TYPE OF CLASS ACTION FOR BLACKS OR COLORED ARE ALSO NOT
INTERESTED TO US TO HIGH BRAVE VICTORY/ PRISONERS POXS THESE
DUDE. IS THIS TRUE? WHEN V-IP WAS IN FACT TRUE ITS REALLY
DISTRESING!

Respectfully
Seriously Disturbed
Nazo X Gonzalez

OFFICERS TO BE ALREADY

INVOLVED ARE                    (4) ARE OFFICERS WERE TALKING
VALUE, LEWIS, BURKE (JENNER,)       ABOUT AN ELECTION. YET MR. AREN
(BEST)+ CALDERON                    WAS GETTING BEAT IN POST AREA AT
                                    C-SECTION IN BLD A-1

                THE INMATE THEY BEAT UP
WAS   PETE   AREVA A-1-126

                     A-H
INMATE WALKER IN 129 CLAIMS HE SAW THE
WHOLE INCIDENT. BUT HE ALSO REFUSED TO TALK
WITH THE PARALEGALS LAST TIME THEY WERE HERE

ARM
Env 3Ktley

AUG 16

Dear Sara:

May This letter reach you & staff & family in the very best of Gods Bless. Today 8/10/16 I attended I.C.C. again & I rescinded my S.N.Y. status so Im put up for Donovan RJD due to my Disability Mobility issues. I'll be close to most of my family as well Im going to pursue this matter so that no, one else with or without mental health issues has to be faced with this type of abuse. Mr. Arena was moved the day after he got beat up to another building. I look forward to hearing from your office soon & please make this stop.

As well Ms. Pearson-Bryant LCSW needs to be interviewed she's aware of some of the things that have gone on. Ms. Sheperd as well has been alerted to the on-going abuse, here at CSP-SAC.

Im not making excuses or trying to justify mental health patient attacks or assaults on cdcr officers it goes both ways. Sara were being cuffed & about 4 or more officers beat us & write us up or offer us T.V.'s that are loaners or extra food to stay Quiet. respectfully

Mario A Gonzalez

RECEIVED SEP 14 2016

This is my written consent to let you use my name in your report. Please take into consideration I'm not the only one who suffered the abuse! There were approximately 15-20 mental health patients along with L.C.S.W. Ms. PEARSON-BRYANT whom also suffered. My wishes are simple: I WANT TO FILE CHARGES AGAINST ALL OFFICERS INVOLVED THEY NEED TO BE INDICTED & STAND TRIAL. CAMERAS NEED TO BE INSTALLED. INTERVIEW Ms. PEARSON-BRYANT L.C.S.W @ SAC P.S.U. THE Capt. CLOUGH LT. BALES, SGT. BYERS TOWER OFFICER MINER, FLOOR OFFICERS VALINE, LEWIS, BURKE, CROSS, GREEN, ORR all OF THIRD WATCH IN A-2 P.S.U. NEED TO BE SENT TO PRISON & SERVE OUT LENGTHY SENTENCES FOR THEIR ROLES IN THE ILLEGAL BEATINGS. ALSO INTERVIEW INMATE PATIENT: VALENCIA HE SHOULD BE IN A-7! IN MARCH 9-11 HE WAS SLAMMED TO THE GROUND & C.O. LEWIS KICKED HIM IN THE FACE C.O. GREEN ALSO WAS IN ON THAT ASSAULT & BATTERY VALENCIA LOST TEETH.

INTERVIEW MR. SMITH IN A-1 C SECTION 129 HE WAS BEAT UP PRETTY BAD. ALEX REYES INMATE RUEDAS. ALTHOUGH INMATE WILLIS IN A-2 NEVER FILED HIS 602 INTERVIEW HIM. HE WAS BEAT UP BY "GREEN & CREW. ALTHOUGH I FEEL WILLIS KEEPING QUIET" EXCHANGE FOR A T.V. IS WRONG. INMATE DUNNAGAN HE SHOULD BE IN THE O.H.U. HIS JAW WAS BROKEN THEY'RE ARE ALOT OF PEOPLE THAT NEED TO BE INTERVIEWED & MOVED OUT OF THE HELL HOLE OFFICERS PINKARD & SMITH OF 3RD WATCH IN BLDG A-1 ARE GOOD GUYS I ALSO BELIEVE MR. PINKARD & MR. SMITH ARE NOT GONNA LOSE THEIR JOB OVER ONE OF THE GUYS IN 2 BLDG. MEANING THE OFFICERS THAT ARE BEATING INMATES. will NOT

Mr. Bien to other staff that witness.
abuse such as Ms. Burgarnier & Ms. Potts should be able
to report the abuse A.S.A.P. without fear of retaliation the Medical
Staff as well. Often the medical staff that pass out medication
witness the wrong doings & they're often told just to butt out

Interview Ms. Pearson-Bryant God Bless Her so you can get
an insight first hand just how corrupt C.D.CR. really is.

Thee officers that work any part of the Mental Health Programs
should be certified or have some training course that allows
Him/Her to work around Mental Health Patients.

The Patients involved with experiencing the abuse
should be compensated Financially. As well the
officers that to are involved ought to be prosecuted
to the fullest extent of the law.

Lastly I'm in fear of my life I
still have nightmares of being choked I'm diagnosed
(with P.T.S.D. sexual childhood abuse I was also choked.)
Til this day I cannot get the shit & piss taste out
of my mouth. Mr. Bien I wrote your office when I
first went through this in April 2016! I'm saddened to
say many of us patients feel like the Coleman lawyers
dont care about us. I can honestly say I feel that way
I stated that to Sara Norman of the Prison Law Office!

Mr. Bien I fear C.D.CR. Is gonna reachout & have me
killed for exposing whats going on @ CSP-SAC.
No, one should be repeatedly beat/kicked/kneed for apprck.
20 mins & then be forced to swallow urine & feces!
I cant get past the fact C.D.C.R. let that happen
& other acts to happen. Fight for us Mr. Bien  over→

God Bless You all  respectfully,
Maria A Gonzalez?

Prison Law office have names of all
the patizins that got assaulted those officers
do it when were cuffed

C.O. ANDRADE & C.O. STINSON OF BLDG A-1

OFTEN BARGAIN WITH INMATES THAT DONT GO TO THE GROUPS. WHAT THESE OFFICERS DO IS THEY'LL GO THROUGH ANOTHER PATIENTS PROPERTY & THEN LOAN ONES PROPERTY TO ANOTHER INMATE THEN THAT INMATE WILL NOT GO TO GROUP FOR A MONTH OR TWO. C.O. ANDRADE & STINSON LOANED OUT MY PROPERTY WITHOUT MY CONSENT NOW MY CD PLAYER IS RUINED.

P.S. I'M WILLING TO TESTIFY AGAINST THOSE OFFICERS INVOLVED.

IN THE EVENT OF MY DEATH IN CDCR PLEASE FILE LAW SUIT & GIVE $ DAMAGES TO MRS. KATINA RONDEAU @ (619) 850-2242 SHE WILL REACHOUT TO MY CHILDREN JAVIER OSHANASI (MY DAUGHTER) & VERONICA L. DURAZO MY SOULMATE. IN CASE I DON'T MAKE IT HOME I LOVE YOU ALL.

(MY SON)

LOVE
DAD & BROTHER
& MARIO

RECEIVED
SEP 26 2016

9/20/16

Dear Ms Norman:

Man this letter find You and staff in the very best of Gods care. I sent out my third level appeal Denial to Your office last week! I'm hoping You received it by now. Considering Everything I've disclosed to Your office whats gonna happen? How can I get representation for a case like this? Sara when do these corrupt people pay like We as people pay for our crimes. Cops/Officers commit crimes & they get paid! I commit a crime I get a Prison sentence. Enough of that Please Recommend an Attorney for my family/or Someone who'll represent all of us Patients that are repeatedly abused?

Also Your office asked me to Provide more information on any retaliation. C.O. STINSON & C.O. ANDRADE of A-1 P.S.U. SAC) Loaned out my Property to someone in exchange the individual would forfit his grams! Now My C.D. Player is ruined. Also Lt. SABALA @ SACRS came by one day and asked me to sign off on a 602 individual living conditions I signed off! But he never went & reimbursed my Property losses. I even gave him my Package receipt So he hasn't forfilled his end of the deal.

Please Write Back with an attorney You'd recommend please Remember what happen at Corcoran in the 90's. These CCPOA People & Politicans need to Be indicted this is bullshit/Excuse my language.

respectfully

CO Andrade & C.O. Stinson

Carry a ledger type notebook small with all the Transactions of the patients whom give up there groups for over a month in return. The patient can give up someones name & These c.o.s will go through that patients property to location of the undivided whom doesn't go to group. Johnny Bright is big ol kiss ass stinson brought him a purple radio from the streets In told. They ruined my cd. player it was in mint condition before I went to PSU. SNY.

Benefull can tell you about the deals officers make so as Brandon Mefford. the officers @ SY PSU & CCPOA are gonna have me killed mark my words...

I consent for your office To Disclose information to my sister Katina Rondeau @ (619) 850-2242 please fill her in on whats going on please!

Dear Office of Victim & Survivor Rights.

my name is Mario A. Gonzalez AG-7688 @ CSP- SAC! on 4-12-16 while I was housed in A-2 officers BURKE, VALINE, CROSS, LEWIS, MINER & SGT. BYERS, LT. BATES AM OR 3RD WATCH A-YARD PSU

These above mentioned officers were involved in Breaking my Ribs & Pouring urine and feces in my mouth. I will be filing a civil suit once time permits and my administr- ative remedies have been exhausted. I'm just letting you know cause these officers have friends & they're not to happy that im gonna be filing a civil suit.

I just hope I don't die in prison But if I do CDCR along with the above mentioned officers are to blame!

respectfully

Living in Fear @ CSP- SAC

Mario A Gonzalez
AG-7688

### New Use of Force policies, including for CCCMS and EOP prisoners

CDCR has revised its use of force policy and procedures to include new requirements for and limits on staff when using force against prisoners on the mental health caseload. The revised procedures are in the CDCR Department Operations Manual (DOM), at sections 51020.1 through 51020.24. Other rules about use of force are in Title 15, California Code of Regulations, sections 3268 et seq. The following summary only concerns use of force rules with special application to mental health patients. These rules apply only to controlled use of force situations, such as a cell extraction, and not to immediate force situations.

In all controlled use of force situations, there must be a cool down period during which a mental health staff member must try to resolve the problem. During the cool down period, the mental health staff member must also determine if the prisoner can understand orders or cannot comply with orders due to mental health issues. If a prisoner cannot understand or comply with orders because of a mental health issues, strategies other than use of force must be proposed and considered. If other strategies do not work, force can be used, but chemical agents (including pepper spray) can be used only if approved by the Warden, Chief Deputy Warden, or Administrative Officer of the Day. DOM section 51020.12.

In controlled use of force situations for prisoners in a MHCB, PIP, OU, PSU, EOP, or Ad Seg-EOP Hub, or who cannot understand or comply with orders because of mental health issues, or are at increased risk of substantial decompensation from use of force, chemical agents (including pepper spray) are prohibited unless authorized by the Warden, Chief Deputy Warden, or Administrative Officer of the Day. DOM section 51020.15.3.

5

## Use of Force

CDCR has revised its use of force policies to include new requirements for staff during controlled uses of force. A "controlled use of force" means any force used by staff where there is no immediate threat – for example, force used during a cell extraction would usually be a controlled use of force.

Under the revised policies, staff must consider an inmate's mental health status, medical concerns, and ability to understand and/or comply with orders before using any controlled use of force. Staff must also provide a cool-down period for an inmate, to give that inmate an opportunity to comply with custody staff orders. The cool-down period should include clinical intervention by a licensed mental health practitioner.

During the cool-down period, mental health staff will review the inmate's health record and assess whether the inmate is able to understand or comply with orders. Staff are also encouraged to try alternatives to force, such as involving religious leaders, correctional counselors, correctional officers, and/or other staff that know the inmate well. So long as there is no imminent threat to staff or inmates, the cool-down period should continue until all reasonable interventions have been attempted.

If an inmate cannot understand orders, OC spray can only be used if there is documented authorization from the Warden, Chief Deputy Warden, or Administrative Officer of the Day (AOD). If an inmate can understand orders but cannot comply, staff are required to first try using alternative strategies before using force. Again, OC spray can only be used if the Warden, Chief Deputy Warden, or AOD gives written authorization.

The revised policies place new limits on the amount of OC spray that can be used during controlled use of force. When OC spray is used, inmates should be allowed to decontaminate outside their cell whenever possible.

CDCR has also restricted when "immediate" force can be used. Immediate force is any force that is used by staff to respond without delay to a situation. Under the revised policies, immediate force can only be used if there is an imminent threat to the security or safety of persons (for example, an escape attempt, ongoing physical harm, or active physical resistance by an inmate). Staff are required to use controlled force, rather than immediate force, whenever possible.

For example, this means that staff generally cannot use immediate force to regain control of a food port. If an inmate does not relinquish control of the food port, only a controlled use of force is permitted. As another example, staff may use immediate force (*e.g.,* OC spray) to stop an inmate from attempting to break a food tray. However, staff cannot use immediate force if the inmate has retained the food tray, but is making no

attempt to break it. If the inmate retains control the food tray for 24 hours, staff may consider using controlled force.

There are also additional videotaping requirements for immediate uses of force. The revised policies require video recording of the immediate use of force whenever time and resources allow. Any immediate force that is recorded, or captured on security cameras, will be placed into evidence.

In January 2016, CDCR changed its policy regarding the use of "hand-held batons." The policy now states that the "baton should not be carried in the extended position unless it is being utilized for the protection of the inmate and/or staff."

We understand that CDCR has completed its training on the new controlled use of force and general use of force policies. Revisions to the CDCR Department Operations Manual (DOM) to reflect the policy changes have also taken effect.

**The Disciplinary Process & Rule Violation Reports (RVRs)**

If you have been issued a Rules Violation Report (RVR), your mental illness may have played a role in the behavior resulting in the RVR (or "115") write-up.

If you are an EOP patient or are housed in either a Mental Health Crisis Bed (MHCB) or inpatient facility, a mental health clinician must complete a mental health assessment within fifteen calendar days of the RVR. This report by a mental health clinician is called a mental health assessment or a 115-X or a 115-MH. The purpose of this evaluation is to determine whether your mental illness influenced the behavior which resulted in the RVR, whether you need to have a staff assistant during your 115 hearing, and whether any punishment you receive should be reduced due to the influence of mental illness on your actions. If you are an EOP patient and did not receive a 115-X or 115-MH after receiving an RVR, you can submit a HC-602 appeal on the matter. This mental health assessment is not a confidential interview, and it is not done by your treating clinician.

If you are at the CCCMS level of care, you should be referred for a mental health assessment if the RVR may result in a SHU term, or if your behavior is considered to be "bizarre, unusual or uncharacteristic" for you.

The State recently made additional changes to its RVR procedures. These changes include:

First, custody staff, mental health staff, and Senior Hearing Officers will receive additional training on the Inmate Disciplinary Mental Health Assessment process.

[2970873-1]

Second, CDCR created a new process that allows an assessing mental health clinician to recommend that an inmate's behavior be documented in an alternate manner – that is, instead of through an RVR. This may be appropriate in cases where the behavior is determined to be strongly influenced by mental illness, developmental disability, or cognitive or adaptive functioning deficits.

Third, certain categories of behavior are now excluded from RVR process, meaning that a prisoner should not receive an RVR for any of the following:

1. Behavior that occurred in connection with cell extractions for involuntary medication or involuntary medical treatment;

2. Behavior that occurred in connection with a cell extraction for transfer of the inmate to a mental health inpatient unit or between mental health inpatient units;

3. Behavior that occurred in connection with being placed in mental health restraints and/or seclusion; and

4. Behavior that is determined to be an act of attempted suicide or self-mutilation.

Finally, CDCR has changed its policy so that Inmate Clerks will no longer process RVR documentation.



PRISON ·LAW· OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 11, 2016

Mario Gonzalez, AG-7688
SAC
PO Box 290066
Represa, CA 95671

Dear Mr. Gonzalez:

Thank you for speaking with our office about your experiences with staff misconduct at CSP-Sacramento. As you know, on July 7 and 8 myself and other staff from the Prison Law Office interviewed you and other prisoners at SAC under the Armstrong case and subsequently provided a preliminary report to prison officials regarding instances of staff abuse and violence in the PSU directed at Armstrong class members. We returned to talk to more people, including yourself, to better understand the scope of the problems and who has been impacted.

Thank you for the multiple times you have talked to us about your experiences at SAC, and the information you have provided to us regarding the experiences of others. We know that it can be difficult and dangerous to speak up about staff wrongdoings. We appreciate your courage in talking to us. We are currently pursuing multiple avenues to improve conditions for yourself and others in the PSU at SAC.

We also received three letters from you on 8/1/16, 8/4/16, and 8/5/16 with further information about your current situation and about the situation of others. We have read your letters carefully. Are you experiencing retaliation for talking to us? If so, please provide as much information as possible about what type of retaliation you are experiencing and from which officers.

Please continue to keep us updated on your situation and on conditions in the PSU. Are you getting escorted to group treatment? Are you seeing your clinician regularly? Are you aware of any use of management cells in your housing unit? We would appreciate it if you would send us more details about any new problems or concerns you have regarding these issues, including dates, times, locations and names of the officers and prisoners involved.

We also encourage you to pursue your appeals on staff misconduct through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Donald Specter

Managing Attorney
Sara Norman

Staff Attorneys:
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

August 30, 2016

Mario Gonzalez, AG-7688
RJD
480 Alta Road
San Diego, CA 92179

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 8/9/16 and 8/16/16. You write that your SHU term was suspended and you have been placed up for transfer. You also write about other recent staff assaults on prisoners in the A-yard PSU.

According to the online locator, you have transferred to R.J. Donovan since writing to us. We are elated to hear that your SHU term was suspened, and to see that you have been transferred.

We also appreciate the further information you provided to us about incidents and people in the A-yard PSU. We have followed up on the information your pvided. We plan to issue another report soon to CDCR and to the Armstrong court about the widespread violence in A2 and the PSU at CSP-Sacramento.

I am enclosing a postage-paid envelope which you can use to keep us updated on how you are doing at RJD. Take care, Mr. Gonzalez.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendleson

Enclosures: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

**ROSEN BIEN**
**GALVAN & GRUNFELD** LLP

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

September 6, 2016

CONFIDENTIAL – LEGAL MAIL

Mario Gonzalez, AG7688
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

> Re:  *Coleman v. Brown*
>       Our File No. 489-3

Dear Mr. Gonzalez:

This is in response to your letters dated August 3 and 10, 2016, which the Prison Law Office forwarded to us on August 16 and 19, 2016, respectively.

Thank you for writing to us about your experiences at CSP-Sacramento. We are very concerned about the reports of staff misconduct that we have heard from you and several other patients in the SAC PSU.

Given the information that we have been hearing about conditions in the SAC PSU, we are planning to visit CSP-Sacramento with the Special Master's team at the end of September.

In addition, we are currently working on a report about this abuse. Would you be willing to let us use your name in this report? If you would not like us to use your name due to fear of retaliation or for any other reason, we will, of course, respect your wishes.

If you have not yet filed an appeal about your concerns and you feel safe doing so, we advise you to file a 602, being as detailed as possible. You should pursue this appeal through all three levels of review and we would appreciate it if you would send us a copy of the third level response when you receive it. If it has been more than 30 days since the issue occurred, you should state on the appeal that you did not file your appeal sooner because you feared retaliation, if that is the case. Filing an appeal about your concerns is the best way to ensure that the Warden and CDCR leadership find out about the problems at SAC.

[3056604-2]

Mario Gonzalez, AG7688
September 6, 2016
Page 2

Finally, if you have any additional experiences of staff misconduct, we would appreciate it if you would share those experiences with us, including dates, times, locations and names of the officers and prisoners involved. A postage pre-paid envelope is enclosed for your convenience along with any other material we think might be helpful to you.

Thank you, again, for taking the time to write to us about your negative experiences in the SAC PSU. Please keep in touch about your concerns and encourage anyone else with similar concerns to write to us as well.

Please be assured that we have read your letter carefully. Thank you for writing.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

By: Dylan Verner-Crist
Paralegal Clerk

DVC:dvc
Encl:  Admin Appeals, UoF Fact Sheet, SASE



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director
Donald Specter

Managing Attorney
Sara Norman

Staff Attorneys
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

October 17, 2016

Mario Gonzalez, AG-7688
CMC
PO Box 8103
San Luis Obispo, CA 93409

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 9/16/16 and 9/26/16. You send your exhausted appeal on what happened to you at SAC, and ask about filing a lawsuit. We also received your permission to speak with your sister. Additionally, we noticed you have transferred from RJD to CMC since you last wrote.

I am sorry to hear what you have been through. Unfortunately we cannot help you with an individual lawsuit. I am enclosing information on how you can pursue an individual lawsuit yourself. I am also enclosing further information on how to find an attorney for an individual lawsuit. I hope you find this information useful, and wish you luck if you do pursue a lawsuit. I am sorry we cannot help you further with a personal lawsuit right now.

We remain concerned about staff abuse at SAC in the PSU. We are thankful that you brought these concerns to our attention. Over the past several months we have heard from numerous prisoners about entrenched problems with staff misconduct in the PSU. We thank everyone who was willing to provide us with information about their experiences.

We recently presented a long and detailed report to CDCR and the Special Master in the Coleman case about these concerns, conveying what we have heard from prisoners about staff misconduct. Specifically we raised concerns about excessive force, verbal abuse, denial of food, tampering with mail and property, and retaliation for reporting misconduct. We used prisoners' names in the report only where we had explicit permission to do so. In the report we made a series of requests for changes to the PSU. We are now waiting for a response from CDCR. In the meantime we remain concerned about conditions in the PSU, and we are continuing to monitor those units. We plan to continue advocating for better conditions in the PSU if we do not see positive changes there.

Please keep us updated on your situation. We hope you are doing okay.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: PI; HCM; LRS; SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director
Donald Specter

Managing Attorney
Sara Norman

Staff Attorneys
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

November 9, 2016

Mario Gonzalez, AG-7688
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Gonzalez:

I write in response to the letters we received from you on 10/17/16 and 10/28/16. You wrote from a crisis bed at CMC and then from LAC. You say you are on your way to DSH.

I am sorry to hear about the problems you are facing, and that you went to a crisis bed. You say you have not received any letters from us recently. We last wrote to you on 10/17/16 and sent that letter to CMC. We also wrote you a letter on 9/15/16, which we sent to RJD. These letters may not have gotten to you because you have been moving around so much.

In one of your letters you ask for copies of our past correspondence with you. I am sending you copies of the letters and documents we received from you along with the responses we sent to you since this summer.

In one of your letters you also say you received a phone call from a Lieutenant while at CMC, which you refused because you did not know what it was about. We do not know what the phone call was about either. It may have been related to ongoing investigations at SAC into the PSU. CDCR has told us that they are making staffing changes to the PSU at SAC, and continuing to investigate instances of staff misconduct. We have also heard from prisoners in the PSU that there are new staff in A2 and that conditions there may be getting better. We recognize that your last several months have been very rough. Again, we would like to emphasize our appreciation for your honesty and bravery in speaking out about what happened to you. We are optimistic that conditions are improving for everyone in the PSU at SAC, though we will still continue to closely monitor those units.

We hope you are doing okay, Mr. Gonzalez. We hope that you find the help you need in DSH. Please continue to keep us updated on your situation.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: Correspondence with Mr. Gonzalez from 7/1/16 to 11/8/16

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

3ᶜᵘᵗⁱⁿ⁵



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director*
Donald Specter

*Managing Attorney*
Sara Norman

*Staff Attorneys*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

January 24, 2017

Mario Gonzalez, AG-7688
LAC
PO Box 8457
Lancaster, CA 93536

Dear Mr. Gonzalez:

I write in response to the letter we received from you on 1/12/17. You write that agents from Internal Affairs and the Office of the Inspector General spoke to you at the beginning of January. You say they made you do the interview with a voice stress analyzer.

Thank you for writing to us with an update. We are glad to hear that staff from Internal Affairs and the OIG came to talk to you. It sounds like they are taking what happened to you seriously. You say you would like to do the test again. Unfortunately, we cannot help you to do the test again. You said you were stressed out but you told the truth. That sounds like the best thing to do in that situation.

We hope you are doing well at Lancaster. I am sending you a stamped envelope so you can keep in touch and let us know of any more developments to your situation.

Take care, Mr. Gonzalez.

Sincerely,

Isaac Dalke
Litigation Assistant under Margot Mendelson

Enclosures: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris