IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ, | No. 2:17-CV-0176-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EDMOND G. BROWN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request (ECF No. 25) for access to the prison law library for the purpose of preparing a third amended complaint in compliance with the court's March 18, 2019, order. Plaintiff's request is construed as a motion for an extension of time and, so construed and good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file a third amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: June 17, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1