# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:17-CV-0176-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The matter is currently set for an initial scheduling conference on January 15, 2020, at 10:00 a.m. before the undersigned in Redding, California. Pursuant to the court's October 1, 2019, order, a scheduling conference statement was due on or before January 8, 2020. A review of the docket reflects that plaintiff has not filed a scheduling conference statement. A review of the docket also reflects that plaintiff has not yet effected service of process on any named defendant. Accordingly, the scheduling conference is vacated and plaintiff is directed to show cause in writing within 30 days of the date of this order why the action should not be

/ / /

/ / /

/ / /

1

dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

        IT IS SO ORDERED.

Dated: January 10, 2020

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE