1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7319
6   Fax: (916) 324-5205
    E-mail: Janet.Chen@doj.ca.gov
7  *Attorneys for Defendants
   CDCR, Newsom, Kernan, Baughman, Lewis, Burke,
8  Miner, Clough, Grinde, Cross, Walker, Stake,
   Sparks, Leech, Kinn, Valine, Byers, and
9  Bodenhamer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendant. | 2:17-cv-00176-WBS-DMC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Judge:　　　　The Hon. William B. Shubb<br>Trial Date:　　None set<br>Action Filed: January 26, 2017 |

　　　Defendants CDCR, Newsom, and Kernan's responsive pleadings are currently due on March 10, 2020. The remaining Defendants Baughman, Lewis, Burke, Miner, Clough, Grinde, Cross, Walker, Stake, Sparks, Leech, Kinn, Valine, Byers, and Bodenhamer's responsive pleadings are currently due March 23, 2020.

///

///

///

1

The parties have stipulated to extend the deadline for all Defendants to file a responsive pleading, until April 23, 2020.

**IT IS SO STIPULATED.**

Dated: March \_\_\_\_, 2020

Everardo Vargas Valencia
Law Offices of Everardo Vargas Valencia
*Attorney for Plaintiff*
*Mario Amador Gonzalez*

Dated: March \_\_\_, 2020

_____
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*CDCR, Newsom, Kernan, Baughman, Lewis, Burke, Miner, Clough, Grinde, Cross, Walker, Stake, Sparks, Leech, Kinn, Valine, Byers, and Bodenhamer*

**IT IS SO ORDERED.**

Dated: March 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Proposed Order to Extend Defs.' Responsive Pleading Deadline (2:17-cv-00176-WBS-DMC)