IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,** | Case No. 2:17-cv-00176-WBS-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request, ECF No. 63, that the Court screen the Seventh Amended Complaint is GRANTED.  The Court will screen Plaintiff's Seventh Amended Complaint.  If Plaintiff is allowed to proceed on the Seventh Amended Complaint, Defendants shall have twenty-one days after the Court's issuance of the screening order to file a responsive pleading.

IT IS SO ORDERED.

Dated:  September 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE