**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO AMADOR GONZALEZ, | No. 2:17-CV-0176-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 5, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  The findings and recommendations filed November 5, 2021, are adopted in full; and

3     2.  This action is dismissed as against defendants Newsom, Bales, Miner, Baughman, Kernan, Ross, Stakes, and California Department of Corrections and Rehabilitation.

Dated:  December 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE