# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:17-CV-00176-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's seventh amended complaint, ECF No. 62.

The Court orders that this case proceed on Plaintiff's seventh amended complaint against Defendants Burke, Cross, Valine, Lewis, Clough, Kinn, Leech, Grinde, Spark, Walker, Byers, and Bodenhamer.[1] Plaintiff asserts Fourth, Eighth, and Fourteenth Amendment claims. Plaintiff also brings various state law claims. At this early screening stage, liberally construing Plaintiff's complaint as the Court is required to do, Plaintiff's complaint states cognizable claims. The Court will exercise supplemental jurisdiction over state law claims as appropriate and permissible.

---

[1] On January 3, 2022, the District Judge adopted the Court's findings and recommendations that Defendants Newsom, Bales, Miner, Baughman, Kernan, Ross, Stakes, and the California Department of Corrections and Rehabilitation be dismissed. See ECF No. 66.

1

Accordingly, IT IS HEREBY ORDERED that:

1. In accordance with 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c), the Court has screened and found the seventh amended complaint appears to state cognizable claims against the following defendants:

> BURKE, a correctional officer at California State Prison—Sacramento
>
> CROSS, a correctional officer at California State Prison—Sacramento
>
> VALINE, a correctional officer at California State Prison—Sacramento
>
> LEWIS, a correctional officer at California State Prison—Sacramento
>
> CLOUGH, a captain at California State Prison—Sacramento
>
> KINN, a correctional officer at California State Prison—Sacramento
>
> LEECH, a correctional officer at California State Prison—Sacramento
>
> KEVIN GRINDE, residential nurse at California State Prison—Sacramento
>
> SPARK, a correctional officer at California State Prison—Sacramento
>
> WALKER, a correctional officer at California State Prison—Sacramento
>
> BYERS, a correctional officer at California State Prison—Sacramento
>
> BODENHAMER, a prison doctor at California State Prison—Sacramento

2. Pursuant to the Court's September 30, 2021, order, Defendants shall file a response to the seventh amended complaint within 21 days of the date of this order.

3. Motions filed in this case shall be noticed and briefed pursuant to Eastern District of California Local Rule 230(l).

Dated: January 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2