IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>CLOUGH, et al.,<br><br>     Defendants. | No.  2:17-CV-00176-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's proposed substitution of counsel.  See ECF No. 74.  The proposed substitution has been signed by Plaintiff, current counsel, and proposed substituted counsel.  The substitution is approved.  Everado Vargas Valencia, Esq., is relieved as attorney of record in the above-captioned case and attorneys Kresta Daly, Esq., PO Box F, Winters, California 95694, telephone number (916) 440-8600, and Mark Redmond, Esq., 656 Fifth Avenue, Suite R, San Diego, California 92101, telephone number (916) 444-8420, are substituted in as counsel for Mr. Gonzalez.

IT IS SO ORDERED.

Dated:  November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1