IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CLOUGH, et al.,<br><br>  Defendants. | No. 2:17-CV-00176-WBS-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is the parties' stipulation, ECF No. 78, to opt out of the Court's early alternative dispute resolution program. Good cause appearing therefor, the parties' stipulation is approved. The stay of proceedings is hereby lifted. Pursuant to the parties' stipulation, the parties shall file a joint proposed discovery plan and scheduling order on or before January 20, 2023. Thereafter, the Court will issue a schedule for this litigation.

IT IS SO ORDERED.

Dated: December 23, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1