Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Proposed Attorneys for Plaintiff
MARIO A. GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:17-CV-00176-WBS-DMC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>Judge: Honorable William B. Shubb |

The parties hereby stipulate as follows:

1. Mr. Gonzales filed a pro per complaint on January 26, 2017. ECF 1. Shortly after filing a third amended complaint on July 19, 2019, counsel substituted in on behalf of Mr. Gonzalez. Over the next two-and-a-half years, counsel filed numerous amended complaints. The operative complaint is the seventh amended complaint, filed on September 3, 2021. (ECF No. 62.) After a partially successful motion to dismiss, the defense filed an answer on November 3, 2022. (ECF No. 73.) Current counsel for Plaintiff substituted in on November 21, 2022. (ECF No. 76.)

2. The parties filed a joint scheduling statement on January 19, 2023. (ECF No. 80.) The

{00038329}

1 court subsequently adopted the dates proposed by the parties.

2     3. Pursuant to the Court's order (ECF No. 81), initial disclosures are due to be exchanged on February 20, 2023. Plaintiff's counsel requires additional time to prepare those disclosures. Defense counsel does not object.

    4. The parties request the date for initial disclosures to be exchanged be extended to March 6, 2023.

DATED: February 17, 2023.

/s/ Joshua S. Shuster
Joshua Shuster, Deputy Attorney General
Attorney for Defendants

DATED: February 18, 2023.

/s/Kresta Nora Daly
Mark Redmond and Kresta Nora Daly
Attorneys for Plaintiff

**O R D E R**

Based on the stipulation and motion of the parties, the Court hereby orders the date for initial disclosures to be exchanged by extended to March 6, 2023.

Dated:  February 27, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE