Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Proposed Attorneys for Plaintiff
MARIO A. GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:17-CV-00176-WBS-DMC<br><br>**SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: Honorable William B. Schubb |

It is respectfully requested that attorneys Kresta Daly and Mark A. Redmond be relieved as attorneys of record in the above-captioned case and that plaintiff Mario Gonzalez will be substituted in, In Pro Se. Mr. Gonzalez's current mailing address is:

Mario A. Gonzalez, AG7688
California State Prison LAC
P.O. Box 8457
Lancaster, CA 93539-8457

I consent to the substitution.

DATED: March 21ST, 2023.

_/s/ Mario A. Gonzales_
MARIO A. GONZALEZ, Plaintiff

{00039658}

1  I consent to the substitution.

2  DATED: March 28, 2023.

_____
KRESTA NORA DALY
Attorney at Law

4  I consent to the substitution.

5  DATED: March 28, 2023.

_____  for Marc Redmond
MARK A. REDMOND
Attorney at Law

**O R D E R**

10  IT IS SO ORDERED.

11  DATED: _____.

_____
HONORABLE WILLIAM B. SCHUBB
UNITED STATES DISTRICT COURT JUDGE