IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-cv-00176-WBS-DMC<br><br>**ORDER** |

    Before the Court is Defendant's motion to stay discovery unrelated to exhaustion pending resolution of their motion for summary judgment based on non-exhaustion of administrative remedies.  See ECF No. 90.  Also before the Court is Defendants' separate motion for judgment on the pleadings, which is not yet fully briefed.  Given the pendency of Defendants' motions, the Court finds good cause to stay all discovery and vacate the current scheduling order pending resolution of the potentially dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1.    Defendants' motion, ECF No. 90, is GRANTED.

3    2.    Discovery in this matter is stayed.

4    3.    The schedule for this matter is VACATED pending resolution of Defendants'
5    dispositive motions.

Dated:  October 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE