**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CLOUGH, et al.,<br><br>Defendants. | No. 2:17-CV-0176-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

Defendant Sparks moved for judgment on the pleadings on September 27, 2023. (Docket No. 88.) Defendants Bodenhamer, Kinn, Leech, Sparks, and Walker moved for summary judgment on October 17, 2203. (Docket No. 89.) On March 20, 2024, the Magistrate Judge filed findings and recommendations as to both motions which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (Docket No. 97.) The Magistrate Judge recommended that both motions be granted. No objections to the findings and recommendations have been filed, though plaintiff filed two documents opposing the motion for summary judgment and an untitled declaration in May and June of this year, more than two months after the findings and recommendations were filed and

1

well past the deadline for any objections.  (See Docket Nos. 99, 101, 102.) [1]

The Court has reviewed the file, including plaintiff's untimely opposition to the motion for summary judgment, and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 20, 2024 (Docket No. 97) are adopted in full.

2. Defendant Sparks' motion for judgment on the pleadings (Docket No. 88) is GRANTED.

3. Defendants' motion for partial summary judgment (Docket No. 89) is GRANTED.

4. This action is DISMISSED with prejudice as against defendants Bodenhamer, Kinn, Leech, Sparks, and Walker.

5. This action proceeds on Plaintiff's seventh amended complaint on his Eighth Amendment claims against Defendants Burke, Cross, Grinde, Lewis, Clough, and Valine only.

6. This matter is referred back to the Magistrate Judge for further proceedings consistent with this Order.

Dated:  June 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's May 31, 2024 filing is ostensibly an opposition to the motion for summary judgment. Plaintiff's June 10, 2024 filing is an untitled declaration containing various contentions or allegations by plaintiff.  Plaintiff's June 13, 2024 filing is titled "Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment," though it appears to be either an amended opposition or sur-reply to defendants' motion for summary judgment. Notably, none of the filings directly address the Magistrate Judge's findings and recommendations, even assuming they were timely filed.