IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CLOUGH, et al.,<br><br>Defendants. | No. 2:17-CV-00176-WBS-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On January 23, 2023, the Court issued an initial discovery and scheduling order for this case. See ECF No. 81. On September 27, 2023, Defendant Sparks filed a motion for judgment on the pleadings. See ECF No. 88. On October 17, 2023, all defendants filed a motion for summary adjudication of claims. See ECF No. 89. With the motion for summary adjudication, Defendants also filed a motion to stay discovery and vacate the schedule pending resolution of the outstanding dispositive motions. See ECF No. 90. The Court issued an order on October 23, 2023, staying discovery and vacating the schedule pending resolution of Defendants' motion for judgment on the pleadings and motion for summary adjudication. See ECF No. 93. On June 24, 2024, the District Judge issued an order resolving the pending motions and referring the matter back to the undersigned for further proceedings. See ECF No. 103.

1        With resolution of the pending motions, the Court will lift the stay of discovery
2   and require the parties to meet and confer and submit a joint statement for a proposed revised
3   discovery plan and schedule for this case.  Upon submission of the joint statement, the Court will
4   issue a revised scheduling order on the papers without a hearing.
5        Accordingly, IT IS HEREBY ORDERED that the parties shall meet and confer
6   and submit to the Court within 30 days a joint statement for a proposed revised discovery plan
7   and schedule for this case.

9   Dated:  July 11, 2024

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE