IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendant. | Case No. 2:17-cv-00176-WBS-DMC-P <br><br> **ORDER** |

Pending before the Court is Defendants' motion for an extension of time to file a joint statement for a proposed revised discovery plan and schedule for this case (ECF No. 106).

Good cause having been shown based on counsel's declaration indicating the need for additional time to receive the stipulated discovery plan back from Plaintiff, who is unrepresented, the request is hereby GRANTED. The deadline for the parties to file a joint statement for a proposed revised discovery plan and schedule for this case is extended to August 26, 2024.

IT IS SO ORDERED

Dated: August 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE