Mario Gonzalez
1110 Victoria street
Costa Mesa,CA 92627
619-603-2334
mariogonzalezrrf@gmail.com




Keith Holland
Clerk of Court United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, California 95814

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MARIO A. GONZALEZ,**
Plaintiff,
v.
**CLOUGH, et al.,**
Defendants.

Case No.: 2:17-cv-00176-WBS-DMC

**PLAINTIFF'S MOTION TO ADDRESS MISLEADING TESTIMONY AND PERJURY BY DEFENSE COUNSEL**

Plaintiff Mario A. Gonzalez respectfully submits this Motion to highlight the misleading testimony and misrepresentations made by Defendants' counsel during these proceedings. These misstatements, which mischaracterize the facts and evidence, provide significant grounds for an appeal and demonstrate a pattern of perjury by defense counsel aimed at obstructing justice and absolving the Defendants of liability.

## INTRODUCTION

Plaintiff asserts that the Defendants' counsel has repeatedly and intentionally misled the Court by misrepresenting the facts of this case, including the submission of medical appeals against Defendant Deidre Bodenhamer (Physician Assistant). The Defendants' attorney has falsely claimed that Plaintiff failed to submit an appeal concerning Defendant Bodenhamer's misconduct. However, the record clearly reflects that Plaintiff did exhaust all available remedies, and his appeals were improperly closed at the second level of review.

Despite the Court's prior ruling in favor of the Defendants, Plaintiff now seeks to bring to the Court's attention a pattern of misstating evidence by the Defendants' counsel that not only warrants further scrutiny but also establishes strong grounds for appeal.

# ARGUMENT

## I. THE DEFENSE COUNSEL HAS MISREPRESENTED PLAINTIFF'S ATTEMPT TO EXHAUST ADMINISTRATIVE REMEDIES

The defense counsel's assertion that Plaintiff failed to submit an appeal against Defendant Deidre Bodenhamer is demonstrably false. The documentary evidence, including California Correctional Health Care Services (CCHCS) records, clearly shows that Plaintiff submitted a valid appeal regarding Defendant Bodenhamer's failure to provide proper medical treatment for his broken back. Despite this, the appeal was wrongfully closed out at the second level, with no notice provided to Plaintiff, and without Plaintiff's participation or refusal, as the defense claims.

At no point was Plaintiff called to attend or participate in the appeal process, nor did Plaintiff refuse to attend. This was a coordinated effort to prevent the full disclosure of the severe injuries Plaintiff sustained at the hands of the Defendants, including his untreated broken back. By falsely claiming that Plaintiff never submitted an appeal, defense counsel is not only misleading the Court but is actively engaging in an effort to cover up the misconduct of medical personnel at Sacramento State Prison.

## II. PATTERN OF MISSTATEMENTS AND MISCONDUCT BY DEFENSE COUNSEL

This misrepresentation is not an isolated incident but rather part of a broader pattern of misstating evidence in order to shield the Defendants from accountability. Defense counsel has repeatedly relied on misstatements, perjury, and incomplete evidence to portray Plaintiff's appeals and grievances as non-existent or improperly submitted, when in fact they were improperly processed or ignored by prison officials as part of a broader cover-up.

It is evident that the medical personnel at Sacramento State Prison, including Defendant Bodenhamer, have systematically aided in covering up the brutal beatings that Plaintiff and other patients have suffered. The refusal to properly process Plaintiff's appeals, coupled with the defense counsel's deliberate misstatements, demonstrates a concerted effort to absolve the Defendants of responsibility and to obscure the truth from the Court.

## III. DEFENSE COUNSEL'S ACTIONS AMOUNT TO PERJURY AND OBSTRUCTION OF JUSTICE

The continued false statements by defense counsel amount to perjury before this Court. Defense counsel has, and will likely continue to, commit perjury in order to protect the Defendants from liability. This intentional misrepresentation of facts to the Court undermines the integrity of these proceedings and constitutes a grave miscarriage of justice.

The Plaintiff has diligently attempted to exhaust all available remedies, but has been systematically blocked by the very system that is supposed to provide oversight. By closing out the appeal at the second level without Plaintiff's participation, prison officials have effectively silenced his grievances. This pattern of obstruction, coupled with defense counsel's perjury,

serves to undermine the Plaintiff's constitutional rights and warrants serious consideration by the Court.

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Court reconsider its reliance on the misleading testimony provided by defense counsel and that it take judicial notice of the documented evidence that contradicts the Defendants' position. Plaintiff further requests that the Court acknowledge the pattern of misstated evidence and perjury, which provides strong grounds for an appeal.

Plaintiff believes that defense counsel's ongoing efforts to shield the Defendants through deceit and obstruction of justice must be addressed by this Court to ensure the fair administration of justice.

## VERIFICATION

I, Mario A. Gonzalez, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, based on the documents and records available to me regarding the matters set forth above.

Executed on this 4th day of October , 2024, Costa Mesa.

Respectfully submitted,
Mario A. Gonzalez
**Plaintiff, Pro Se**

Attached Exhibit A      *[signature]* Mario Gonzalez   10-7-24

**EXHIBIT "A"**

**HC 11**

M.GONZALEZ, (AG7688)

| SAC HC 16032658 | Appeal Level: | Third | Appeal Status: | Closed | |
|---|---|---|---|---|---|
| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
| First Level | 5/8/2016 | 5/9/2016 | 7/5/2016 | Partially Granted | 6/20/2016 |
| Second Level | 7/13/2016 | 7/19/2016 | 11/29/2016 | Denied | 8/29/2016 |
| Third Level | 12/6/2016 | 12/12/2016 | 3/9/2017 | Denied | 3/9/2017 |

| | Issue Type | | Action Requested |
|---|---|---|---|
| Issue 1: | Staff Complaints/Investigation Request | | RN Grinde be investigated by medical board or Internal Affairs for his willingness to cooperate, aide, assist officers in covering up brutal beating. |
| Issue 2: | Administrative/Monetary Compensation | | Wants financial relief at the Federal and State level. |
| Issue 3: | Disagreement with Treatment/Nursing Staff | | Alleges on April 12, 2016, RN Grinde was unprofessional, unethical, for his role in partaking in a phone call that had him looking for a phone when he should have been tending to my serious injuries. |

Tracking Number:

| SAC HC 16032586 | Appeal Level: | Second | Appeal Status: | Closed | |
|---|---|---|---|---|---|
| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
| First Level | | 5/19/2016 | 6/28/2016 | Denied | 6/30/2016 |
| Second Level | 7/6/2016 | 7/11/2016 | 11/21/2016 | Denied | 8/19/2016 |

| | Issue Type | | Action Requested |
|---|---|---|---|
| Issue 1: | Scheduling/Specialty Referral | | To see a chiropractor |
| Issue 2: | Disagreement with Treatment/Primary Care Provider | | To see another doctor at SAC who will adequately provide treatment |
| Issue 3: | Medication/Pain Management | | Medication to lesson the pain/discomfort. |

Tracking Number:

| SAC SC 16001628 | Appeal Level: | Second | Appeal Status: | Closed | |
|---|---|---|---|---|---|
| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
| Second Level | | 5/8/2016 | 6/9/2016 | Not a Staff Complaint | 6/17/2016 |

Tracking Number:

| LAC HC 15049965 | Appeal Level: | First | Appeal Status: | Closed | |
|---|---|---|---|---|---|
| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
| First Level | 5/5/2015 | 5/7/2015 | 6/8/2015 | Partially Granted | 6/18/2015 |

| | Issue Type | | Action Requested |
|---|---|---|---|
| Issue 1: | Medication/Med Specific Type / Dose | | Requesting to be treated with medication that's effective for nerve damage, back disease and his urology condition. |

Tracking Number:

| LAC HC 14049146 | Appeal Level: | Second | Appeal Status: | Closed | |
|---|---|---|---|---|---|
| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |

**HC 11**

Case 2:17-cv-00176-WBS-DMC   Document 115   Filed 10/11/24   Page 5 of 11

**HC 40**



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institution Response for Second Level HC Appeal

**Date:** NOV 2 1 2016

**To:** GONZALEZ, MARIO (AG7688)
D 005 1104001L
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**Tracking/Log #:** SAC HC 16032586

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 7/11/2016, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Scheduling (Specialty Referral) | To see a chiropractor |
| **Issue 2:** Disagreement w/ Treatment (Primary Care Provider) | To see another doctor at SAC who will adequately provide treatment |
| **Issue 3:** Medication (Pain Management) | Medication to lessen the pain/discomfort. |

**Interview:**
On June 3, 2016, an attempt was made to interview you regarding this appeal; however, documentation indicates you refused; however, you also waived your right to an interview when you submitted this appeal.

**Response:**

In the First Level Appeal, received on 5/19/2016 you indicated that you are requesting to see a chiropractor, to see another doctor at CSP-SAC who will adequately provide you treatment, and a medication to lessen the pain and discomfort.

Your records indicate on May 31, 2016 you received x-rays of your lumbar and cervical spine; you were notified that your test results were essentially within normal limits and/or unchanged and no provider follow up was required at that time. A follow up appointment with your Primary Care Provider (PCP) is pending scheduling.

No documentation by your PCP was discovered to indicate a referral to a chiropractor is medically indicated at the time of review.

Your pharmacy profile indicates active orders for acetaminophen for pain management as of June 22, 2016.

Your request to see a different provider is denied. While you may refuse care, you may not be selective in the choice of providers. Provider assignments are determined by health care management based on the institution's needs.

Inmates may not demand specific medications, treatments, and interpretation of diagnostic tests and their impact to your overall health care management is a medical determination. As such, your medical treatment is determined by a physician based on the physician's evaluation, diagnosis, and departmental policy. Your medical physician has evaluated you and determined your request is not medically necessary. This decision is based on the criteria set forth in the California Code of Regulations, Title 15, Title 15, Section 3354(a), and Section 3350(a)(b)(1)(4)(5), which states that the medical department shall provide medical services for inmates based on medical necessity and supported by outcome data as effective medical care.

**HC 40**

If in the future you should experience additional concerns regarding your condition, please submit a CDCR 7362, Health Care Services Request Form, to see your building physician. Please be aware that you may be charged a co-payment for this visit.

At the First Level of Review this appeal was *Denied*.

In the Second Level Appeal, received on 7/11/2016 you indicated that you are dissatisfied with the first level response and that you did not refuse the interview for your first level appeal.

After review of your clinical records, we found that you did refuse your interview on June 3, 2016.

The health care of inmates is one of the highest concerns of this department. This institution endeavors to provide appropriate medical care and treatment commensurate with community standards for health care. We would advise you to continue to work with your provider to ensure you can be monitored, and your provider can order the necessary clinical interventions as necessary.

If in the future you should experience additional concerns regarding your condition, please submit a CDCR 7362, Health Care Services Request Form, to see your current building physician at your new institution. Please be aware that you may be charged a co-payment for this visit.

At the Second Level of Review this appeal was *Denied*.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is *Denied*.

M. Felder, MS., MBA
**Chief Executive Officer**
California Correctional Healthcare Services
California State Prison-Sacramento

**HC 42**

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)                                                                                           Page 1 of 2

| STAFF USE ONLY Emergency Appeal | ☐ Yes | ☐ No | Institution: SAC | Log #: HC 16032586 | Category: Medical |
|---|---|---|---|---|---|
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY.**

Name (Last, First): GONZALEZ MARIO AMADOR    CDCR Number: AG-7688    Unit/Cell Number: A-1-131    Assignment: E.O.P. P.S.U.

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): SEE BACK SPECIALIST / 2ND OPINION

**Section A:** Explain your issue (If you need more space, use Section A of the CDCR 602-A): I HAVE A BAD BACK PROBLEM I'VE ALREADY WENT THROUGH PHYSICAL THERAPY WITH DR. DUCC, NOW THE P.A. ISN'T TAKING MY CONDITION SERIOUSLY SHE DOES NOT FEEL WHAT I LIVE WITH THESE TYLENOL PILLS + MOTRINS + PHYSICAL THERAPY AREN'T HELPING MY BACK HURTS BAD.

**Section B:** Action requested (If you need more space, use Section B of the CDCR 602-A): TO SEE A CERTIFIED CHIROPRACTOR WHO CAN ADDRESS MY BACK CONDITION ALSO TO SEE ANOTHER DOCTOR HERE AT THIS INSTITUTION WHO'LL ADEQUATELY PROVIDE ME THE TREATMENT I NEED AS WELL AS MEDICATION THAT CAN SOMEWHAT LESSEN THE PAIN/DISCOMFORT.

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☒ No, I have not attached any supporting documents. Reason: I HAVEN'T HAD MY X-RAY TO PROVE I'VE GOT A MESSED UP BACK CONDITION

Patient-Inmate Signature: Mario A Gonzalez    Date Submitted: 5-17-16

MAG   By placing my initials in this box, I waive my right to receive an interview.

**SECTION C: FIRST LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached?   ☐ Yes  ☒ No
This appeal has been:                                           Check One: Is this a recategorized/converted 1824?   ☐ Yes  ☒ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):    Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter):   Date: ___
☒ Accepted   Assigned to: ___  Title: ___  Date Assigned: 6/3/16  Date Due: 6/30/16

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: Refused    Interview Location: ___
Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other: Lack of cooperation
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☒ No Refused 6/3/16 |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: Refused  Title: ___ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: Refused  Date completed: ___ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: K. Abernathy  Title: SSMII |
| 4. Comments: ___ | | | Signature: K Aby |

RECEIVED Only
Date received by HCAC: ___     CLOSED     RECEIVED     HCAC Use Only
                                                                 Date closed and mailed/delivered to appellant: 6/28/16

MAY 19 2016     JUN 28 2016     JUL 11 2016     NOV 21 2016

HC APPEALS     HC APPEALS     HC APPEALS     HC APPEALS

STAFF USE ONLY

**HC 42**

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL**
**CDCR 602 HC (Rev. 06/13)**                                                                                       Page 2 of 2

**SECTION D:** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

DISSATISFIED WITH FIRST LEVEL RESPONSE! NO ONE MADE ANY ATTEMPTS TO CONTACT/INTERVIEW ME! REVIEWER ALLEGES THAT I REFUSED ONCE AGAIN NO, ONE MADE ANY ATTEMPTS TO INTERVIEW ME ON 6-3-16. AS WELL NO ONE NOTIFIED ME OF X-RAY RESULTS! THIS INTERVIEWER ABERNATHY IS A DISHONEST EMPLOYEE, FURTHERMORE I HAVE A SEVERE FORAMINAL STENOSIS @ L-4-5 in NECK. STOP CRUELE UNUSUAL TREATMENT

Patient-Inmate Signature: Marissa Gonzalez                          Date Submitted: 7-6-16

**SECTION E: SECOND LEVEL**
Check One: Is CDCR 602-A attached? ☐ Yes ☒ No
This appeal has been:                           Check One: Is this a recategorized/converted 1824? ☐ Yes ☒ No
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction):  Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter):  Date: ___
☒ Accepted   Assigned to: HCAO   Title: ___  Date Assigned: ___  Date Due: ___

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: N/A   Interview Location: ___

Your appeal issue is: ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: ___
See attached letter. If dissatisfied with Second Level response, complete Section F.

1. Disability Code:         2. Accommodation:          3. Effective Communication:        Interview conducted? ☐ Yes ☒ No

☐ TABE score ≤ 4.0     ☐ Additional time          ☐ P/I asked questions           Interviewer: N/A                Title: ___
☒ DPH ☐ DPV ☐ LD     ☐ Equipment ☐ SLI       ☐ P/I summed information                (Print Name)
☐ DPS ☐ DNH            ☐ Louder ☐ Slower        **Please check one:**                 Signature: ___                   Date completed: ___
☐ DNS ☐ DDP            ☐ Basic ☐ Transcribe    ☐ Not reached* ☐ Reached
☐ Not Applicable          ☐ Other*                       *See chrono/notes              Reviewer: A Moore                Title: CS2
4. Comments:                                                                                          (Print Name)
                                                                                                  Signature: ___

HCAC Use Only                                                              HCAC Use Only                            NOV 2 1 2016
Date received by HCAC: 7/11/16                                     Date closed and mailed/delivered to appellant: ___

**SECTION F:** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

Patient-Inmate Signature: ___                                           Date Submitted: ___

**SECTION G: THIRD LEVEL**
☐ Rejected (See attached letter for instruction):  Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter):   Date: ___
☐ Accepted at the Third Level of Review
Your appeal is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: ___
See attached Third Level response.                                  Third Level Use Only
                                                                                     Date closed and mailed/delivered to appellant: ___

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient-Inmate Signature: ___                                                     Date Submitted: ___
Print Staff Name: ___                    Title: ___               Signature: ___                                     Date: ___

STAFF USE ONLY                                                                                                 HC 43

HC 44




# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Institution Response for First Level HC Appeal

**Date:** 6/27/2016

**To:** GONZALEZ, MARIO (AG7688)
A 001 103200 1LP
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

**Tracking/Log #:** SAC HC 16032586

**Appeal Issues:**
In your *CDCR 602 HC, Patient-Inmate Health Care Appeal* received on 5/19/2016, you indicated: *Refer to the attached pink CDCR 602 HC and green CDCR 602 A-attachment for full details regarding your issue(s).*

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Scheduling ( Specialty Referral ) | To see a chiropractor |
| **Issue 2:** Disagreement w/ Treatment ( Primary Care Provider ) | To see another doctor at SAC who will adequately provide treatment |
| **Issue 3:** Medication ( Pain Management ) | Medication to lessen the pain/discomfort. |

**Interview:**
On June 3, 2016, an attempt was made to interview you regarding this appeal; however, documentation indicates you refused; however, you also waived your right to an interview when you submitted this appeal.

**Response:**
Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

Your records indicate on May 31, 2016, you received x-rays of your lumbar and cervical spine; you were notified that your test results were essentially within normal limits and/or unchanged and no provider follow up was required at that time. A follow up appointment with your Primary Care Provider (PCP) is pending scheduling.

No documentation by your PCP was discovered to indicate a referral to a chiropractor is medically indicated at the time of this review.

Your pharmacy profile indicates active orders for acetaminophen for pain management as of June 22, 2016.

Your request to see a different provider is denied. While you may refuse care, you may not be selective in the choice of providers. Provider assignments are determined by health care management based on the institution's needs.

Inmates may not demand particular medication, diagnostic evaluation, course of treatment, or accommodation chronos. The California Code of Regulations (CCR), Title 15, Section 3354, Health Care Responsibilities and limitations, (a) Authorized Staff, states, "Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmate may do so."

*RECEIVED JUL 1 1 2016 HC APPEALS*

HC 44

If you believe your condition has changed and further evaluation is needed prior to your follow up appointment you are advised to submit a *CDC 7362, Health Care Services Request Form*, to your facility clinic to further discuss this issue with your PCP.

If you are dissatisfied with the First Level Response, explain the reason in Section D of the *CDCR 602 HC*, and submit to the Health Care Appeals Coordinator for processing within 30 days of receipt of response. If you need more space, use Section D of the *CDCR 602-A*.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is denied.

*[signature]*

K. Abernathy, SSM II
California State Prison – Sacramento

RECEIVED JUL 11 2016 HC APPEALS

**HC 45**

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| ORDER DATE | TIME | Problem # | Pre-printed Physicians order and Medication for Overdose (orders must be dated, timed, and signed) |
|---|---|---|---|
| 6·3·16 | p | | OD he por |
| 2·29 | p | | Refused today. Appeal |
| | | | M. BOBBALA, M.D. |
| | | | CSP-SAC |
| [signature] | | | |

| ALLERGIES: | INSTITUTION CSP-SAC | ROOM/ WING |
|---|---|---|

Confidential client information
See W & I Code, Sections 4514 and

**PHYSICIAN'S ORDERS**

CDC 7221 (Rev 04/03)
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)
**GONZALEZ, MARIO**
**AG7688**
**1/14/74**
**A1 131**

RECEIVED JUL 1 1 2016
HC APPEALS
**HC 46**