IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,** | Case No. 2:17-cv-0176-WBS-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendant. | |

Defendants' request that the Court stay this action until the Court rules on Plaintiff's pending filings at Nos. ECF Nos. 111, 114-116, 121-123, 128-141.

Good cause having been shown, the request is hereby GRANTED.  This case is stayed. The parties are ordered not file any additional motions or requests until the Court rules on Plaintiff's pending filings and lifts the stay.  The Court will reset the June 10, 2025, dispositive motion deadline after it lifts the stay, if necessary.  This order resolves ECF Nos. 127 and 142.

IT IS SO ORDERED.

Dated:  February 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE