IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO AMADOR GONZALEZ,** | 2:17-cv-0176-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| **GAVIN NEWSOM, et al.,** | |
| Defendant. | |

Pending before the Court is Defendants' unopposed motion to stay this case pending a potential settlement.  See ECF No. 149.  Good cause appearing, Defendants' motion will be GRANTED.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' unopposed motion to stay proceedings, ECF No. 149, is GRANTED.
2. This action is STAYED.
3. All pending deadlines are VACATED, to be reset in the future if necessary.
4. The Clerk of the Court is directed to TERMINATE Plaintiff's motion at ECF No. 115 as a pending motion, such administrative action to be without prejudice to Plaintiff's right to renew the motion if the parties are unable to reach a settlement.

     5.    Within 60 days of this order, the parties will file either a stipulation for voluntary dismissal of this action or a joint status report which includes a proposed revised schedule for this case.

**IT IS SO ORDERED.**

**Dated: September 5, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE