IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO AMADOR GONZALEZ,

        Plaintiff,

    v.

CLOUGH, et al.,

        Defendants.

No.  2:17-CV-0176-WBS-DMC-P

ORDER

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion for an extension of time to comply with the Court's September 5, 2025, order.  See ECF No. 152.

On September 5, 2025, the Court granted Defendants' unopposed motion to stay proceedings and vacate the litigation schedule pending a potential settlement.  See ECF No. 150. The Court directed the parties to do one of the following within 60 days: (1) file a stipulation for voluntary dismissal; or (2) file a joint report proposing a revised litigation schedule.  See id. Defendants now seek additional time to February 13, 2026, to comply with the September 5, 2025, order.  Good cause appearing therefor based on counsel's declaration indicating the need for additional time to confer with Plaintiff's recently retained counsel regarding a potential

/ / /

/ / /

1

settlement, Defendants' motion will be granted.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Defendants' motion for an extension of time, ECF No 152, is granted.

2.    On or before February 13, 2026, the parties shall file either a stipulation for voluntary dismissal of this action or a joint status report which includes a proposed revised schedule for this case.

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1]    Though defense counsel states that Plaintiff has recently retained attorney Mike Dermendjian to represent him, Mr. Dermendjian and not, to date, file a substitution of attorneys or notice of appearance on behalf of Plaintiff.

2